Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026 | PENSION BENEFIT GUARANTEE CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>PHONE; 202-326-4020 X4638<br>FAX: 202-326-4112<br>EMAIL: NEUREITER.KIMBERLY@PBGC.COM | Pension Liability | Contingent, Unliquidated | | | Undetermined |
| 2 | STATE OF ARKANSAS<br>PO BOX 3861<br>LITTLE ROCK, AR 72203-3861 | JACK THOMAS, PROJECT MANAGER, BUSINESS DEVELOPMENT<br>ARKANSAS ECONOMIC DEVELOPMENT COMMISSION<br>PHONE: 501-413-9984<br>FAX: 501-682-7094<br>EMAIL: JTHOMAS@ARKANSAS.GOV | Development Agreement | | | | Undetermined |
| 3 | CITY OF HUNTSVILLE<br>112 SPRAGINS AVENUE,<br>HUNTSVILLE, AL 35801 | CITY OF HUNTSVILLE<br>PHONE: 866-478-8845<br>FAX: 256-883-3682<br>EMAIL: SHERRI.COONS@HSVUTIL.ORG | Development Agreement | | | | Undetermined |
| 4 | STATE OF ALABAMA<br>12 WATER STREET<br>CAMDEN, AL 36726 | STATE OF ALABAMA<br>PHONE: 334-682-9914<br>FAX: 334-242-4993 | Development Agreement | | | | Undetermined |
| 5 | STATE OF MISSOURI<br>400 NORTH CAPITAL ST NW #376<br>WASHINGTON DC 20001 | SARAH WARREN, INCENTIVE SPECIALIST<br>MISSOURI DEPARTMENT OF ECONOMIC DEVELOPMENT<br>PHONE: 573-526-6708<br>FAX: 573-526-9810<br>EMAIL: SARAH.WARREN@DED.MO.GOV | Development Agreement | | | | Undetermined |
| 6 | ST MARKS POWDER<br>PO BOX 603463<br>CHARLOTTE, NC 28260-3463 | ST MARKS POWDER<br>ATTN: HEATHER SWAIN<br>PHONE: 850-577-2057<br>FAX: 850-577-2806<br>EMAIL: HEATHER.SWAIN@GD-OTS.COM | Trade | | | | $1,828,873 |
| 7 | ECO-BAT INDIANA LLC<br>PO BOX 846010<br>DALLAS, TX 75284-6010 | ECO-BAT INDIANA LLC<br>PHONE: 214-583-0336<br>FAX: 214-831-4013<br>ATTN: DANNY GUERRA, CORPORATE CREDIT MANAGER<br>EMAIL: DGUERRA@RSRNA.COM | Trade | | | | $1,682,382 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | DASAN USA INC.  2400 MAIN STREET NW  DULUTH, GA 30097 | DASAN USA INC.  TIM SHIN  PHONE: 775-657-7053  FAX: 770-623-6723  EMAIL: TIM.SHIN@DASAN-USA.COM | Trade | | | | $987,818 |
| 9 | SWANSON MARTIN & BELL  ATTN: ANDREW LOTHSON  330 NORTH WABASH AVE SUITE 3300  CHICAGO, IL 60611 | SWANSON MARTIN & BELL  ATTN: ANDREW LOTHSON  EMAIL: ALOTHSON@SMBTRIALS.COM  FAX: 312-321-0990  PHONE: 412-321-9100 | Professional Services | | | | $972,362 |
| 10 | ART GUILD INC.  300 WOLF DRIVE  WEST DEPTFORD, NJ 08086 | ART GUILD INC.  ATTN: BERNADETTE SANDONE, A/R MANAGER  PHONE: 856-853-7500  FAX: 856-686-4184  EMAIL: BSANDONE@ARTGUILD.COM | Marketing Services | | | | $950,624 |
| 11 | ALLIANT TECHSYSTEMS OPERATIONS LLC  PO BOX 734341  CHICAGO, IL 60673-4341 | ALLIANT TECHSYSTEMS OPERATIONS LLC  PHONE: 800-276-9337  FAX: 540-639-8496  EMAIL: GARY.DUGAN@NGC.COM | Trade | | | | $866,737 |
| 12 | MSC INDUSTRIAL SUPPLY CO  PO BOX 953635  SAINT LOUIS, MO 63195-3635 | MSC INDUSTRIAL SUPPLY CO  JANET LEGETTE  PHONE: 704-987-5679 X125679  EMAIL: LEGETTEJ@MSCDIRECT.COM  FAX: 516-812-2530 | Trade | | | | $837,152 |
| 13 | QIQIHAR HAWK INDUSTRIES CO LTD  15 NAN YUAN ROAD  QIQIHAR HEILONGIANG PROVINCE, CHINA 161005 | QIQIHAR HAWK INDUSTRIES CO LTD  PHONE: 86-186-0512-7427  FAX: 86-452-234-0633  EMAIL: XYJTO452@ALIYUN.COM | Trade | | | | $678,072 |
