IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **REMINGTON OUTDOOR COMPANY, INC.,** *et al.*, | ) ) ) | **Case No. 20-81688** |
| | ) | |
| Debtor. | ) ) | **Joint Administration Requested** |

# MOTION FOR *PRO HAC VICE* ADMISSION OF DONALD S. BERNSTEIN

**COMES NOW**, Ankura Trust Company, LLC ("Ankura"), pursuant to Local Rule 2090-1 of the United States Bankruptcy Court for the Northern District of Alabama and Local Rule 83.1 of the United States District Court for the Northern District of Alabama and respectfully requests that Donald S. Bernstein be granted admission *pro hac vice* to appear as co-counsel for Ankura, in the above-entitled matter.

1.      Mr. Bernstein avers that he is eligible and qualified to be admitted to practice before this Court *pro hac vice*. Mr. Bernstein is an attorney at the law firm of Davis Polk & Wardwell LLP, located at 450 Lexington Avenue, New York, NY 10017, phone (212) 450-4000, email: donald.bernstein@davispolk.com and regularly practices law in New York. He was admitted to the New York Bar in 1979. He remains in good standing with the New York Bar.

2. Mr. Bernstein further avers that he is admitted to practice in the United States District Court for the Southern District of New York. He is a member in good standing and eligible to practice in this court.

3. Mr. Bernstein understands that by appearing in this case, he is subject to the rules of this Court, just as if a member of the bar of this district. Pursuant to Local Rule 83.1, Mr. Bernstein further confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

4. A Certificate of Good Standing for Mr. Bernstein from the United States District Court for the Southern District of New York, where Mr. Bernstein resides and regularly practices law, is attached hereto as **Exhibit 1** hereof.

5. Immediately after the filing of this Motion, the $75.00 fee to appear in this case *pro hac vice* will be paid to the U. S. District Court for the Northern District of Alabama.

6. A proposed order that would grant this Motion is attached hereto as **Exhibit 2** hereof for the Court's consideration.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that the application for admission *pro hac vice* of Donald S. Bernstein be granted to represent Ankura in the above-captioned matter.

This 28th day of July, 2020.

2

Respectfully submitted,


*/s/ Benjamin S. Goldman*
BENJAMIN S. GOLDMAN
Bar Number: asb-3292-e67g
*Attorney for Ankura Trust Company, LLC*
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 502-0142
Fax: (205) 397-1303
Email: bgoldman@handfirm.com


*/s/ Donald S. Bernstein*
Donald S. Bernstein
*Attorney for Ankura Trust Company, LLC*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Email: donald.bernstein@davispolk.com

3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **REMINGTON OUTDOOR COMPANY, INC.**, *et al.*, | ) ) ) | Case No. 20-81688 |
| | ) | |
| Debtor. | ) ) | Joint Administration Requested |

## CERTIFICATE OF SERVICE

  I hereby certify that on July 28th, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all participants of the CM/ECF system and/or that I accomplished service by first class U.S. Mail, properly addressed postage pre-paid, on the following:

U. S. Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

Debtor Remington Outdoor Company, Inc., *et al*.
100 Electronics Boulevard SW
Huntsville, AL 35824

Stephen H. Warren
Karen Rinehart
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Derek F. Meek
Hanna Lahr
Burr & Forman LLP
420 20th Street North, Suite 3400
Birmingham, AL 35203

On behalf of Debtor
Remington Outdoor Company, Inc., *et al*.

  and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants listed on the attached matrix.

4

Respectfully submitted,

*/s/ Benjamin S. Goldman*
BENJAMIN S. GOLDMAN
Bar Number: asb-3292-e67g
Attorney for Creditor Ankura Trust Company, LLC
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Ste. 400
Birmingham, AL 35203
Telephone: (205) 502-0142
Fax: (205) 397-1303
Email: bgoldman@handfirm.com

5

# EXHIBIT 1

6

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    DONALD  S  BERNSTEIN    , Bar #    DB6681

was duly admitted to practice in the Court on

    February 20, 1979

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    July 14, 2020
New York, New York

Ruby J. Krajick    By    Wayne Bowns
Clerk of Court            Deputy Clerk

7

# EXHIBIT 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **In re:** ) | Chapter 11 |
| ) | |
| **REMINGTON OUTDOOR** ) | Case No. 20-81688 |
| **COMPANY, INC.,** *et al.*, ) | |
| ) | |
| Debtor. ) | Joint Administration Requested |
| ) | |

## ORDER FOR ADMISSION PRO HAC VICE

UPON CONSIDERATION of the Motion for *Pro Hac Vice* Admission of Donald S. Bernstein (the "Motion"), requesting that the Court admit Donald S. Bernstein of Davis Polk & Wardwell LLP to its bar *pro hac vice* to represent Ankura Trust Company, LLC in the above-captioned bankruptcy case, and finding good cause therefore, it is hereby

ORDERED, that the Motion is hereby GRANTED, and it is further,

ORDERED, that Donald S. Bernstein is hereby admitted to the bar of this Court *pro hac vice* to appear on behalf of Ankura Trust Company, LLC in the above-referenced proceeding, effective upon payment to the U.S. District Court for the Northern District of Alabama of the required admission fees.

**Dated: July \_\_\_\_, 2020.**

_____
\*
**U.S. Bankruptcy Judge**

| Label Matrix for local noticing<br>1126-8<br>Case 20-81688-CRJ11<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Tue Jul 28 08:51:38 CDT 2020 | Remington Outdoor Company, Inc.<br>100 Electronics Boulevard SW<br>Huntsville, AL 35824-2200 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | Derek F Meek<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203-3284 |
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)City of Huntsville, Alabama

End of Label Matrix
Mailable recipients    9
Bypassed recipients    1
Total                 10