# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHER DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | ) Case No. 20-81688 (CRJ) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On July 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Scheduling Expedited Telephonic Status Conference [Docket No. 41]

Dated: July 28, 2020

                                                         */s/ Stephanie Jordan*
                                                         Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 28, 2020, by Stephanie Jordan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The principal offices of Debtor Remington Outdoor Company Inc., the top-level holding company, are located at 100 Electronics Boulevard SW, Huntsville, Al 35824.

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Cantor Fitzgerald Securities, as PTL Agent under the Debtors' prepetition PTL Credit Agreement | Cantor Fitzgerald Securities | 646-390-1765 | byoung@cantor.com | Email and Facsimile |
| Cantor Fitzgerald Securities, as PTL Agent under the Debtors' prepetition PTL Credit Agreement | Cantor Fitzgerald Securities | 646-219-1180 | nhorning@cantor.com | Email and Facsimile |
| Top 40 Creditor | CHESSGROUP | 315-432-0899 | ADMIN@CHESSGROUP.COM | Email and Facsimile |
| Counsel to Franklin Advisers, Inc. | Christian & Small LLP | | ddsparks@csattorneys.com bdbensinger@csattorneys.com | Email |
| Top 40 Creditor | CITY OF HUNTSVILLE | 256-883-3682 | SHERRI.COONS@HSVUTIL.ORG | Email and Facsimile |
| Top 40 Creditor | CONTINENTAL TRAFFIC SERVICE INC | 901-766-1522 | ALLISOND@CTSI-GLOBAL.COM | Email and Facsimile |
| Top 40 Creditor | DASAN USA INC | 770-623-6723 | TIM.SHIN@DASAN-USA.COM | Email and Facsimile |
| Counsel to Ankura Trust Company, LLC as FILO Agent under the Debtors' prepetition FILO Term Loan Agreement and Exit Term Loan Agent under the Exit Term Loan Agreement | Davis Polk & Wardwell | | monica.holland@davispolk.com | Email |
| Exit Term Loan Administrative Agent (Ankura) | Davis Polk & Wardwell LLP | | Donald.bernstein@davispolk.com, Joanna.mcdonald@davispolk.com | Email |
| Top 40 Creditor | DAYTON LAMINA CORP | 937-859-5353 | JDE@DAYTONPROGRESS.COM | Email and Facsimile |
| Top 40 Creditor | DECIMET SALES INC | 763-428-8285 | info@dsimn.com | Email and Facsimile |
| Top 40 Creditor | DIE-NAMIC INC | 734-710-3223 | ROBERTBOLOGNA@DIE-NAMIC.COM | Email and Facsimile |
| Top 40 Creditor | ECO-BAT INDIANA LLC | 214-831-4013 | DGUERRA@RSRNA.COM | Email and Facsimile |
| Top 40 Creditor | G & R MANUFACTURING | 203-729-3113 | LINDSAY@GRMANUFACTURING.COM | Email and Facsimile |

In re: Remington Outdoor Company, Inc., et al.
Case No. 20-81688 (CRJ)
Page 2 of 5

Case 20-81688-CRJ11    Doc 55    Filed 07/28/20    Entered 07/28/20 13:50:16    Desc Main
Document    Page 4 of 7

