# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **REMINGTON OUTDOOR COMPANY, INC.**, *et al*[1] | ) ) ) | Case No: 20-81688-CRJ<br>Chapter 11 |
| Debtors. | ) | Joint Administration Requested |

## MOTION FOR ADMISSION PRO HAC VICE OF ERIC TAUBE

The undersigned respectfully moves this Court for the admission *pro hac vice* of Eric Taube of Waller Lansden Dortch & Davis, LLP, 100 Congress Avenue, Suite 1800, Austin, Texas 78701, to represent CZ Acquisition, LLC in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") pursuant to Rule 2090-1 of the Local Rules of this Court and Rule 83.1 of the Local Rules of the U.S. District Court for the Northern District of Alabama. Mr. Taube is not a member of the bar of this Court but is a member in good standing of the bars of the State of Texas, the United States District Courts for Texas, the United States Bankruptcy Courts for Texas and the United States Court of Appeals for the Fifth, Eight and Ninth Circuits, which are the state and district in which Mr. Taube resides and regularly practices law.

A fee of $50.00 for Mr. Taube's admission has been paid to the U.S. District Court for the Northern District of Alabama. A proposed order admitting Mr. Taube *pro hac vice* and Mr. Taube's certification are each attached hereto. Mr. Taube requests that he be served with all notices and papers relating to this case. A proposed order is attached hereto as **Exhibit A.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

Dated: July 28, 2020.
Birmingham, Alabama

    Respectfully submitted,
    WALLER LANSDEN DORTCH & DAVIS, LLP

    <u>/s/ Jesse S. Vogtle, Jr.</u>
    Jesse S. Vogtle, Jr.
    Paul H. Greenwood
    1901 Sixth Avenue North, Suite 1400
    Birmingham, Alabama 35203
    Telephone: (205) 214-6380
    Facsimile: (205) 214-8787
    Email: Jesse.Vogtle@wallerlaw.com
           Paul.Greenwood@wallerlaw.com

    <u>/s/ Eric Taube</u>
    Eric Taube (TX Bar No: 19679350)
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    Telephone: (512) 685-6401
    Email: Eric.Taube@wallerlaw.com

    *Attorneys for CZ Acquisition, LLC*

4851-8171-8981.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 2090-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Texas, the United States District Courts for Texas, the United States Bankruptcy Courts for Texas and the United States Court of Appeals for the Fifth, Eight and Ninth Circuits, which are the state and district in which I reside and regularly practice law. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and standing orders. I further certify that the required fee of $50.00 has been paid to the United States District Court for the Northern District of Alabama.

Dated: July 28, 2020.

/s/ Eric Taube
Eric Taube (TX Bar No: 19679350)
Waller Lansden Dortch & Davis, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 685-6401
Email: Eric.Taube@wallerlaw.com

*Attorney for CZ Acquisition, LLC*

## Exhibit A

Proposed Order

4851-8171-8981.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **REMINGTON OUTDOOR COMPANY, INC.**, *et al*[1] | ) | Case No: 20-81688-CRJ |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Joint Administration Requested |

### ORDER GRANTING MOTION FOR ADMISSION
### <u>*PRO HAC VICE*</u> OF ERIC TAUBE

This matter came before the Court on the *Motion for Admission Pro Hac Vice* [Doc. _____] (the "<u>Motion</u>") of Eric Taube of Waller Lansden Dortch & Davis, LLP, to appear on behalf of CZ Acquisition, LLC in the above-captioned chapter 11 cases pursuant to Rule 2090-1 of the Local Rules of this Court and Rule 83.1 of the Local Rules of the U.S. District Court for the Northern District of Alabama.

Upon consideration of the Motion, there appears to be sufficient cause to grant the Motion and it is hereby **ORDERED**, **DECREED** and **ADJUDGED** as follows:

The Motion is **GRANTED**; and Eric Taube is hereby **ADMITTED PRO HAC VICE** in this case.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

4851-8171-8981.1