**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| In re: <br><br> REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-81688-CRJ11 <br><br> Joint Administration Requested |

**NOTICE OF FILING AMENDED EXHIBIT C TO DEBTORS'
MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS
AUTHORIZING THE EMPLOYMENT AND COMPENSATION OF
PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**COME NOW**, Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, by and through undersigned counsel, and submit the attached amended Exhibit C to *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 13]. Exhibit C is amended to include Ramboll Environ as an ordinary course professional of the Debtors.

Respectfully submitted, this the 29th day of July 2020.

                                               */s/ Derek F. Meek*
                                               **BURR & FORMAN LLP**
                                               Derek F. Meek
                                               Hanna Lahr
                                               420 20th Street North, Suite 3400
                                               Birmingham, AL 35203
                                               Telephone:    (205) 251-3000
                                               Facsimile:     (205) 458-5100

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

43894423 v1

Email: dmeek@burr.com
hlahr@burr.com

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (*pro hac vice* admission pending)
Karen Rinehart (*pro hac vice* admission pending)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
krinehart@omm.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

**Amended Exhibit C**

**Remington Outdoor Company, Inc.**
Schedule of Ordinary Course Professionals

| Monthly / Recurring Ordinary Course Professionals | | |
|---|---|---|
| Provider Name | Vendor Address | Service(s) Provided |
| ANGEION GROUP LLC | 1801 MARKET STREET, SUITE 660, PHILADELPHIA, PA 19103 | Product Liability Support Firm |
| BAKER BOTTS | 910 LOUISIANA STREET, HOUSTON, TX 77002 | Special Counsel (International Sales) |
| BLACKBURN & STOLL LLC | 257 EAST 200 SOUTH, SUITE 800, SALT LAKE CITY, UT 84111 | Personal Injury Counsel |
| DAY PITNEY LLP | 1 JEFFERSON ROAD, PARSIPPANY, NJ 07054-2833 | Product Liability Counsel |
| ERNST & YOUNG, LLP | 190 CARONDELET PLAZA, SUITE 1300, CLAYTON, MO 63105 | Tax (Excise Tax) |
| FRIDAY, ELDREDGE & CLARK | 400 W CAPITOL, LITTLE ROCK, AR 72201 | Product Liability Counsel |
| JACKSON LEWIS, LLP | 75 PARK PLAZA, BOSTON, MA 02116 | Union and Employee Matters |
| MAYNARD COOPER & GALE PC | 1901 6TH AVENUE NORTH, SUITE 2400, BIRMINGHAM, AL 35203-2602 | State Incentives Counsel |
| NELSON MULLINS RILEY & SCARBOROUGH | 1320 MAIN STREET, 17TH FLOOR, COLUMBIA, SC 29201 | eDiscovery Services |
| ORCHID ADVISORS LLC | 40 WEST HILLS DRIVE, AVON, CT 6001 | Compliance Counsel |
| PROFILE ADVISORS LLC | 405 LEXINGTON AVE, SUITE 915, NEW YORK, NY 10174 | Public Relations |
| RAMBOLL ENVIRON | 4350 FAIRFAX DRIVE, SUITE 300, ARLINGTON, VA 22203 | Environmental Consultant |
| REED SMITH LLP | 225 FIFTH AVENUE, PITTSBURGH, PA 15222 | Insurance Counsel |
| SHOOK, HARDY & BACON, LLP | 2555 GRAND BOULEVARD, KANSAS CITY, MO 64108 | Product Liability Counsel |
| SWANSON MARTIN & BELL | 330 NORTH WABASH AVE - STE 3300, CHICAGO, IL 60611 | Product Liability Counsel |
| WILMER & LEE P A | 100 WASHINGTON STREET, SUITE 100, HUNTSVILLE, AL 35801 | Workers Comp. and Employee Matters Counsel |
| WOMBLE BOND DICKSON | ONE WELLS FARGO CENTER, SUITE 3500, CHARLOTTE, NC 28202 | Special Counsel (Patents, trademarks, benefits, etc.) |

