# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Joint Administration Requested |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR JENNIFER TAYLOR

**COMES NOW,** Derek F. Meek, counsel for Remington Outdoor Company, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, and moves this Court (this "Motion") to permit Jennifer Taylor of O'Melveny & Myers LLP to appear and participate in these cases on a *pro hac vice* basis to represent the Debtors. In support of this Motion, the undersigned states as follows:

1. I am a member in good standing of the bar of this Court, and I am counsel of record for the Debtors.

2. Ms. Taylor declares and certifies that she is a member in good standing of the bar of California, and is admitted to practice before United States District Courts for the Central, Eastern, and Northern Districts of California and United States Court of Appeals for the Second Circuit. A Certificate of Good Standing from the Supreme Court of California is attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

3. Ms. Taylor certifies that no disciplinary actions are pending against her and no disciplinary action has been taken against her in the past.

**WHEREFORE,** the undersigned respectfully request that this Court grant this Motion and admit attorney Jennifer Taylor to practice before this Court on a *pro hac vice* basis in this case.

Dated this the 30th day of July 2020.

/s/ Derek F. Meek
**BURR & FORMAN LLP**
Derek F. Meek
Hanna Lahr
420 20th Street North, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: dmeek@burr.com
 hlahr@burr.com

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
 krinehart@omm.com

Jennifer Taylor (*pro hac vice* admission pending)
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Email: jtaylor@omm.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 30th day of July, 2020, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties requesting electronic service.

                    /s/ Derek F. Meek
                    OF COUNSEL

43653822 v1

3

Case 20-81688-CRJ11  Doc 109  Filed 07/30/20  Entered 07/30/20 15:54:50  Desc
Main Document  Page 3 of 5

# EXHIBIT A

43653822 v1



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JENNIFER MARIE TAYLOR

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **JENNIFER MARIE TAYLOR, #241191,** was on the **7th day of DECEMBER, 2005,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **16th day of JUNE 2020.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Margarita Arroyo, Assistant Deputy Clerk