IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | Case No. 20-81688-CRJ11 |
| Debtors. | Jointly Administered |

## DEBTORS' RESPONSE TO CHAPTER 11 OPERATING PROCEDURES

Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, and, in accordance with the Court's *Order on Chapter 11 Operating Procedures* [Docket No. 83], hereby file this response (this "**Response**") to the *Chapter 11 Operating Procedures* (the "**Operating Procedures**") [Docket No. 62] filed by the United States Bankruptcy Administrator for the Northern District of Alabama (the "**Bankruptcy Administrator**"). In support of this Response, the Debtors respectfully state as follows:

1. On July 29, 2020, the Bankruptcy Administrator filed the Operating Procedures, which set forth certain requirements of the Bankruptcy Administrator for the Debtors.

2. Subsequent to the filing of the Operating Procedures, counsel for the Debtors discussed certain requested changes to the Operating Procedures with the Bankruptcy Administrator, including the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

a. The Debtors shall not be required to open new books and records pursuant to Section B(1) of the Operating Procedures;

b. The Debtors shall not be required to open new bank accounts pursuant to Section C of the Operating Procedures;

c. Section E of the Operating Procedures shall be subject to the *Interim Order (i) Authorizing the Debtors to (a) Continue Operating Cash Management System and Bank Accounts, (b) Honor Certain Prepetition Obligations Related Thereto, (c) Continue Performing and Granting Administrative Priority for Intercompany Transactions, (ii) Waiving Certain Bankruptcy Administrator Requirements, (iii) Granting the Debtors an Extension of Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code, and (iv) Granting Related Relief* (the "**Interim Cash Management Order**") [Docket No. 92], as well as any final order entered with respect to the relief granted in the Interim Cash Management Order;

d. The Debtors shall file their monthly operating reports pursuant to Section K of the Operating Procedures not later than the last day of the next succeeding month; and

e. The Debtors shall file their quarterly reports pursuant to Section K of the Operating Procedures not later than the last day of the monthly following each calendar quarter.

3. The Bankruptcy Administrator has consented to the requested changes to the Operating Procedures set forth in paragraph 2 above.

2

43911615 v1

Case 20-81688-CRJ11    Doc 184    Filed 08/04/20    Entered 08/04/20 16:03:31    Desc
Main Document    Page 2 of 3

4. Accordingly, the Debtors request that the Operating Procedures be amended to reflect these changes.

**WHEREFORE**, the Debtors respectfully request that the Operating Procedures be amended as set forth herein.

Dated: August 4, 2020

/s/ Derek F. Meek
**BURR & FORMAN LLP**
Derek F. Meek
Hanna Lahr
420 20th Street North, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: dmeek@burr.com
hlahr@burr.com

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
krinehart@omm.com

*Attorneys for the Debtors and Debtors in Possession*

3