# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: <br><br> REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-81688-CRJ11 <br><br> Jointly Administered |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On July 27, 2020, Remington Outdoor Company, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). The Debtors and their respective chapter 11 case numbers (collectively, the "Chapter 11 Cases") and the last four digits of their respective federal tax identification numbers, are:

| Debtor Name | Case No. | Tax Identification No. |
|---|---|---|
| Remington Outdoor Company, Inc. | 20-81688-CRJ11 | 4491 |
| FGI Holding Company, LLC | 20-81689-CRJ11 | 9899 |
| FGI Operating Company, LLC | 20-81690-CRJ11 | 9774 |
| Barnes Bullets, LLC | 20-81691-CRJ11 | 8510 |
| Remington Arms Company, LLC | 20-81692-CRJ11 | 0935 |
| Huntsville Holdings LLC | 20-81693-CRJ11 | 3525 |
| TMRI, Inc. | 20-81694-CRJ11 | 3522 |
| Remington Arms Distribution Company, LLC | 20-81695-CRJ11 | 4655 |
| 32E Productions, LLC | 20-81696-CRJ11 | 2381 |
| Great Outdoors Holdco, LLC | 20-81697-CRJ11 | 7744 |
| RA Brands, L.L.C. | 20-81698-CRJ11 | 1477 |
| FGI Finance, Inc. | 20-81699-CRJ11 | 0109 |
| Outdoor Services, LLC | 20-81700-CRJ11 | 2405 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

43921966 v1

The location of the Debtors' corporate headquarters and the Debtors' service address is: 100 Electronics Boulevard SW, Huntsville, AL 35824.

**COMMENCEMENT OF CASES.** Petitions under chapter 11 of the Bankruptcy Code have been filed in the United States Bankruptcy Court for the Northern District of Alabama (the "Court") by the Debtors. *You will not receive notice of all documents filed in the Chapter 11 Cases*. All documents filed with the Court in the Chapter 11 Cases, including schedules of the Debtors' assets and liabilities, are available for inspection at the Office of the Clerk of the Court (the "Clerk's Office"). In addition, such documents may be available at www.alnb.uscourts.gov. A PACER password is needed to access these documents and can be obtained from the PACER Service Center at www.pacer.psc.uscourts.gov. In addition, such documents are or will be available through the website of Prime Clerk LLC ("Prime Clerk"), the Debtors' claims and noticing agent in the Chapter 11 Cases, at https://cases.primeclerk.com/RemingtonOutdoor, or by contacting Prime Clerk at (877) 755-3450 (US/Canada Toll Free Number) or (347) 338-6538 (International Toll Number).

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS. September 1, 2020, 10:00 a.m. CDT.** The Section 341 Meeting of Creditors will be held telephonically. Creditors wishing to attend the Meeting should use the following dial-in information: 1-888-363-4749 (call-in number); 2940997 (access code).

**MEETING OF CREDITORS.** The Debtors' representative, as specified in rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. The meeting may be continued or adjourned from time-to-time by notice at the meeting, without further written notice to the creditors.

**DEADLINE TO FILE A PROOF OF CLAIM.** Notice of this deadline will be sent or published by and through a separate notice.

**DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS:** On the date that is sixty (60) days after the first scheduled meeting of creditors pursuant to section 341 of the Bankruptcy Code.

**NAME, ADDRESS AND TELEPHONE NUMBER OF CHAPTER 11 TRUSTEE.** None appointed to date.

**PROPOSED COUNSEL FOR THE DEBTORS.**

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | **BURR & FORMAN LLP** |
| Stephen H. Warren (admitted *pro hac vice*) | Derek F. Meek |
| Karen Rinehart (admitted *pro hac vice*) | Hanna Lahr |
| 400 South Hope Street | 420 20th Street North, Suite 3400 |
| Los Angeles, CA 90071-2899 | Birmingham, AL 35203 |
| Telephone: (213) 430-6000 | Telephone: (205) 251-3000 |

**PURPOSE OF CHAPTER 11 FILING.** Chapter 11 of the Bankruptcy Code enables debtors to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of the Chapter 11 Cases are dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their business unless a chapter 11 trustee is appointed.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS.** A creditor is anyone to whom the Debtors owe money or property. Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. Common examples of prohibited actions by creditors are contacting the Debtors to demand repayment, taking action against the Debtors to collect money owed to creditors or to take property of the Debtors and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor which is considering taking action against the Debtors or their property should review section 362 of the Bankruptcy Code and may wish to seek legal advice. *The staff of the Clerk's Office and the Debtors' proposed counsel are not permitted to give you legal advice.*

**CLAIMS.** Schedules of creditors will be filed by the Debtors in the Chapter 11 Cases pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim, which is not listed as disputed, contingent, or unliquidated as to amount, may, but is not required to, file a proof of claim in these Chapter 11 Cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and which desire to participate in these Chapter 11 Cases or share in any distribution in the Chapter 11 Cases must file a proof of claim. A creditor which desires to rely on the Debtors' schedules of claims and liabilities has the sole responsibility for determining that its claim is accurately listed therein. *Separate notice of the deadlines to file proofs of claim in the Chapter 11 Cases and proof of claim forms will be provided to the Debtors' known creditors*. Proof of claim forms also are available in the Clerk's Office of any United States Bankruptcy Court, from the Court's website at www.alnb.uscourts.gov, or from the website of Prime Clerk at https://cases.primeclerk.com/RemingtonOutdoor.

**DISCHARGE OF DEBTS.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* 11 U.S.C. § 1141(d). A discharge means that you may never try to collect the debt from the Debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under section 1141(d)(6) of the Bankruptcy Code, you must start a lawsuit by filing a complaint in the Clerk's Office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debtors" listed above. The Clerk's Office must receive the complaint and any required filing fee by that deadline.