# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| IN RE<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*<br><br>DEBTORS.[1] | Chapter 11<br><br>Case No.: 20-81688-11<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

COMES NOW Tazewell T. Shepard III of the law firm of Sparkman, Shepard & Morris, P.C., and hereby enters his appearance as counsel of record on behalf of The Sandy Hook Families[2] as creditors in the above-captioned Chapter 11 case. The Clerk of the Court is hereby requested to forward copies of all dockets, notices, pleadings, motions or other documents and filings to the undersigned as counsel of record.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

[2] Donna L. Soto, as administratrix of the Estate of Victoria L. Soto; Ian Hockley and Nicole Hockley, as co-administrators of the Estate of Dylan C. Hockley; David C. Wheeler, as administrator of the Estate of Benjamin A. Wheeler; Mary d'Avino, as administratrix of the Estate of Rachel M. D'Avino; Mark Barden and Jacqueline Barden, as co-administrators of the Estate of Daniel G. Barden; William D. Sherlach, as executor of the Estate of Mary Joy Sherlach, Neil Heslin and Scarlett Lewis, as co-administrators of the Estate of Jesse McCord Lewis; Leonard Pozner, as administrator of the Estate of Noah S. Pozner; Gilles J. Rousseau, as administrator of the Estate of Lauren G. Rousseau.

Respectfully submitted this the 5th day of August, 2020.

                                               */s/ Tazewell T. Shepard III*
                                               Tazewell T. Shepard III
                                               Tazewell T. Shepard IV
                                               *Attorneys for the Sandy Hook Families*

                                               **SPARKMAN, SHEPARD & MORRIS, P.C.**
                                               P. O. Box 19045
                                               Huntsville, AL  35804
                                               Tel: 256/512-9924

## **CERTIFICATE OF SERVICE**

This is to certify that I have this the 5th day of August, 2020 served the foregoing pleading upon the Debtor's 40 largest unsecured creditors, all other persons requesting notice, and the Office of the Bankruptcy Administrator, by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon.

                                               */s/ Tazewell T. Shepard III*
                                               Tazewell T. Shepard III