# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| REMINGTON OUTDOOR COMPANY, INC., *et al.,*[1] | } } } | Case No. 20-81688-CRJ-11 |
| | } | Chapter 11 |
| | } | |
| Debtor(s). | } | Jointly Administered |

**ORDER OVERRULING THE SANDY HOOK FAMILIES' (1) OBJECTION TO THE DEBTORS' LIST OF TOP 40 UNSECURED CREDITORS AND (2) EMERGENCY MOTION FOR STATUS CONFERENCE**

On August 6, 2020, the Court held an Emergency Status Conference in this case to discuss the Objection filed by The Sandy Hook Families to the Debtors' List of Top 40 Unsecured Creditors and the status of First Day Motions and Bid Procedures.

After considering the arguments by all parties, the continuing rights of creditors under 11 U.S.C. § 1102(a)(4), and for the reasons stated on the record, it is hereby

**ORDERED, ADJUDGED and DECREED** that The Sandy Hook Families' (1) Objection to the Debtors' List of Top 40 Unsecured Creditors and (2) Emergency Motion for Status Conference Objection is **OVERRULED**.

Dated this the 6th day of August 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc.(3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.