IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REMINGTON OUTDOOR COMPANY, INC., et al.1, | ) ) ) | CASE NO. 20-81688-CRJ CHAPTER 11 |
| DEBTOR. | ) | Jointly Administered |

**LIMITED OBJECTION TO DEBTORS' MOTION
FOR (I) AN ORDER ESTABLISHING BIDDING
PROCEDURES AND GRANTING RELATED RELIEF AND
(II) AN ORDER OR ORDERS APPROVING THE SALE OF THE DEBTORS' ASSETS**

**COMES NOW** Oneida Molded Plastics, LLC ("Oneida"), and files this limited objection to the Debtors' Motion for (I) An Order Establishing Bidding Procedures and Granting Related Relief and (II) An Order or Orders Approving the Sale of the Debtors' Assets [Doc 29] ("Sale Motion"), and states the following in support thereof:

1. On or about July 27, 2020, the Debtors filed a voluntary petition for relief under Chapter 11 of the United States Code.

2. On or about July 28, 2020, Debtors filed the Sale Motion seeking to establish bidding procedures and an Order approving the sale of substantially all or a portion of its assets.

3. Oneida is a creditor in the above styled case with a claim of approximately $135,415.88.

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

{M0697263.1}

4. Oneida at the request of Debtor, fabricated the tooling and molds ("Mold Product") that Debtor uses to manufacture, assemble or cast certain firearms designed specifically for the Debtor.

5. According to New York Lien Law §150:

> A "Molder" means any individual or entity who fabricates, casts or otherwise makes or uses a die, mold, form, or pattern for the purpose of manufacturing, assembling, casting, fabricating, or otherwise making a product or products for a customer. A "molder" includes, but is not limited to, a tool or die maker. Article 6A, Section 150 Laws of New York.

6. According to New York Lien Law §151:

> Molders shall have a lien, dependent on possession, on all dies, molds, forms or patterns in their hands belonging to a customer, for the balance due them from such customer for any manufacturing or fabrication work, and in the value of all material related to such work. Such lien shall not have priority over any security interest in the die, mold, form or pattern that is perfected at the time the molder acquires the lien. The molder may retain possession of the die, mold, form or pattern until the charges are paid.

7. Oneida is a Molder as defined by the State of New York and in maintaining possession of the Mold Product, claims a statutory lien against Mold Product.

8. Oneida objects to the inclusion of the Mold Product in the Sale Motion without some form of adequate protection for its lien rights such that its lien would continue to attach to the Mold Product until the balance of its claim is paid in full or that its lien would attach to the proceeds of the sale in an amount equal to the value of the Mold Product.

WHEREFORE, Oneida requests that any Order entered by this Honorable Court approving the Sale Motion exclude the sale of Mold Product in Oneida's possession unless some form of adequate protection is provided or Oneida's lien attaches to the proceeds of the sale, and

{M0697263.1}

Case 20-81688-CRJ11    Doc 221    Filed 08/07/20    Entered 08/07/20 11:14:39    Desc
Main Document    Page 2 of 4

for such other further and different relief to which it is entitled by law and in equity.

Respectfully submitted this __7th__ day of August, 2020.

/s/ Steven D. Altmann
Steven D. Altmann
Attorney for Oneida Molded Plastics, Inc.

**OF COUNSEL:**
THE NOMBERG LAW FIRM
3940 Montclair Rd
Birmingham, Alabama 35213
(205) 930-6900

{M0697263.1}

# CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above Limited Objection to the Debtor's Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of Debtor's Assets has been served on the following by electronic mail on this the __7th___ day of August, 2020.

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071,
Attn: Steve Warren (swarren@omm.com) and Jennifer Taylor (jtaylor@omm.com)

Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Attn: Derek Meek (dmeek@burr.com) and Hanna Lahr (hlahr@burr.com)

Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Attn: Sarah Schultz (sschultz@akingump.com)

Bankruptcy Administrator
400 Well Street
Decatur, Alabama 35602
Attn: Richard Blythe (richard_blythe@alnba.uscourts.gov)

Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Attn: Joshua D. Morse (joshua.morse@pillsburylaw.com) and Andrew V. Alfano (andrew.alfano@pillsburylaw.com)

Whitebox Advisors LLC, Brown Rudnick LLP,
One Financial Center
Boston, Massachusetts 02111
Attn: Andreas Andromalos (aandromalos@brownrudnick.com) and Tia C. Wallach (twallach@brownrudnick.com)

All parties that have requested notice in the Chapter 11 Cases.

                                        /s/ Steven D. Altmann_____
                                                 Of Counsel

{M0697263.1}