# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*<br><br>DEBTORS.[1] | Chapter 11<br><br>Case No.: 20-81688-11<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §1109(b) and Fed. R. Bankr. P. 9010(b), the undersigned attorneys hereby appear on behalf of certain of the Sandy Hook Families[2] and request that all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be given to and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

[2] Donna L. Soto, as administratrix of the Estate of Victoria L. Soto; Ian Hockley and Nicole Hockley, as co-administrators of the Estate of Dylan C. Hockley; David C. Wheeler, as administrator of the Estate of Benjamin A. Wheeler; Mark Barden and Jacqueline Barden, as co-administrators of the Estate of Daniel G. Barden; William D. Sherlach, in his individual capacity and as executor of the Estate of Mary Joy Sherlach; Leonard Pozner, as administrator of the Estate of Noah S. Pozner; and Gilles J. Rousseau, as administrator of the Estate of Lauren G. Rousseau.

**Faith Gay**
Selendy & Gay PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-390-9001
E-mail: fgay@selendygay.com

This request encompasses all notices, copies and pleadings referred to in Rule 2002 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise that relate to these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that this notice shall not waive any right (1) to have final orders and non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which the Sandy Hook Families are or may be entitled in law or in equity, all of which the Sandy Hook Families expressly reserves.

[*Signature block on following page*]

2

Date: August 7, 2019    Respectfully submitted,
New York, NY

SELENDY & GAY PLLC

By: /s/   *Faith Gay*
Faith Gay

SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Telephone: 212-390-9000
E-mail: fgay@selendygay.com

*Counsel for the Sandy Hook Families*