# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*<br><br>DEBTORS.[1] | Chapter 11<br><br>Case No.: 20-81688-11<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ERICA R. IVERSON

The undersigned respectfully moves this Court for the admission *pro hac vice* of Erica R. Iverson of Selendy & Gay PLLC, 1290 Avenue of the Americas, New York, New York 10104 to represent the Sandy Hook Families[2] in the above-captioned chapter 11 cases pursuant to Rule 2090-1 of the Local Rules of this Court and Rule 83.1 of the Local Rules of the U.S. District Court for the Northern District of Alabama. Ms. Iverson is not a member of the bar of this Court but is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

[2] Donna L. Soto, as administratrix of the Estate of Victoria L. Soto; Ian Hockley and Nicole Hockley, as co-administrators of the Estate of Dylan C. Hockley; David C. Wheeler, as administrator of the Estate of Benjamin A. Wheeler; Mark Barden and Jacqueline Barden, as co-administrators of the Estate of Daniel G. Barden; William D. Sherlach, in his individual capacity and as executor of the Estate of Mary Joy Sherlach; Leonard Pozner, as administrator of the Estate of Noah S. Pozner; Gilles J. Rousseau, as administrator of the Estate of Lauren G. Rousseau; Mary D'Avino as Administratrix of the Estate of Rachel M. D'Avino; and Neil Heslin and Scarlett Lewis as Co-Administrators of the Estate of Jesse McCord Lewis.

a member in good standing of the bar of the state of New York, as well as the bar of the United States District Court for the Southern District of New York.  Ms. Iverson resides in New York and the foregoing state and district are where Ms. Iverson regularly practices law.

A fee for admission of $75.00 for Ms. Iverson's admission will be paid to the U.S. District Court for the Northern District of Alabama.  A proposed order admitting Ms. Iverson *pro hac vice* and Ms. Iverson's certification are each attached hereto. Ms. Iverson requests that she be served with all notices and papers relating to this case pursuant to her separate Entry of Appearance and Request for Notices.

WHEREFORE, the undersigned respectfully requests entry of the Proposed Order annexed hereto as **Exhibit A**, admitting Ms. Iverson to practice *pro hac vice* before this Court in these cases.

Dated: August 14, 2020
Huntsville, AL

    Respectfully submitted,

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: 256/512-9924
Email: taze@ssmattorneys.com

**-AND-**

/s/ *Erica R. Iverson*
Erica R. Iverson (*pro hac vice* admission pending)

**SELENDY & GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9053
Email: eiverson@selendygay.com


*Attorneys for the Sandy Hook Families*

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 2090-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the state of New York, as well as the bar of the United States District Court for the Southern District of New York, which are the state and district in which I reside and regularly practice law. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I further certify that the required fee of $75.00 has been paid to the United States District Court for the Northern District of Alabama.

Dated: August 14, 2020

/s/ Erica R. Iverson
Erica R. Iverson

**Selendy & Gay PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9053
Email: eiverson@selendygay.com

*Attorneys for the Sandy Hook Families*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of August 2020, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties requesting electronic service.

                                       */s/ Tazewell T. Shepard IV*
                                       Tazewell T. Shepard IV

## Exhibit A

Proposed Order

6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*<br><br>DEBTORS.[1] | Chapter 11<br><br>Case No.: 20-81688-11<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ERICA R. IVERSON

This matter came before the Court on the *Motion for Admission Pro Hac Vice* [Doc. \_\_\_\_] (the "Motion") Erica R. Iverson of Selendy & Gay PLLC, to appear on behalf of the Sandy Hook Families[2] in the above-captioned chapter 11 cases pursuant to Rule 2090-1 of the Local Rules of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

[2] Donna L. Soto, as administratrix of the Estate of Victoria L. Soto; Ian Hockley and Nicole Hockley, as co-administrators of the Estate of Dylan C. Hockley; David C. Wheeler, as administrator of the Estate of Benjamin A. Wheeler; Mark Barden and Jacqueline Barden, as co-administrators of the Estate of Daniel G. Barden; William D. Sherlach, in his individual capacity and as executor of the Estate of Mary Joy Sherlach; Leonard Pozner, as administrator of the Estate of Noah S. Pozner; Gilles J. Rousseau, as administrator of the Estate of Lauren G. Rousseau; Mary D'Avino as Administratrix of the Estate of Rachel M. D'Avino; and Neil Heslin and Scarlett Lewis as Co-Administrators of the Estate of Jesse McCord Lewis.

this Court and Rule 83.1 of the Local Rules of the U.S. District Court for the Northern District of Alabama.

Upon consideration of the Motion, there appears to be sufficient cause to grant the Motion and it is hereby **ORDERED, DECREED** and **ADJUDGED** as follows:

The Motion is **APPROVED**; and Erica R. Iverson is hereby **ADMITTED PRO HAC VICE** in this case.

Dated: _____

_____
CLIFTON R. JESSUP, JR.
UNITED STATES BANKRUPTCY JUDGE