**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Case No. 20-81688-CRJ |
|  | : |  |
| REMINGTON OUTDOOR COMPANY, INC., et al. [1] | : | |
|  | : | Chapter 11 |
|  | : | (Joint Administration Requested) |
| Debtors | : | |

**RESPONSE IN SUPPORT OF MOTION OF THE SANDY HOOK FAMILIES, PURSUANT TO 11 U.S.C.§§ 105(a) AND 1102(a)(4), TO RECONSTITUTE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Comes now Sharon Teague and Randall Teague (hereinafter the "Teague Creditors"), creditors in the above referenced bankruptcy actions and files this response in support of the Motion of the Sandy Hook Families, Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4) to Reconstitute the Official Committee of Unsecured Creditors. In support of this response, the Teague Creditors state as follows:

1. The Teague Creditors claims arise from the facts asserted in a civil action pending in the United States District Court for the Northern District of Montana CV 18-184-M-DLC. In this case, the plaintiffs have asserted various claims against Debtor entities, as well as, Sporting Goods Properties, Inc., E.I. Dupont De Nemours & Company relating to the wrongful death of the Creditors' son Mark Randall Teague. The lawsuit seeks damages in excess of $150,000.00.

2. The Teague Creditors fully support the arguments and issues raised by the Sandy Hook Families in their present motion. Further, the Teague Creditors are extremely concerned with the composition of the list of 40 Largest Creditors filed by the Debtors. There are presently numerous lawsuits being pursued against the Debtors with claimed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

damages sought in excess of the claims of the listed creditors. There is presently a lawsuit pending in which the plaintiff has already obtained a $500,000.00 judgment. This case is on appeal but, while the Debtors might properly list this claim as "disputed" it certainly is liquidated and should have appeared on the list of largest creditors.

3. As set out more fully in the Sandy Hook Families' Motion, the tort/wrongful death creditors/claimants are not similarly situated to the trade creditors listed on the creditor lists filed by the Debtors and their interests are not the same.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Teague Creditors request that the Court direct the Bankruptcy Administrator to change the membership of the Unsecured Creditors Committee to appoint tort claimants to the committee in a manner that is commensurate to their interests in these Chapter 11 cases and that ensures adequate protection of these tort claimants or, in the alternative, appoint an additional official committee of tort claimants pursuant to sections 105(a) and 1102(a)(2) of the Bankruptcy Code and granting such other relief as the Court may deem necessary.

Dated at Huntsville, Alabama, this 17th day of August, 2020.

By: /s/ Melissa W. Larsen
Attorney for Sharon and Randall Teague
Melissa W. Larsen
Melissa Wimberley Law
521 Madison St., Ste. 201
Huntsville, AL 35801
(256) 970-4217

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Melissa W. Larsen
Melissa W. Larsen