**Van−003** [Notice of Telephonic Hearing] (04/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 20−81688−CRJ11 |
| Remington Outdoor Company, Inc. | **Chapter** 11 |
| **EIN:** 26−0174491 | |
| **Debtor(s)** | |

## NOTICE OF TELEPHONIC HEARING

Notice is hereby given that a telephonic hearing will be held in the above−referenced case on Thursday, August 27, 2020 at 10:00 AM to consider and act upon the following:

*381* − Motion for Leave Motion for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 Filed by Creditor Donna Soto (Attachments: # 1 Exhibit A # 2 Exhibit B) (Shepard, Tazewell)

The hearing will be held via an AT&T call−in number. You can find the call−in number and passcode on the Court's webpage at www.alnb.uscourts.gov. (Each Judge in the District has a specific call−in number. From the homepage, click the "Judges" tab and select the Judge assigned to the case. If you cannot locate the dial−in−number on the website, you may call the Clerk's office at 205−714−4000.) Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated: August 18, 2020

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

scm