# Notice Recipients

District/Off: 1126−8　　　　User: admin　　　　Date Created: 8/20/2020  
Case: 20−81688−CRJ11　　　　Form ID: pdf000　　　　Total: 103

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr　　　Geodis Logistics, LLC

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ba | Richard M Blythe | Richard_Blythe@alnba.uscourts.gov |
| op | Sarah Link Schultz | sschultz@akingump.com |
| aty | Alinor C. Sterling | asterling@koskoff.com |
| aty | Andrew J. Shaver | ashaver@bradley.com |
| aty | Andrew Philip Walker | walker.andrew@pbgc.gov |
| aty | Benjamin L. Locklar | ben.locklar@beasleyallen.com |
| aty | Benjamin Shaw Goldman | bgoldman@handfirm.com |
| aty | Bill D Bensinger | bdbensinger@csattorneys.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | David Elsberg | delsberg@selendygay.com |
| aty | David M. Bernard | dbernard@koskoff.com |
| aty | David W. Ross, Esq. | dross@babstcalland.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Donald Bernstein | Donald.bernstein@davispolk.com |
| aty | Edward J Peterson, III | epeterson.ecf@srbp.com |
| aty | Elizabeth S. Lynch | lynch@lynchsharp.com |
| aty | Eric J. Taube | eric.taube@wallerlaw.com |
| aty | Eric T Ray | eric.ray@wallerlaw.com |
| aty | Erica K. Dausch | edausch@babstcalland.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | Hanna Lahr | hlahr@burr.com |
| aty | Hannah Leah Uricchio | uricchio.hannah@pbgc.gov |
| aty | Jay R. Bender | jbender@babc.com |
| aty | Jeffrey W. Wisner | jwisner@koskoff.com |
| aty | Jeremy L Retherford | jretherford@balch.com |
| aty | Jesse S Vogtle, Jr | jesse.vogtle@wallerlaw.com |
| aty | Joanna Caitlin Berry McDonald | joanna.mcdonald@davispolk.com |
| aty | Jonathan Paul Hoffmann | jhoffmann@balch.com |
| aty | Jordan Garman | jgarman@selendygay.com |
| aty | Joshua D. Koskoff | jkoskoff@koskoff.com |
| aty | Kathleen M. LaManna | klamanna@goodwin.com |
| aty | Kimberly E. Neureiter | neureiter.kimberly@pbgc.gov |
| aty | Matthew M Cahill | mcahill@bakerdonelson.com |
| aty | Melissa W. Larsen | mwlarsen67@gmail.com |
| aty | Paul Greenwood | paul.greenwood@wallerlaw.com |
| aty | Paul M. Hoffmann | paul.hoffmann@stinson.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Rita L Hullett | rhullett@bakerdonelson.com |
| aty | Stephen B Porterfield | sporterfield@sirote.com |
| aty | Steven Pohl | spohl@brownrudnick.com |
| aty | Steven D Altmann | steve@nomberglaw.com |
| aty | Stuart H. Memory | smemory@memorylegal.com |
| aty | Stuart M Maples | smaples@mapleslawfirmpc.com |
| aty | Tazewell Shepard | taze@ssmattorneys.com |
| aty | Tazewell Taylor Shepard, IV | ty@ssmattorneys.com |
| aty | Thomas Benjamin Humphries | thumphries@sirote.com |
| aty | Vivek Vijay Tata | vtata@selendygay.com |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 47

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Remington Outdoor Company, Inc.　　　100 Electronics Boulevard SW　　　Huntsville, AL 35824
cr　　　Franklin Advisers, Inc.　　　One Franklin Parkway　　　San Mateo, CA 94403
sp　　　Stephen H. Warren　　　O'Melveny & Myers LLP　　　400 South Hope Street　　　Los Angeles, CA 90071−2899
sp　　　Karen Rinehart　　　O'Melveny & Myers LLP　　　400 South Hope Street　　　Los Angeles, CA 90071−2899
op　　　Bradley C Meyer　　　Ducera Partners LLC　　　499 Park Avenue, 16th Floor　　　New York, NY 10022
op　　　Colin M. Adams　　　M−III Advisory Partners, LP　　　130 W 42nd Street, 17th Floor　　　New York, NY 10036
sp　　　Nancy Mitchell　　　Times Square Tower　　　7 Times Square　　　New York, NY 10036
sp　　　Diana M. Perez　　　Times Square Tower　　　7 Times Square　　　New York, NY 10036
cr　　　Ankura Trust Company, LLC　　　c/o Benjamin S. Goldman　　　Hand Arendall Harrison Sale LLC　　　1801 5th Avenue North　　　Suite 400　　　Birmingham, AL 35203
cr　　　United Mine Workers of America　　　c/o R. Scott Williams　　　2001 Park Place North　　　Suite 1300　　　Birmingham, AL 35203 UNITED STATES

