# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: REMINGTON OUTDOOR COMPANY, INC., et al | ) ) ) ) ) ) | Case No. 20-81688-CRJ Chapter 11 Joint Administration Requested |
| Debtors. | | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

    **COMES NOW,** Creditor, Precious Seguin (hereinafter "Movant"), by and through counsel Elizabeth S. Lynch, and the law firm of Lynch, Sharp & Associates, LLC, and in support of this Motion for Relief From Automatic Stay states as follows:

1. Movant has an action pending against the Debtor in the United States Court of Appeals for the Fifth Circuit on appeal from the United States District Court for the Eastern District of Louisiana, *Precious Seguin v. Remington Arms Company, LLC,* Case No.: 2:14-cv-02442.
2. The Parties held oral argument on September 5, 2018 and have been waiting on a decision to be rendered from the Court of Appeals since that date.
3. The filing and prosecution of Movant's lawsuit is stayed by 11 U.S.C. §362(a).
3. Movant requests relief from the automatic stay to allow the appeals court to render a decision and pursue any applicable insurance proceeds.
4. Movant is not seeking to collect against the Debtor personally or against Debtor's assets.
5. Movant requests that any order modifying the stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3).

    **WHEREFORE**, for the foregoing reasons, Creditor respectfully requests that this Court enter an Order granting relief from the automatic stay so the Appeals Court can render a decision in the pending matter and allowing Debtor to pursue any applicable insurance proceeds, that any order modifying the stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3), and for such other and further relief as is just and proper.

Dated: 08/27/2020

Respectfully submitted,
LYNCH, SHARP & ASSOCIATES, L.L.C.

/s/ Elizabeth S. Lynch
Elizabeth S. Lynch, MO 57502
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
816.217.4776 cell
816.434.6616 office
816.523.5667 fax

Case 20-81688-CRJ11    Doc 483    Filed 08/27/20    Entered 08/27/20 12:46:26    Desc
Main Document    Page 1 of 2

lynch@lynchsharp.com
www.lynchsharp.com
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, the foregoing was delivered via e-mail to the parties of interest listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**Hanna Lahr**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
205-458-5462
Fax : 205-458-5100
Email: hlahr@burr.com

**Derek F Meek**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
205 251-3000
Fax : 205-458-5100
Email: dmeek@burr.com

**Gary Svirsky**
Times Square Tower
7 Times Square
New York, NY 10036
212-326-2000
Email: gsvirsky@omm.com

/s/ Elizabeth S. Lynch