IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: <br><br> REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-81688-11 <br><br> Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the following is a party in interest in the above-styled bankruptcy proceeding and the undersigned hereby enters their appearance as counsel for Oracle America, Inc.

Please take further notice that pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that all notices and papers specified by the Rule and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure and all other notices given or required to be given in this case be given and served upon:

**Brenton K. Morris**
**Benton, Centeno & Morris, LLP**
**2019 Third Avenue North**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477; FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

Birmingham, Alabama 35203
Telephone: (205) 278-8000
Facsimile: (205) 278-8005
E-mail: bmorris@bcattys.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, facsimile or otherwise.

/s/Brenton K. Morris
Brenton K. Morris  (ASB 8119-R46B)
Counsel for Oracle America, Inc.

BENTON, CENTENO & MORRIS, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 278-8000
Facsimile: (205) 278-8005
E-mail: bmorris@bcattys.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been electronically filed with the Court via the Court's ECF system on this  31st  day of August, 2020.

/s/Brenton K. Morris
Of Counsel