# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: <br><br> REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-81688-CRJ11 <br><br> Jointly Administered |

**CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF STALKING HORSE BID AND PROPOSED BID PROTECTIONS IN CONNECTION WITH THE SALE OF THE DEBTORS' AMMUNITIONS BUSINESS AND CERTAIN OTHER ASSETS**

The undersigned hereby certifies as follows:

1. On August 20, 2020, the Court entered the *Order Establishing Bidding Procedures Relating to the Sales of All or a Portion of the Debtors' Assets* (the "**Bidding Procedures Order**") [Docket No. 411].

2. The Bidding Procedures Order authorizes Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, to designate a stalking horse bidder and enter into an asset purchase agreement with such stalking horse bidder, subject to higher or otherwise better offers. The Bidding Procedures Order further provides that, in the event the Debtors designate a stalking horse bidder, the Debtors shall provide to all parties on the Rule 2002 List, all parties expressing an interest in the Acquired Assets, and all parties holding liens on such Acquired Assets, three (3)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

business days' notice of the designation of the stalking horse bidder and an opportunity to object to the designation of such stalking horse bidder and disclosure of any Bid Protections. Absent objection, the Debtors' selection of such stalking horse bidder shall be deemed designated without further order of the Bankruptcy Court.

3. On September 8, 2020, the Debtors filed the *Notice of Stalking Horse Bid and Proposed Bid Protections in Connection with the Sale of the Debtors' Ammunitions Business and Certain Other Assets* (the "**Stalking Horse Notice**")[2] [Docket No. 603].

4. Objections to the Stalking Horse Notice were required to be filed by no later than September 11, 2020 at 5:00 p.m. (Central Time).

5. No timely objections to the Stalking Horse Notice were filed. Accordingly, without further order of the Court pursuant to the Bidding Procedures Order, a) the Stalking Horse Bidder is deemed designated as the stalking horse bidder for the Debtors' Ammunitions Business and certain other assets, as more specifically set forth in the Stalking Horse Notice, and b) the Bid Protections set forth in the Stalking Horse APA are deemed effective.

Dated: September 14, 2020.

>*/s/ Derek F. Meek*
>**BURR & FORMAN LLP**
>Derek F. Meek
>Hanna Lahr
>420 20th Street North, Suite 3400
>Birmingham, AL 35203
>Telephone:    (205) 251-3000
>Facsimile:     (205) 458-5100
>Email: dmeek@burr.com
>              hlahr@burr.com
>
>- and -

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stalking Horse Notice.

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407
Email: swarren@omm.com
      krinehart@omm.com

Jennifer Taylor (admitted *pro hac vice*)
Two Embarcadero Center 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8700
Email: jtaylor@omm.com

Nancy Mitchell (admitted *pro hac vice*)
Gary Svirsky (admitted *pro hac vice*)
Diana M. Perez (admitted *pro hac vice*)
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Email: nmitchell@omm.com
      gsvirsky@omm.com
      dperez@omm.com


*Attorneys for the Debtors and Debtors in Possession*