IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| REMINGTON OUTDOOR COMPANY, INC., | ) | Case No. 20-81688-CRJ11 |
| *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

## NOTICE OF PARTICIPANTS

Pursuant to paragraph 3 of the *Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing* [Doc. 491], the United States Bankruptcy Administrator for the Northern District of Alabama, hereby identifies the following participants for the September 23, 2020 sale hearing and the pretrial status hearing:

1. J. Thomas Corbett
   United States Bankruptcy Administrator
   Northern District of Alabama
   Thomas_Corbett@alnba.uscourts.gov
   Tel: (205) 381-0181

2. Richard M. Blythe
   Assistant U.S. Bankruptcy Administrator
   Richard_Blythe@alnba.uscourts.gov
   Tel: (256) 340-2743

Dated: September 15, 2020

                                                J. THOMAS CORBETT
United States Bankruptcy Administrator for the
Northern District of Alabama
By: */s/ Richard M. Blythe*
Richard M. Blythe
Assistant U.S. Bankruptcy Administrator
Alabama Bar ID: ASB-3199-B52R
Richard_Blythe@alnba.uscourts.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2743

## CERTIFICATE OF SERVICE

      This is to certify that I have on the 15h day of September, 2020, served the foregoing Notice of Participants by electronic service through the Court's CM/ECF system upon Counsel for the Debtors, Counsel for the Unsecured Creditors Committee, and all counsel of record requesting notice.

                                      */s/Richard M. Blythe*
                                      Richard M. Blythe
                                      Assistant U.S. Bankruptcy Administrator