UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| REMINGTON OUTDOOR COMPANY, INC. | ) | CASE NO. 20-81688-CRJ11 |
| | ) | CHAPTER 11 |
| DEBTOR. | ) | Jointly Administered |

## NOTICE OF PARTICIPANT

Pursuant to paragraph 3 of the Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing (Doc. 491), Royal Defence Co., Ltd., hereby identifies the following participant for the September 23, 2020 Sale Hearing:

Mark P. Williams
NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
(205) 259-1034 (Direct)
E-mail: mpwilliams@nwkt.com

Respectfully submitted this the 15th day of September, 2020.

/s/Mark P. Williams
_____
Mark P. Williams, Attorney for
Royal Defence Co., Ltd.

**OF COUNSEL:**

NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
(205) 328-6643

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of September, 2020 I filed the foregoing electronically; and that I have served a copy of the foregoing via the CM/ECF system which provides service to all counsel of record.

                          /s/Mark P. Williams

                          _____

                          OF COUNSEL

F:\BK\RoyalDefenceCo.,Ltd-RemingtonArms-8825\Pleadings-BK-20-81688\PL.002.NoticeofParticipant.doc