# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| REMINGTON OUTDOOR COMPANY. ) | |
| INC., et al., ) | Case No. 20-81688-11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF PARTICIPANTS

Pursuant to paragraph 3 of the *Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing* [ECF No. 491], GEODIS Logistics, LLC ("**GEODIS**") identifies the following participants for the September 23, 2020 sale hearing:

1. Shane G. Ramsey
   NELSON MULLINS RILEY &
   SCARBOROUGH LLP
   shane.ramsey@nelsonmullins.com
   Tel: (615) 664-5355

Dated: September 15, 2020.          Respectfully submitted,

                                    NELSON, MULLINS, RILEY &
                                    SCARBOROUGH LLP

                                    By:   s/ Gregory M. Taube
                                          Gregory M. Taube
                                          Alabama Bar No. ASB-4499-A41G
                                          201 17th Street, N.W., Suite 1700
                                          Atlanta, GA 30363
                                          (404) 322-6000 (Phone)
                                          greg.taube@nelsonmullins.com
                                          *Counsel for GEODIS Logistics, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 15, 2020, the foregoing document has been filed electronically in accordance with the Local Rules and was therefore served electronically on those entities that have properly registered for such electronic service.

Dated: September 15, 2020

s/ Gregory M. Taube
Gregory M. Taube