IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: <br><br> REMINGTON OUTDOOR COMPANY, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-81688-CRJ11 <br><br> Jointly Administered |

## NOTICE OF PARTICIPANTS OF THE PRIORITY TERM LOAN AGENT & THE PRIORITY TERM LOAN LENDERS

Cantor Fitzgerald Securities, solely in its capacity as Priority Term Loan Agent (as defined in the Cash Collateral Order), and the Priority Term Loan Lenders (as defined in the Cash Collateral Order) (collectively, the "**Priority Term Loan Secured Creditors**"), in accordance with the Court's Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing [Doc. 491] and the Court's Order Continuing Pretrial Status Hearing [Doc. 542], hereby provide notice of the following participants and witnesses in the pre-trial status hearing scheduled for September 21, 2020 at 10:00AM (CDT) and in the hearing scheduled for September 23, 2020 at 10:00AM (CDT):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters is located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

**Attorneys**

1. Andreas P. Andromalos
   Brown Rudnick LLP
   One Financial Center
   Boston, Massachusetts 02111
   Email: aandromalos@brownrudnick.com
   Tel: 617-856-8229

   *Counsel for the Priority Term Loan Lenders*

2. Stephen D. Pohl
   Brown Rudnick LLP
   One Financial Center
   Boston, Massachusetts 02111
   Email: spohl@brownrudnick.com
   Tel: 617-856-8594

   *Counsel for the Priority Term Loan Lenders*

3. Andrew M. Carty
   Brown Rudnick LLP
   7 Times Square
   New York, New York 10036
   Email: acarty@brownrudnick.com
   Tel: 212-209-4959

   *Counsel for the Priority Term Loan Lenders*

4. Kathleen M. Lamanna
   Shipman & Goodwin LLP
   One Constitution Plaza
   Hartford, Connecticut 06103
   Email: klamanna@goodwin.com
   Tel: 860-655-3216

   *Counsel for the Priority Term Loan Agent*

5. Jeremy L. Retherford
   Balch & Bingham LLP
   1901 Sixth Avenue North, Suite 1500
   Birmingham, Alabama 35203
   Email: jretherford@balch.com
   Tel: 205-226-3479

   *Counsel for the Priority Term Loan Lenders and the Priority Term Loan Agent*

**Witnesses**

1. Any witness listed or used by any other party.

2. Any witness necessary to rebut the testimony of a witness called or designated by another party.

3. Any witness for the purpose of foundation, rebuttal, or impeachment.

4. Any other witnesses present at the hearing that the Priority Term Loan Lenders or the Priority Term Loan Agent deems necessary.

Dated: September 15, 2020.

                                                    */s/ Jeremy L. Retherford*

**BALCH & BINGHAM LLP**
Jeremy L. Retherford
Jonathan P. Hoffmann
1901 Sixth Avenue North Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3479

*ATTORNEYS FOR PRIORITY TERM LOAN AGENT AND PRIORITY TERM LOAN LENDERS*

**SHIPMAN & GOODWIN LLP**
Kathleen M. Lamanna
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5603

*ATTORNEYS FOR PRIORITY TERM LOAN AGENT*

**BROWN RUDNICK LLP**
Steven D. Pohl
Andreas P. Andromalos
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200

- and -

-3-

                      Andrew M. Carty
Seven Times Square
New York, New York
Telephone: (212) 209-4800

*ATTORNEYS FOR PRIORITY TERM LOAN LENDERS*

## CERTIFICATE OF SERVICE

   I hereby certify that on September 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered to receive such service.

                   */s/ Jeremy L. Retherford*
                   Of Counsel

-5-

Case 20-81688-CRJ11 Doc 668 Filed 09/15/20 Entered 09/15/20 10:50:21 Desc Main Document Page 5 of 5