# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |

## NOTICE OF PARTICIPANTS

Pursuant to paragraph 3 of the *Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing* [Doc. 491], Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"), have been informed that STURM, RUGER & COMPANY, INC. ("Ruger"), a bidder for certain of the Debtors' assets and an interested party, identifies the following participants who will attend the September 23, 2020 Sale Hearing, following Ruger's participation at the auction of the Debtors' assets. This Notice is being filed by the Debtors at the request of and as a courtesy to Ruger and its counsel so as to provide timely notice of hearing participants for the Court. The information contained herein has been provided by Ruger, and the Debtors reserve all rights in connection with this Notice.

**ATTORNEYS:**

| | |
|---|---|
| Claude D. Montgomery<br>DENTONS US LLP<br>Claude.Montgomery@dentons.com<br>Tel: (212) 632-8390<br>        (917) 754.9420 (Remote Working) | Lee P. Whidden<br>DENTONS US LLP<br>Lee.Whidden@dentons.com<br>Tel: (212) 632-8389<br>        (860) 860.7377 (Remote Working) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

| | |
|---|---|
| Matthew Garms<br>DENTONS US LLP<br>Matthew.Garms@dentons.com<br>Tel: (816) 460-2649<br>(816) 665-6288 (Remote Working) | Lauren Macksoud<br>DENTONS US LLP<br>Lauren.Macksoud@dentons.com<br>Tel: (212)768-5347<br>(908) 377-8711 (Remote Working) |

**WITNESSES, if required:**

| | |
|---|---|
| Kevin Reid<br>STURM, RUGER & COMPANY, INC.<br>Vice President and General Counsel<br>kreid@rugerlegal.com<br>Tel: (203) 256-3872 (Primary)<br>(203) 257-5679 (Backup) | Tom Dineen<br>STURM RUGER & COMPANY INC.<br>Senior Vice President and CFO<br>tdineen@ruger.com<br>Tel: (203) 319-2485 (Primary)<br>(203) 814-0524 (Backup) |

| | |
|---|---|
| Dated: September 15, 2020 | *By: /s/ Derek F. Meek*<br>BURR & FORMAN LLP<br>Derek F. Meek<br>Hanna Lahr<br>420 20th Street North, Suite 3400<br>Birmingham, AL 35203<br>Telephone: (205) 251-3000<br>Facsimile: (205) 458-5100<br>Email: dmeek@burr.com<br>hlahr@burr.com<br><br>and<br><br>O'MELVENY & MYERS LLP<br>Stephen H. Warren (admitted *pro hac vice*)<br>Karen Rinehart (admitted *pro hac vice*)<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>Email: swarren@omm.com<br>krinehart@omm.com<br><br>Jennifer Taylor (admitted pro hac vice)<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: 415-984-8700<br>Email: jtaylor@omm.com<br><br>*Attorneys for the Debtors and Debtors in Possession* |