UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR<br>COMPANY, INC. *et al.*,[1]<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 20-81688-CRJ11<br>§<br>§ Jointly Administered<br>§ |

## NOTICE OF PARTICIPANTS

Donna L. Soto, Ian and Nicole Hockley, David C. Wheeler, Mary A. D'Avino, Mark and Jacqueline Barden, William D. Sherlach, Neil Heslin and Scarlett Lewis, Leonard Pozner, and Gilles J. Rousseau (the "Sandy Hook Families"), pursuant to this Court's *Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing* [ECF No. 491] respectfully submit the following Notice of Participants for the September 23, 2020 Sale Hearing and pretrial status hearing:

Faith Gay
Selendy & Gay PLLC
Tel. (212) 390-9001
fgay@selendygay.com

David Elsberg
Selendy & Gay PLLC
Tel. (212) 390-9004
delsberg@selendygay.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405) (collectively, the "Debtors"). The Debtors' corporate headquarters is located at 100 Electronics Blvd SW, Huntsville, Alabama 35824.

Joshua Margolin
Selendy & Gay PLLC
Tel. (212) 390-9022
jmargolin@selendygay.com

Erica Iverson
Selendy & Gay PLLC
Tel. (212) 390-9053
eiverson@selendygay.com

Vivek Tata
Selendy & Gay PLLC
Tel. (212) 390-9054
vtata@selendygay.com

Josh Koskoff
Koskoff Koskoff & Bieder, PC
Tel. (203) 583-8634
jkoskoff@koskoff.com

Alinor C. Sterling
Koskoff Koskoff & Bieder, PC
Tel. (203) 336-4421
asterling@koskoff.com

Tazewell T. Shepard III
Sparkman, Shepard & Morris PC
Tel: (256) 512-9924
taze@ssmattorneys.com

Tazewell T. Shepard IV
Sparkman, Shepard & Morris PC
Tel: (256) 512-9924
ty@ssmattorneys.com

Dated: September 15, 2020
Huntsville, Alabama

Respectfully submitted,

By: /s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
State Bar No. 24004246
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
ty@ssmattorneys.com

**KOSKOFF KOSKOFF & BIEDER**
Joshua Koskoff (admitted *pro hac vice*)
Alinor Sterling (admitted *pro hac vice*)
David Bernard (admitted *pro hac vice*)
Jeffrey Wisner (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: (203) 336-4421
jkoskoff@koskoff.com

- and -

**SELENDY & GAY PLLC**
Faith Gay (admitted *pro hac vice*)
David Elsberg (admitted *pro hac vice*)
Joshua Margolin (admitted *pro hac vice*)
Erica Iverson (admitted *pro hac vice*)
Vivek Tata (admitted *pro hac vice*)
1290 Avenue of the Americas,
New York, NY 10104
Tel. (212) 390-9000
fgay@selendygay.com

*Counsel for the Sandy Hook Families*