**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-11<br><br>Jointly Administered |

### ORACLE'S NOTICE OF PARTICIPANTS AND RESERVATION OF RIGHTS

Pursuant to paragraph 3 of the *Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing* [Doc. 491], Oracle America, Inc., successor in interest to Siebel Systems, and NetSuite, Inc. (collectively, "Oracle"), creditor and contract counterparty in the above-captioned jointly administered Chapter 11 cases, submits this notice of participants and reservation of rights for the September 23, 2020 sale hearing. In so doing, Oracle adopts and incorporates by reference its limited objection and reservation of rights ("Rights Reservation") [Doc. 529] regarding the *Debtors' Motion For (I) An Order Establishing Bidding Procedures and Granting Related Relief and (II) An Order or Orders Approving the Sale of the Debtors' Assets* [Doc. 29] ("Sale Motion") and the *Notice of Executory Contracts an Unexpired Leases That May be Assumed and Assigned in Connection With the Sale of the Debtors' Assets and the Proposed Cure Cost With Respect Thereto* [Doc. 420] ("Assumption Notice") filed by

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477; FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

Remington Outdoor Company, Inc., *et al.* ("Debtors") and extends the same to the *Amended Notice of Executory Contracts an Unexpired Leases That May be Assumed and Assigned in Connection With the Sale of the Debtors' Assets and the Proposed Cure Cost With Respect Thereto* [Doc. 583] ("Amended Assumption Notice") and the *Notice of Stalking Horse Bid and Proposed Bid Protections in Connection with the Sale of the Debtors' Ammunitions Business and Certain Other Assets* [Doc. 603] ("Stalking Horse Notice").

While reserving its rights, Oracle hereby identifies the following participants for the September 23, 2020 sale hearing:

1. Brenton K. Morris, Esq.
   BENTON, CENTENO & MORRIS, LLP
   bmorris@bcattys.com
   Tel: (205) 278-5624

2. Valerie Bantner Peo, Esq.
   BUCHALTER, A Professional Corporation
   vbantnerpeo@buchalter.com
   Tel: (415) 516-5021

DATED: September 15, 2020

                                                                    */s/Brenton K. Morris*
                                                                    Brenton K. Morris (ASB 8119-R46B)

                                                                    **BENTON, CENTENO & MORRIS, LLP**
                                                                    2019 3rd Avenue North
                                                                    Birmingham, AL 35203
                                                                    Telephone: (205) 278-8000
                                                                    Fax: (205) 278-8005
                                                                    Email: bmorris@bcattys.com

                                                                    Local Counsel for Oracle America, Inc.

                                                                    - And -

                                                                    **BUCHALTER,**
                                                                    **A Professional Corporation**
                                                                    Valerie Bantner Peo
                                                                    55 Second Street, Suite 1700
                                                                    San Francisco, California 94105
                                                                    Telephone: (415) 227-0900
                                                                    Facsimile: (415) 227-0770
                                                                    Email: vbantnerpeo@buchalter.com

                                                                    Attorneys for Oracle America, Inc.

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above and foregoing has been served by electronic service through the Court's CM/ECF system upon counsel for the Debtors, counsel for the Unsecured Creditors Committee, and all counsel of record requesting notice, on this 15th day of September, 2020.

                                                                     */s/Brenton K. Morris*
                                                                     Of Counsel