IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |

## NOTICE OF PARTICIPANTS

Pursuant to the *Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing* [Docket No. 491], Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors in possession, by and through their undersigned counsel, hereby identify the following participants for the September 23, 2020 sale hearing:

(a) Derek Meek
BURR & FORMAN LLP
dmeek@burr.com
Tel: 205.458.5471

(b) Hanna Lahr
BURR & FORMAN LLP
hlahr@burr.com
Tel: 205.458.5462

(c) Stephen Warren
O'MELVENY & MYERS LLP
swarren@omm.com
Tel: 818.203.3915

(d) Nancy Mitchell
O'MELVENY & MYERS LLP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

44163441 v1

nmitchell@omm.com
Tel: 312.543.7608

(e) Jennifer Taylor
O'MELVENY & MYERS LLP
jtaylor@omm.com
Tel: 510.566.2860

(f) Karen Rinehart
O'MELVENY & MYERS LLP
krinehart@omm.com
Tel: 213.430.6686

(g) Janine Panchok-Berry
O'MELVENY & MYERS LLP
jpanchok-berry@omm.com
Tel: 281.684.7400

(h) Gary Svirsky
O'MELVENY & MYERS LLP
gsvirsky@omm.com
Tel: 917.348.0175

(i) Jeffrey Kohn
O'MELVENY & MYERS LLP
jkohn@omm.com
Tel: 914.912.6555

(j) Rachel Janger
O'MELVENY & MYERS LLP
rjanger@omm.com
Tel: 301.656.1016

(k) Ken D'Arcy
REMINGTON OUTDOOR COMPANY, INC.
Ken.Darcy@remington.com
Tel: 213.430.6686

(l) Bradley Meyer
DUCERA PARTNERS LLC
bmeyer@ducerapartners.com
Tel: 626.818.6831

(m) Colin Adams
M-III ADVISORY PARTNERS, LP
cadams@miiipartners.com
Tel: 212.430.2042

2

44163441 v1

(n) Mark Little
REMINGTON OUTDOOR COMPANY, INC.
Mark.Little@remington.com
Tel: 336.548.8833

Dated: September 15, 2020

                */s/ Derek F. Meek*
                **BURR & FORMAN LLP**
                Derek F. Meek
                Hanna Lahr
                420 20th Street North, Suite 3400
                Birmingham, AL 35203
                Telephone:    (205) 251-3000
                Facsimile:    (205) 458-5100
                Email: dmeek@burr.com
                        hlahr@burr.com

                - and -

                **O'MELVENY & MYERS LLP**
                Stephen H. Warren (admitted *pro hac vice*)
                Karen Rinehart (admitted *pro hac vice*)
                400 South Hope Street
                Los Angeles, CA 90071-2899
                Telephone:    (213) 430-6000
                Facsimile:    (213) 430-6407
                Email: swarren@omm.com
                        krinehart@omm.com

                Jennifer Taylor (admitted *pro hac vice*)
                Two Embarcadero Center 28th Floor
                San Francisco, CA 94111-3823
                Telephone: 415-984-8700
                Email: jtaylor@omm.com

                Nancy Mitchell (admitted *pro hac vice*)
                Gary Svirsky (admitted *pro hac vice*)
                Diana M. Perez (admitted *pro hac vice*)
                Times Square Tower, 7 Times Square
                New York, NY 10036
                Telephone: 212-326-2000
                Email: nmitchell@omm.com
                        gsvirsky@omm.com
                        dperez@omm.com

*Attorneys for the Debtors and Debtors in Possession*