# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTER DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*[1] | § § § | Case No. 20-81688-CRJ11 |
| | § | Jointly Administered |
| Debtors. | § § § | |

## DEBTORS' EXHIBIT AND WITNESS LIST

Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors" or "Remington"), file this Exhibit and Witness List for the hearing to be held on September 23, 2020 at 10:00 a.m. CDT remotely via Microsoft Teams Software.

## EXHIBITS

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Draft Overview of Parties Contacted dated August 11, 2020 | | | | | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters is located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

1

44164689 v1

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 2. | Engagement letter between Remington Outdoor Company, Inc. and Ducera Partners LLC dated May 15, 2020, ECF 112. | | | | | | |
| 3. | Collective Bargaining Agreement between Remington Arms Company, LLC and International Union, United Mine Workers of America, 2016-2020 dated December 16, 2016 | | | | | | |
| 4. | Interim Cash Collateral Order dated July 30, 2020 | | | | | | |
| 5. | Final Cash Collateral Order dated August 20, 2020 | | | | | | |
| 6. | JJE Asset Purchase Agreement (Executed) dated September 9, 2020 | | | | | | |
| 7. | 2018 Annual Report of Remington Outdoor Company, Inc. dated December 31, 2018 | | | | | | |
| 8. | 2018 Q1 Remington Outdoor Company, Inc. Quarterly Report - Condensed Consolidated Financial Statements and Report of Independent Certified Public Accounts dated April 1, 2018 | | | | | | |
| 9. | 2018 Q2 Remington Outdoor Company, Inc. Quarterly Report dated July 1, 2018 | | | | | | |
| 10. | 2018 Q3 Remington Outdoor Company, Inc. Quarterly Report dated September 30, 2018 | | | | | | |
| 11. | 2019 Annual Report of Remington Outdoor Company, Inc. dated December 31, 2019 | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 12. | 2019 Q1 Remington Outdoor Company, Inc. Quarterly Report dated March 31, 2019 | | | | | | |
| 13. | 2019 Q2 Remington Outdoor Company, Inc. Quarterly Report dated June 30, 2019 | | | | | | |
| 14. | 2019 Q3 Remington Outdoor Company, Inc. Quarterly Report dated September 29, 2019 | | | | | | |
| 15. | 2020 Q1 Remington Outdoor Company, Inc. Quarterly Report dated March 29, 2020 | | | | | | |
| 16. | 2020 Q2 Remington Outdoor Company, Inc. Quarterly Report dated June 28, 2020 | | | | | | |
| 17. | Exit First Lien Last Out (FILO) Term Loan Agreement by and between FGI Operating Company, as borrower, ROC, FGI Holding Company, the Other Guarantors, the Lenders, Ankura Trust Company as agent. Dated May 15, 2018 | | | | | | |
| 18. | Amendment No. 1 to First Lien Last-Out Term Loan Agreement and the Security Agreement [Executed] dated April 18, 2019 | | | | | | |
| 19. | Amendment No. 2 to the First Lien Last-Out Term Loan Agreement dated May 1, 2019 | | | | | | |
| 20. | Amendment No. 3 to the First Lien Last-Out Term Loan Agreement dated August 15, 2019 | | | | | | |
| 21. | Amendment No. 4 to the First Lien Last-Out Term Loan Agreement dated October 11, 2019 | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 22. | Amendment No. 5 to the First Lien Last-Out Term Loan Agreement dated February 21, 2020 | | | | | | |
| 23. | Amendment No. 6 to the First Lien Last-Out Term Loan Agreement dated March 27, 2020 | | | | | | |
| 24. | Security Agreement dated as of May 15, 2018 by and between FGI Operating Company, as borrower, ROC, FGI Holding Company, the Other Guarantors, and Ankura Trust Company as agent. Dated May 15, 2018 | | | | | | |
| 25. | Amendment No. 2 to the Security Agreement dated February 21, 2020 | | | | | | |
| 26. | Term Loan Agreement by and between FGI Operating Company, as borrower, ROC, FGI Holding Company, the Other Guarantors, the Lenders, Ankura Trust Company as agent. Dated May 15, 2018 (ETL) | | | | | | |
| 27. | Amendment No. 1 to Term Loan Agreement and the Security Agreement [Executed] dated April 18, 2019 | | | | | | |
| 28. | Amendment No. 2 to the Term Loan Agreement dated May 15, 2018, as amended by Amendment 1 dated April 18, 2019 by and among FGI Operating, Guarantors, Administrative Agent, and the Lenders | | | | | | |

