# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, ) | |
| INC, *et al.*,[1] ) | Case No. 20-81688-CRJ11 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## AMENDED NOTICE OF PARTICIPANTS

Pursuant to paragraph 3 of the *Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing* [Doc. 491], E. I. du Pont de Nemours and Company and Sporting Goods Properties, Inc. a hereby identify the following participants for the September 23, 2020 sale hearing and the pretrial status hearing:

| | |
|---|---|
| Lawrence Voit | Tobey M. Daluz, Esq. |
| Alexandra K. Garrett | Chantelle D. McClamb, Esq. |
| SILVER, VOIT & GARRETT | BALLARD SPAHR LLP |
| Attorneys at Law, P.C. | 919 Market Street, 11th Floor |
| 4317-A Midmost Dr. | Wilmington, DE 19801 |
| Mobile, AL 36609 | Telephone: (302) 252-4465 |
| | Fax: (302) 252-4466 |
| | E-mail: daluzt@ballardspahr.com |
| | mcclambc@ballardspahr.com |

Dated: September 15, 2020

                                                */s/ Alexandra K. Garrett*
                                                Lawrence Voit
                                                Alexandra K. Garrett
                                                SILVER, VOIT & GARRETT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

Attorneys at Law, P.C.
4317-A Midmost Dr.
Mobile, AL 36609
Phone: (251) 343-0800
Fax: (251) 343-0862

and

Tobey M. Daluz, Esq.
Chantelle D. McClamb, Esq.
BALLARD SPAHR LLP
919 Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Fax: (302) 252-4466
email: daluzt@ballardspahr.com
mcclambc@ballardspahr.com

*Counsel for E. I. du Pont de Nemours and Company and Sporting Goods Properties, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF service, which will send notification of such filing to all parties registered to receive such service.

/s/ Alexandra K. Garrett
Alexandra K. Garrett