UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | ) Case No. 20-81688-CJR |
| | ) |
| Debtors. | ) Jointly Administered |

## NOTICE OF PARTICIPANTS FOR SALE HEARING

Wilma Blanton, in her capacity as guardian for Larry Blanton, Wilma Blanton, individually, Justin Williams, and Ronald Blanton, by and through their undersigned counsel, hereby identify the following participant for the September 23, 2020 sale hearing:

Christopher A. Jones, Esq.
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
Telephone: (703) 280-9263
Mobile: (703) 677-1491
Email: cajones@wtplaw.com

Dated: September 15, 2020                        Respectfully submitted,

*/s/ Christopher A. Jones*
Christopher A. Jones (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
Telephone: (703) 280-9263
Email: cajones@wtplaw.com

---

[1] The debtors in these chapter 11 cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

- and -

Masten Childers, III (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON, L.L.P.**
161 North Eagle Creek Drive, Suite 210
Lexington, Kentucky 40509
Tel: (859) 687-6700
Email: mchilders@wtplaw.com

*Counsel to Wilma Blanton, in her capacity as guardian for Larry Blanton, Wilma Blanton, individually, Justin Williams, and Ronald Blanton*

### *Certificate of Service*

I hereby certify that on September 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered to receive such service.

/s/ Christopher A. Jones

2