# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: <br><br> REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-81688-CRJ11 <br><br> Jointly Administered |

## NOTICE OF PARTICIPANTS FOR VISTA OUTDOOR, INC.

Pursuant to the *Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing* [Doc. 491], Vista Outdoor, Inc. ("**Vista Outdoor**"), a creditor and interested party, by and through its undersigned counsel, hereby identifies the following participants and witnesses for the September 21, 2020, pre-hearing status conference and the September 23, 2020, sale hearing:

**Attorneys:**

Aaron Javian
Reed Smith LLP
ajavian@reedsmith.com
Tel: (646) 920-5366

John C. Scalzo
Reed Smith LLP
jscalzo@reedsmith.com
Tel: (201) 250-9877

Christopher P. Hoffman
Reed Smith LLP
choffman@reedsmith.com
Tel: (516) 603-7126

Christopher M. Sheaffer
Reed Smith LLP
csheaffer@reedsmith.com
Tel: (202) 641-6080

Brian Walding
Walding LLC
bwalding@waldinglaw.com
Tel: (205) 307-5047

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

**Witnesses, if required**:

| | |
|---|---|
| (1) Dylan Ramsey<br>Vista Outdoor, Inc.<br>Vice President, General Counsel and Corporate Secretary<br>dylan.ramsey@vistaoutdoor.com<br>Tel: (763) 433-1000 | (2) Sudhanshu Priyadarshi<br>Vista Outdoor, Inc.<br>Senior Vice President and Chief Financial Officer<br>sudhanshu.priyadarshi@vistaoutdoor.com<br>Tel: (763) 433-1000 |

(3) Any witness listed or used by any other party.

(4) Any witness necessary to rebut the testimony of a witness called or designated by another party.

(5) Any witness for the purpose of foundation, rebuttal, or impeachment.

(6) Any other witnesses present at the hearing that Vista Outdoor deems necessary.

Respectfully submitted,

Dated: September 16, 2020
Birmingham, Alabama

By: */s/ Brian R. Walding*
WALDING LLC
Brian R. Walding
2227 1st Ave. S., Ste. 100
Birmingham, AL 35233
Telephone: 205.307.5047
Facsimile: 205.307.5051
Email: bwalding@waldinglaw.com

and

REED SMITH LLP
Aaron Javian
John C. Scalzo
Christopher P. Hoffman
599 Lexington Avenue
New York, NY 1022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: ajavian@reedsmith.com
　　　　 jscalzo@reedsmith.com
　　　　 choffman@reedsmith.com

*Counsel for Vista Outdoor, Inc.*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered to receive such service.

      */s/ Brian R. Walding*
      OF COUNSEL