IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC. et al.,[1] | Case No. 20-81688-CRJ11 |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that **JJE Capital Holdings, LLC** ("JJE Capital"), by and through its undersigned attorney, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and sections 102(1), 342, and 1109(b) of the Bankruptcy Code and hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**Henry C. Shelton, III**
**ADAMS AND REESE LLP**
**6075 Poplar Avenue, Suite 700**
**Memphis, Tennessee 38119**
**Phone: (901) 525-3234**
**henry.shelton@arlaw.com**

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers to which the Federal Rules of Bankruptcy Procedure refer, but also includes, without limitation, orders and notices of any application,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville Alabama 35824.

motion, petition, pleading, request, complaint, or demand, disclosure statement, plan of reorganization, and answering or reply papers, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including **JJE Capital Holdings, LLC**, with respect to: (a) the Debtor; (b) property of the estate or proceeds thereof in which the Debtor may claim an interest; or (c) property of the estate or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by **JJE Capital Holdings, LLC**.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) **JJE Capital Holdings, LLC's** right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) **JJE Capital Holdings, LLC's** right to a trial by jury in any proceeding so triable in this case or any case; (3) **JJE Capital Holdings, LLC's** right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which **JJE Capital Holdings, LLC** is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments which it expressly reserves.

Dated this 17th day of September 2020.

Respectfully submitted,

ADAMS AND REESE LLP

/s/ *Henry C. Shelton, III*
Henry C. Shelton, III
6075 Poplar Avenue, Suite 700
Memphis, TN 38119

Telephone: (901) 525-3234
Facsimile: (901) 524-5429
henry.shelton@arlaw.com

*Counsel for JJE Capital Holdings, LLC*

## CERTIFICATE OF SERVICE

 I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing this 17th day of September 2020, to all parties receiving electronic notices in this bankruptcy matter.

            /s/ *Henry C. Shelton, III*
            OF COUNSEL

3

Case 20-81688-CRJ11    Doc 727    Filed 09/17/20    Entered 09/17/20 13:52:44    Desc
Main Document    Page 3 of 3