| 14 | THE DOE RUN COMPANY  ATTN: DEB MEDLEY  75 REMITTANCE DRIVE, SUITE 2172  CHICAGO, IL 60675-2172 | THE DOE RUN COMPANY  ATTN: DEB MEDLEY  PHONE: 314-453-7115  FAX: 314-453-7189  EMAIL: CEO@DOERUN.COM | Trade | | | | $626,539 |
| 15 | HELIO PRECISION INC.  601 NORTH SKOKIE HIGHWAY  LAKE BLUFF, IL 60044 | HELIO PRECISION INC.  PHONE: 864-879-8100  FAX: 847-473-1306  EMAIL:AR.ROCHESTER@HNPRECISION.COM | | | | | $473,677 |
| 16 | SAP AMERICA INC.  PO BOX 7780-824024  PHILADELPHIA, PA 19182-4024 | SAP AMERICA INC.  ATTN: MICHAEL JON DEL ROSARIO  PHONE: 1-866-857-2621 X2  FAX: 336-548-8761  EMAIL: MICHAEL.JON.DEL.ROSARIO@SAP.COM | Trade | | | | $472,524 |
| 17 | DIE-NAMIC INC.  PO BOX 30516  LANSING, MI 48909-8016 | DIE-NAMIC  ATTN: ROBERT BOLOGNA  PHONE: 734-710-3217  FAX: 734-710-3223  EMAIL: ROBERTBOLOGNA@DIE-NAMIC.COM | Trade | | | | $449,985 |
| 18 | A M CASTLE & CO / CASTLE METALS  11125 METROMONT PARKWAY  CHARLOTTE, NC 28269 | A M CASTLE & CO / CASTLE METALS  PHONE: 847-349-3851  FAX: 716-748-7788  EMAIL: JKANUTE@AMCASTLE.COM | Trade | | | | $448,323 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | KENNAMETAL INC. 307 23RD STREET EXT SUITE 950 PITTSBURGH, PA 15215 | KENNAMETAL INC. PHONE: 630-963-9194 FAX: 800-294-9871 EMAIL: K-NA.CREDIT@KENNAMETAL.COM / DIANE.LISOVICH@KENNAMETAL.COM | Trade | | | | $438,111 |
| 20 | DECIMET SALES INC. ATTN: BUTCH ANDERSON 14200 JAMES ROAD ROGERS, MN 55374 | DECIMET SALES INC. ATTN: BUTCH ANDERSON PHONE: 763-428-4321 FAX: 763-428-8285 EMAIL: INFO@DSIMN.COM | Trade | | | | $378,332 |
| 21 | ALLTRISTA PLASTICS LLC LOCKBOX #745397 PO BOX 745397 ATLANTA, GA 30384-5397 | ALLTRISTA PLASTICS LLC PHONE: 864-879-8100 FAX: 417-873-2100 EMAIL: DHIGGINS@JARDENPLASTICS.COM | Trade | | | | $369,192 |
| 22 | BROTHERS & CO 4860 SOUTH LEWIS TULSA, OK 74105-5175 | BROTHERS & CO PHONE: 918-743-8822 FAX: 918-742-9628 EMAIL: LINDA.MILLIGAN@BONNIERCORP.COM | Marketing Services | | | | $344,444 |
| 23 | CONTINENTAL TRAFFIC SERVICE INC. 5100 POPLAR AVENUE - 15TH FLOOR MEMPHIS, TN 38137 | CONTINENTAL TRAFFIC SERVICE INC. ALLISON DOUGLAS PHONE: 888-836-5135 X7481 FAX: 901-766-1522 EMAIL: ALLISOND@CTSI-GLOBAL.COM | Trade | | | | $332,589 |
| 24 | CHESSGROUP 7010 FLY ROAD EAST SYRACUSE, NY 13057 | CHESSGROUP PHONE: 315-200-1037 FAX: 315-432-0899 EMAIL: ADMIN@CHESSGROUP.COM | Trade | | | | $317,135 |
| 25 | AMARK ENGINEERING & MFG INC. 203 MAIN ST SW GRAVETTE, AR 72736 | AMARK ENGINEERING & MFG INC. PHONE: 479-787-5206 FAX: 479-787-6503 EMAIL: LAWANNA@AMARKENG.COM | Trade | | | | $308,768 |
| 26 | VISTA OUTDOOR SALES LLC PO BOX 734147 CHICAGO, IL 60673-4147 | VISTA OUTDOOR SALES LLC PHONE: 763-433-1000 FAX: 913-752-3571 EMAIL: TRACY.REDDEMANN@VISTAOUTDOOR.COM | Trade | | | | $281,016 |
| 27 | PRODUCTO CORPORATION 2980 TURNER RD JAMESTOWN, NY 14701 | PRODUCTO CORPORATION PHONE: 800-828-2216 FAX: 716-484-2235 EMAIL: JANDERSON@RINGPRECISION.COM | Trade | | | | $256,961 |
| 28 | DAYTON LAMINA CORP PO BOX 77000 DETROIT, MI 48277-1830 | DAYTON LAMINA CORP PHONE: 937-859-5111 FAX: 937-859-5353 EMAIL: JDE@DAYTONPROGRESS.COM | Trade | | | | $245,432 |