| | | | | |
|---|---|---|---|---|
| Top 40 Creditor | GENERAL DYNAMICS | 450-377-7800 | suzie.taillefer@can.gd-ots.com | Email and Facsimile |
| Top 40 Creditor | GEODIS LOGISTICS LLC | 615-377-3977 | vharris@ohl.com | Email and Facsimile |
| Counsel to the FILO Lenders, Exit Term Loan Administrative Agent (Ankura) | Hand Arendall Harrison Sale | | bgoldman@handfirm.com | Email |
| Top 40 Creditor | HELIO PRECISION INC | 847-473-1306 | AR.ROCHESTER@HNPRECISION.COM | Email and Facsimile |
| IRS Insolvency Section | Internal Revenue Service | 855-235-6787 | | Facsimile |
| IRS Insolvency Section | Internal Revenue Service | 855-235-6787 | | Facsimile |
| Top 40 Creditor | KENNAMETAL INC | 800-294-9871 | K-NA.CREDIT@KENNAMETAL.COM DIANE.LISOVICH@KENNAMETAL.COM | Email and Facsimile |
| Top 40 Creditor | MSC INDUSTRIAL SUPPLY CO | 516-812-2530 | LEGETTEJ@MSCDIRECT.COM | Email and Facsimile |
| Top 40 Creditor | NATIONAL RIFLE ASSOCIATION | 703-267-3800 | ACCOUNTSRECEIVABLE@NRAHQ.ORG | Email and Facsimile |
| Top 40 Creditor | NORDIC COMPONENTS INC | 952-442-8999 | NORTICCOMP@GMAIL.COM JARMO@NORDICCOM.COM | Email and Facsimile |
| Top 40 Creditor | OBERG INDUSTRIES | 724-353-9755 | ACCOUNTS.RECEIVABLE@OBERG.COM | Email and Facsimile |
| Top 40 Creditor | OHIO BROACH & MACHINE CO | | JLUTZ@OHIOBROACH.COM | Email |
| Attorneys for the Debtors and Debtors in Possession | O'Melveny & Myers LLP | 213-430-6407 | swarren@omm.com krinehart@omm.com | Email and Facsimile |
| Top 40 Creditor | PENSION BENEFIT GUARANTY CORPORATION | 202-326-4112 | Neureiter.Kimberly@pbgc.com | Email and Facsimile |

In re: Remington Outdoor Company, Inc., et al.
Case No. 20-81688 (CRJ)
Page 3 of 5

Case 20-81688-CRJ11    Doc 55    Filed 07/28/20    Entered 07/28/20 13:50:16    Desc Main
Document    Page 5 of 7

| | | | | |
|---|---|---|---|---|
| Counsel to the FILO Lenders | Pillsbury Winthrop Shaw Pittman LLP | | joshua.morse@pillsburylaw.com andrew.alfano@pillsburylaw.com | Email |
| Counsel to Franklin | Pillsbury Winthrop Shaw Pittman LLP | | joshua.morse@pillsburylaw.com andrew.alfano@pillsburylaw.com | Email |
| Top 40 Creditor | PRODUCTO CORPORATION | 716-484-2235 | JANDERSON@RINGPRECISION.COM | Email and Facsimile |
| Top 40 Creditor | QIQIHAR HAWK INDUSTRIES CO LTD | 86-452-234-0633 | XYJTO452@ALIYUN.COM | Email and Facsimile |
| Counsel to the Seller - Environmental Escrow Agreement | Robinson & Cole LLP | 401-709-3399 | rfil@rc.com | Email and Facsimile |
| Top 40 Creditor | SAFARI CLASSICS PRODUCTION | 214-361-8789 | TDANKLEF@AOL.COM | Email and Facsimile |
| Top 40 Creditor | SAP AMERICA INC | 336-548-8761 | MICHAEL.JON.DEL.ROSARIO@SAP.COM | Email and Facsimile |
| Securities & Exchange Commission | Securities & Exchange Commission | | secbankruptcy@sec.gov | Email |
| Counsel to Cantor Fitzgerald Securities, as PTL Agent under the Debtors' prepetition PTL Credit Agreement | Shipman & Goodwin | | nplotkin@goodwin.com | Email |
| Top 40 Creditor | ST MARKS POWDER | 850-577-2806 | heather.swain@gd-ots.com | Email and Facsimile |
| Top 40 Creditor | STATE OF ARKANSAS | 501-682-7094 | jthomas@arkansas.gov | Email and Facsimile |
| Top 40 Creditor | STATE OF MISSOURI | 573-526-9810 | sarah.warren@ded.mo.gov | Email and Facsimile |
| Top 40 Creditor | SWANSON MARTIN & BELL | 312-321-0990 | alothson@smbtrials.com | Email and Facsimile |
| Top 40 Creditor | THE DOE RUN COMPANY | 314-453-7189 | ceo@doerun.com | Email and Facsimile |

In re: Remington Outdoor Company, Inc., et al.
Case No. 20-81688 (CRJ)
Page 4 of 5

Case 20-81688-CRJ11    Doc 55    Filed 07/28/20    Entered 07/28/20 13:50:16    Desc Main
Document      Page 6 of 7

| | | | | |
|---|---|---|---|---|
| Counsel to the United Mine Workers of America | United Mine Workers of America | 703-291-2448 | DStern@umwa.org | Email and Facsimile |
| United States Attorney's Office for the Northern District of Alabama | US Attorney for the Northern District of Alabama | 205-244-2171 | | Facsimile |