**Other Product Liability Related Counsel**

| | | |
|---|---|---|
| BINGHAM GREENEBAUM DOLL LLP | 10 WEST MARKET STREET, INDIANAPOLIS, IN 46204 | Product Liability Counsel |
| BUTLER, SNOW, O'MARA, STEVENS | 1020 HIGHLAND COLONY PKWY., SUITE 1400, RIDGELAND, MS 39157 | Product Liability Counsel |
| DICKINSON WRIGHT PLLC | 2600 WEST BIG BEAVER RD, SUITE 300, TROY, MI 48084 | Product Liability Counsel |
| CLAYTON UTZ | 1 BLIGHT STREET, SYDNEY, NEW SOUTH WALES | Product Liability Counsel |
| CORETTE BLACK CARLSON & MICKELSON | 129 WEST PARK STREET, SUITE 301, BUTTE, MT 59701 | Product Liability Counsel |
| GRAY REED & MCGRAW LLP | 1300 POST OAK BOULEVARD #2000, HOUSTON, TX 77056 | Product Liability Counsel |
| HUNTER MACLEAN EXLEY & DUNN PC | 200 EAST ST JULIAN STREET, SAVANNAH, GA 31401 | Product Liability Counsel |
| IRWIN FRITCHIE URQUHART & MOORE LLC | 400 POYDRAS STREET, SUITE 2700, NEW ORLEANS, LA 70130 | Product Liability Counsel |
| LIGHTFOOT,FRANKLIN, & WHITE LLC | 400 20TH STREET NORTH, BIRMINGHAM, AL 35203-3200 | Product Liability Counsel |
| MCGINNIS LOCHRIDGE AND KILGORE LLP | 600 CONGRESS AVE, SUITE 2100, AUSTIN, TX 78701 | Product Liability Counsel |
| OHNSTAD TWICHELL PC | 444 SHEYENNE STREET, SUITE 102, WEST FARGO, ND 58078 | Product Liability Counsel |
| PORTER WRIGHT MORRIS & ARTHUR LLP | 41 SOUTH HIGH STREET, COLUMBUS, OH 43215 | Product Liability Counsel |
| POST & SCHELL PC | 1600 JOHN F KENNEDY BOULEVARD, PHILADELPHIA, PA 19103 | Product Liability Counsel |
| REMINGER CO LPA | 200 CIVIC CENTER DRIVE, SUITE 800, COLUMBUS, OH 43215 | Product Liability Counsel |
| RODEY LAW FIRM | 201 THIRD STREET NW, SUITE 2200, ALBUQUERQUE, NM 87103-1888 | Product Liability Counsel |
| SNOW CHRISTENSEN & MARTINEAU | 10 EXCHANGE PLACE, 11TH FLOOR, SALT LAKE CITY, UT 84111 | Product Liability Counsel |
| SPOTTS FAIN PC | 411 E FRANKLIN STREET, SUITE 600, RICHMOND, VA 23219 | Product Liability Counsel |
| THE LAW OFFICE OF ROBERT H ALEXANDER JR., PC | 100 NORTH BROADWAY, P.O. BOX 868, OKLAHOMA CITY, OK 73101-0868 | Product Liability Counsel |
| WYATT, TARRANT & COMBS, LLP | 500 WEST JEFFERSON STREET, SUITE 2800, LOUISVILLE, KY 40202 | Product Liability Counsel |
| YOKA & SMITH LLP | 445 SOUTH FIGUEROA ST - 38TH FL, LOS ANGELES, CA 90071 | Product Liability Counsel |

| Audit and Tax Professional Services Required from Petition Date to Plan Effective Date | | |
|---|---|---|
| Provider Name | Vendor Address | Service(s) Provided |
| DELOITTE TAX LLP | 2200 ROSS AVE #1600, DALLAS, TX 75201 | Tax (Federal/State Returns) |
| GRANT THORNTON LLP | PO BOX 532019, ATLANTA, GA 30353-2019 | Auditor |
| KPMG, LLC | 2323 ROSS AVE #1400, DALLAS, TX 75201 | Accounting and Valuation Services |