| Type | Name | Address |
|---|---|---|
| cr | Pension Benefit Guaranty Corporation | Office of General Counsel 1200 K St., NW Suite 340 Washington, DC 20005 |
| cr | CZ Acquisition, LLC | c/o Jesse S. Vogtle, Jr. Waller Lansden Dortch & Davis, LLP 1901 Sixth Ave N Suite 1400 Birmingham, AL 35203 |
| cr | CZ Acquisition, LLC | c/o Paul H. Greenwood Waller Lansden Dortch & Davis, LLP 1901 Sixth Avenue N, Suite 1400 Birmingham, AL 35203 |
| cr | Huntsville Utilities | c/o Maples Law Firm PC 200 Clinton Avenue West Suite 1000 Huntsville, AL 35801 |
| cr | State of Alabama Department of Commerce | c/o Memory Memory & Causby P.O. Box 4054 Montgomery, AL 36103 |
| sp | Jennifer Taylor | O'Melveny & Myers LLP Two Embarcadero Center 28th Floor San Francisco, CA 94111−3823 |
| cr | St. Marks Powder, Inc. and General Dynamics Ordnance & Tactical Systems Canada Valleyfield | c/o Stephen Porterfield 2311 Highland Avenue South Birmingham, AL 35203 |
| intp | Corteva, Inc. | Ballard Spahr LLP 919 Market Street, 11th Floor Wilmington, DE 19801 |
| cr | Constellation NewEnergy Gas Division, LLC | c/o Eric T. Ray Waller Lansden Dortch & Davis, LLP 1901 Sixth Ave N, Suite 1400 Birmingham, AL 35203 |
| cr | Oneida Molded Plastics, Inc | 104 South Warner Street Oneida, NY 13421 |
| aty | Safety First Ammo, LLC | c/o Edward J. Peterson, Esquire Stichter, Riedel, Blain & Postler, P.A. 110 E. Madison St., Ste. 200 Tampa, FL 33602 |
| cr | Kennametal, Inc. | Babst, Calland, Clements and Zomnir, P.C Two Gateway Center Pittsburgh, PA 15222 |
| cr | Official Committee of Unsecured Creditors of Remington Outdoor Company, Inc. | c/o Baker Donelson 420 20th St. N. Suite 1400 Birmingham, AL 35203 |
| cr | Official Committee of Unsecured Creditors of Remington Outdoor Company, Inc. | Fox Rothschild LLP 345 California St. Ste 2200 San Francisco, CA 94104−2670 |
| cr | Oracle America, Inc. | Buchalter, A Professional Corporation c/o Shawn M. Christianson 55 2nd St., 17th Fl. San Francisco, CA 94105 SAN FRANCISCO |
| aty | Andreas P. Andromalos | Brown Rudnick LLP One Financial Center Boston, MA 02111 |
| aty | Andrew M. Carty | Brown Rudnick LLP Seven Times Square New York, NY 10036 |
| aty | Andrew V Alfano | Pillsbury Winthrop Shaw Pittman, LLP 31 West 52nd Street New York, NY 10019 |
| aty | Erica R. Iverson | Selendy & Gay PLLC 1290 Avenue of the Americas New York, NY 10104 |
| aty | Faith Gay | Selendy & Gay PLLC 1290 Avenue of the Americas New York, NY 10104 |
| aty | Gary Svirsky | Times Square Tower 7 Times Square New York, NY 10036 |
| aty | Gordon E. Gouveia | Fox, Rothschild LLP 321 N. Clark St. Ste 1600 Chicago, IL 60654 |
| aty | Jan M. Hayden | Baker Donelson Bearman Caldwell & Berkow |
| aty | John M. Craig | Law Office of Russell R. Johnson III PLC 2258 Wheatlands Drive Manakin−Sabot, VA 23103 |
| aty | Jordan W. Garmon | Selendy & Gay PLLC 1290 Avenue of the Americas New York, NY 10104 |
| aty | Joshua D. Morse | Pillsbury Winthrop Shaw Pittman, LLP Four Embarcadero Center, 22nd Floor San Francisco, CA 94111 |
| aty | Michael A. Sweet | Fox Rothschild LLP 345 California St. Ste 2200 San Francisco, CA 94104−2670 |
| aty | Russell R. Johnson, III | Law Firm of Russell R. Johnson III, PLC 14890 Washington Street, 1st Floor Haymarket, VA 20169 |
| smg | Richard Blythe | BA Decatur P O Box 3045 Decatur, AL 35602 |
| 10502795 | Elizabeth S. Lynch | Lunch, Sharp & Associates 9229 Ward Parkway, Suite 370 Kansas City, MO 64114 |
| 10490579 | Internal Revenue Service | P.O. Box 7346 Philadelphia, PA 19101−7346 |
| 10499502 | International Paper Company | 1740 International Drive Memphis, TN 38197 |
| 10499050 | Massachusetts Department of Revenue | P.O. Box 9564 Boston, MA 02114 |
| 10503400 | Oracle America, Inc. | c/o Shawn M. Christianson, Esq. Buchalter PC 55 2nd St., 17th Fl. San Francisco, CA 94105 |
| 10503820 | Petron Automation, Inc. | 65 Mountain View Dr. Watertown, CT 06795−0679 |
| 10492389 | Praxair Distribution, Inc | 4555 S. Palo Verde, Ste 125 Tucson, AZ 85714 |
| 10502122 | Precious Seguin | c/o Lynch Sharp & Associates, LLC 9229 Ward Parkway, Suite 370 Kansas City, MO 64114 |
| 10492264 | RPA International Limited | Plot 3 Shipston Business Village Tilemans Lane Industrial Estate Shipston on Stour CV36 4FF United Kingdom GB |
| 10492388 | Ryan Frisbie | 4555 S. Palo Verde, Ste 125 Tucson, AZ 85714 |
| 10490578 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW Washington, DC 20220 |
| 10498882 | Spectrum | 1600 Dublin Rd Columbus, OH 43215 |
| 10502492 | Syracuse Supply | 43 County Route 59 Phoenix, NY 13135 |
| 10490577 | U.S. Securities and Exchange Commission | Regional Director, Branch of Reorganizat Atlanta Regional Office, Suite 900 950 East Paces Ferry Road Atlanta, GA 30326 |
| 10490580 | United States Attorney | Northern District of Alabama 1801 Fourth Avenue North Birmingham, AL 35203 |
| 10490581 | United States Bankruptcy Administrator | Northern District of Alabama 1800 Fifth Avenue North Birmingham, AL 35203 |

TOTAL: 55