4

44164689 v1

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 29. | Amendment No. 3 to the Term Loan Agreement (dated May 15, 2018, amended on April 18, 2019 and May 1, 2019) by and among FGI Operating (Borrower), the Guarantors, Ankura Trust Company, and the Lenders dated August 15, 2019 | | | | | | |
| 30. | Amendment No. 4 to the Term Loan Agreement (dated May 15, 2018, amended on April 18, 2019, May 1, 2019 and August 15, 2019) by and among FGI Operating (Borrower), the Guarantors, Ankura Trust Company, and the Lenders dated February 21, 2020 | | | | | | |
| 31. | Amendment No. 5 to the Term Loan Agreement (dated May 15, 2018, amended on April 18, 2019, May 1, 2019, August 15, 2019, and February 21, 2020) by and among FGI Operating (Borrower), the Guarantors, Ankura Trust Company, and the Lenders dated March 27, 2020 | | | | | | |
| 32. | Security Agreement dated as of May 15, 2018 by and between FGI Operating Company, as borrower, ROC, FGI Holding Company, the Other Guarantors, and Ankura Trust Company as agent. Dated May 15, 2018 | | | | | | |
| 33. | Amendment No. 2 to the Security Agreement dated February 21, 2020 | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 34. | Loan and Security Agreement dated as of May 15, 2018, by and among FGI Operating Company, LLC, Remington Arms Company, LLC, Barnes Bullets, LLC, Remington Arms Distribution Company, LLC, Guarantors, Lenders, and Bank of America, N.A., as Administrative Agent | | | | | | |
| 35. | Appointment Agreement and Amendment No. 1 "ABL Amendment No. 1" dated July 3, 2018 | | | | | | |
| 36. | ABL Amendment No. 2 dated July 13, 2018 | | | | | | |
| 37. | ABL Amendment No. 3 dated October 24, 2018 | | | | | | |
| 38. | Loan and Security Agreement by and among FGI Operating, as borrower, the Guarantors, the Administrative Agent, and the Lenders dated April 18, 2019 (PTL) | | | | | | |
| 39. | Amendment No. 1 to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders dated May 1, 2019 | | | | | | |
| 40. | Amendment No. 2 dated as of June 24, 2019 to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 41. | Amendment No. 3 to the Loan and Security Agreement dated as of April 18, 2019 (as amended by Amendment 1 on May 1, 2019 and Amendment 2 dated June 24, 2019), by and among the Borrower, the Guarantors, the Administrative Agent, and the Lenders. Dated August 15, 2019 | | | | | | |
| 42. | Amendment No. 4 dated as of October 11, 2019, to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. | | | | | | |
| 43. | Amendment No. 5 dated as of February 21, 2020, to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. | | | | | | |
| 44. | Amendment No. 6 dated as of March 27, 2020, to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders | | | | | | |
| 45. | Amendment No. 7 dated as of June 18, 2020 to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 46. | Amendment No. 8 dated as of June 26, 2020, to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. | | | | | | |
| 47. | Amendment No. 9 dated as of July 7, 2020, to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. | | | | | | |
| 48. | Amended and Restated Intercreditor Agreement, dated as of April 18, 2019, by and among ROC, Cantor Fitzgerald Securities, as ABL Collateral Agent, Ankura Trust Company, LLC, as Term Collateral Agent, and Ankura Trust Company, LLC, as FILO Collateral Agent. | | | | | | |
| 49. | Amendment No. 1, dated as of February 21, 2020, by and among ROC, Cantor Fitzgerald Securities, as ABL Collateral Agent, Ankura Trust Company, LLC, as Term Collateral Agent, and Ankura Trust Company, LLC, as FILO Collateral Agent, to the Amended and Restated Intercreditor Agreement, dated as of April 18, 2019 | | | | | | |
| 50. | Remington Retiree Health and Welfare Plan, dated January 1, 2011 | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 51. | Remington Arms Company, LLC Mortgage, Assignment of Lease and Rents, Security Agreement and Fixture Filing - Alabama FILO Mortgage dated June 15, 2018 | | | | | | |
| 52. | Remington Arms Company, LLC Mortgage, Assignment of Lease and Rents, Security Agreement and Fixture Filing - Alabama Term Loan Mortgage dated June 15, 2018 | | | | | | |
| 53. | Remington Arms Company, LLC Mortgage, Assignment of Lease and Rents, Security Agreement and Fixture Filing - Arkansas FILO Mortgage dated June 15, 2018 | | | | | | |
| 54. | Remington Arms Company, LLC Mortgage, Assignment of Lease and Rents, Security Agreement and Fixture Filing - Arkansas Term Loan Mortgage dated June 15, 2018 | | | | | | |
| 55. | Remington Arms Company, LLC Deed of Trust with Assignment of Rents, Security Agreement and Fixture Filings - North Carolina FILO Mortgage dated June 15, 2018 | | | | | | |
| 56. | Remington Arms Company, LLC Deed of Trust with Assignment of Rents, Security Agreement and Fixture Filings - North Carolina Term Loan Mortgage dated June 15, 2018 | | | | | | |
| 57. | Remington Arms Company, LLC Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing - New York Term Loan Mortgage dated June 15, 2018 | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 58. | Remington Arms Company, LLC Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing - New York FILO Mortgage dated June 15, 2018 | | | | | | |
| 59. | Deed of Trust with Assignment of Rents, Security Agreement and Fixture Filing (Rockingham County, North Carolina) dated April 18, 2019 | | | | | | |
| 60. | Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (Madison County, Alabama) dated April 18, 2019 | | | | | | |
| 61. | Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (Herkimer County, New York) dated April 18, 2019 | | | | | | |
| 62. | Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (Lonoke County, Arkansas) dated April 18, 2019 | | | | | | |
| 63. | Liens Subordination Agreement among Remington Arms Company, LLC, Cantor Fitzgerald Securities, Ankura Trust Company, LLC (AL) dated February 21, 2020 | | | | | | |
| 64. | Liens Subordination Agreement among Remington Arms Company, LLC, Cantor Fitzgerald Securities, Ankura Trust Company, LLC (AR) dated February 21, 2020 | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 65. | Liens Subordination Agreement among Remington Arms Company, LLC, Cantor Fitzgerald Securities, Ankura Trust Company, LLC (NC) dated February 21, 2020 | | | | | | |
| 66. | Liens Subordination Agreement among Remington Arms Company, LLC, Cantor Fitzgerald Securities, Ankura Trust Company, LLC (NY) dated February 21, 2020 | | | | | | |
| 67. | Project Development Agreement entered February 27, 2014 by and between the City of Hunstville, Alabama; Madison County, Alabama; the Industrial Development Board of the City of Hunstville, and Remington Outdoor Company, Inc. | | | | | | |
| 68. | Amendment No. 1 to Project Development Agreement by and between the City of Hunstville, Alabama; Madison County, Alabama; the Industrial Development Board of the City of Hunstville, and Remington Outdoor Company, Inc. | | | | | | |
| 69. | Amendment No. 2 to Project Development Agreement by and between the City of Hunstville, Alabama; Madison County, Alabama; the Industrial Development Board of the City of Hunstville, and Remington Outdoor Company, Inc., entered November 1, 2018 | | | | | | |
| 70. | General Asset Purchase Agreement (Unexecuted) | | | | | | |