| 29 | SAFARI CLASSICS PRODUCTION 5206 MCKINNEY AVENUE, SUITE 101 DALLAS, TX 75205 | SAFARI CLASSICS PRODUCTION PHONE: 214-360-9599 FAX: 214-361-8789 EMAIL: TDANKLEF@AOL.COM | Trade | | | | $243,750 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | GENERAL DYNAMICS<br>55 MASSON STREET, CP 5520<br>VALLEYFIELD, OC J6S 4VP<br>CANADA | GENERAL DYNAMICS<br>ATTN: SUZIE TAILLEFER<br>PHONE: 450-377-7835<br>FAX: 450-377-7800<br>EMAIL: SUZIE.TAILLEFER@CAN.GD-OTS.COM | Trade | | | | $240,349 |
| 31 | NATIONAL RIFLE ASSOCIATION<br>11250 WAPLES MILL RD<br>FAIRFAX, VA 22030 | NATIONAL RIFLE ASSOCIATION<br>PHONE: 703-267-1659<br>FAX: 703-267-3800<br>EMAIL: ACCOUNTSRECEIVABLE@NRAHQ.ORG | Marketing Services | | | | $232,528 |
| 32 | G & R MANUFACTURING<br>190 SHERIDAN DRIVE<br>NAUGATUCK, CT 6770 | G & R MANUFACTURING<br>PHONE: 203-729-2224<br>FAX: 203-729-3113<br>EMAIL: LINDSAY@GRMANUFACTURING.COM | Trade | | | | $214,159 |
| 33 | DAY PITNEY LLP<br>1 JEFFERSON ROAD<br>PARSIPPANY, NJ 07054-2833 | DAY PITNEY LLP<br>PHONE: 860-275-0100 | Legal | | | | $209,695 |
| 34 | NORDIC COMPONENTS INC.<br>79 E 8TH STREET<br>WACONIA, MN 55387 | NORDIC COMPONENTS INC.<br>PHONE: 952-442-8901<br>FAX: 952-442-8999<br>EMAIL: NORTICCOMP@GMAIL.COM / JARMO@NORDICCOM.COM | Trade | | | | $193,774 |
| 35 | GEODIS LOGISTICS LLC<br>15604 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | GEODIS LOGISTICS LLC<br>ATTN: VIVIAN HARRIS, A/R MANAGER<br>PHONE: 615-880-4865<br>FAX: 615-377-3977<br>EMAIL: VHARRIS@OHL.COM | Trade | | | | $190,616 |
| 36 | BUSHNELL INC.<br>PO BOX 734154<br>CHICAGO, IL 60673-4154 | BUSHNELL INC.<br>PHONE: 913-752-3400<br>FAX: 913-752-3571<br>EMAIL: TRACY.REDDEMANN@VISTAOURDOOR.COM | Trade | | | | $189,760 |
| 37 | OBERG INDUSTRIES<br>2301 SILVERVILLE ROAD<br>FREEPORT, PA 16229-0315 | OBERG INDUSTRIES<br>PHONE: 724-235-6101<br>FAX: 724-353-9755<br>EMAIL: ACCOUNTS.RECEIVABLE@OBERG.COM | Trade | | | | $189,423 |
| 38 | VILLAGE OF ILION TREASURER<br>PO BOX 4231<br>UTICA, NY 13504-4231 | VILLAGE OF ILION TREASURER<br>PHONE: 315-895-7449<br>FAX: 315-894-6050<br>EMAIL: ILION@ILIONNY.COM | Tax | | | | $174,634 |
| 39 | OHIO BROACH & MACHINE CO<br>35264 TOPPS IND PKWY<br>WILLOUGHBY, OH 44094 | OHIO BROACH & MACHINE CO<br>PHONE: 440-946-1040<br>EMAIL: JLUTZ@OHIOBROACH.COM | Trade | | | | $154,479 |
| 40 | WESTROCK CONVERTING<br>PO BOX 409813<br>ATLANTA, GA 30384-9813 | WESTROCK CONVERTING<br>ATTN: ROY MAYE, CREDIT MANAGER<br>PHONE: 678-291-7378<br>FAX: 256-734-1477<br>EMAIL: ROY.MAYE@WESTROCK.COM | Trade | | | | $150,974 |

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ___
- ☒ *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on   07/27/2020        X  *[signature]*
              MM/DD/YYYY           Signature of individual on behalf of debtor

                                   Ken D'Arcy
                                   Printed name

                                   Chief Executive Officer
                                   Position or relationship to debtor