11

44164689 v1

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 71. | Final Bidding Procedures Order, ECF 411 | | | | | | |
| 72. | Project Strat: Investment Opportunity Overview | | | | | | |
| 73. | Declaration of Bradley Meyer ISO Debtors' Sale Motion, August 16, 2020, ECF 355 | | | | | | |
| 74. | Declaration of Colin Adams ISO Debtors' Sale Motion, August 16, 2020 ,ECF 356 | | | | | | |
| 75. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | | | |
| 76. | Any exhibit introduced by any other party | | | | | | |
| 77. | Rebuttal or impeachment exhibits as necessary | | | | | | |

## WITNESSES

Remington may call the following witnesses at the hearing:

1. Bradley Meyer, Ducera Partners LLC.

2. Colin Adams, M-III Advisory Partners, LP.

3. Mark Little, Remington Outdoor Company, Inc.

4. Rebuttal witnesses as necessary.

5. Any witness listed by any other party.

Remington reserves its right to amend or supplement this Exhibit and Witness List as necessary in advance of the hearing.

Dated: September 15, 2020

Birmingham, Alabama

        */s/ Derek F. Meek*
**BURR & FORMAN LLP**
Derek F. Meek
Hanna Lahr
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: dmeek@burr.com
       hlahr@burr.com

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
       krinehart@omm.com

Jennifer Taylor (admitted *pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: jtaylor@omm.com

Nancy Mitchell (admitted *pro hac vice*)
Gary Svirsky (admitted *pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Email: gsvirsky@omm.com
       nmitchell@omm.com

*Attorneys for the Debtors and Debtors in Possession*