```
                            United States Bankruptcy Court
                            Northern District of Alabama
In re:                                                                      Case No. 20-81688-CRJ
Remington Outdoor Company, Inc.                                             Chapter 11
         Debtor               CERTIFICATE OF NOTICE
District/off: 1126-8          User: admin            Page 1 of 5            Date Rcvd: Sep 16, 2020
                              Form ID: pdf000        Total Noticed: 92
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
```
db             +Remington Outdoor Company, Inc.,    100 Electronics Boulevard SW,    Huntsville, AL 35824-2200
aty            +Andrea S. Hartley, Esq.,    Akerman LLP-Three Brickell City Centre,
                 98 Southeast Seventh Street, Ste 1100,    Miami, FL 33131-3525
aty            +Andreas P. Andromalos,    Brown Rudnick LLP,    One Financial Center,    Boston, MA 02111-2600
aty            +Andrew M. Carty,    Brown Rudnick LLP,    Seven Times Square,    New York, NY 10036-6548
aty            +Andrew V Alfano,    Pillsbury Winthrop Shaw Pittman, LLP,    31 West 52nd Street,
                 New York, NY 10019-6161
aty             Chantelle D. McClamb,    Ballard Spahr, LLP,    919 Market Street, 11th Floor,
                 Wilmington, DE 19801
aty            +Gary Svirsky,    Times Square Tower,    7 Times Square,    New York, NY 10036-6580
aty            +Gordon E. Gouveia,    Fox, Rothschild LLP,    321 N. Clark St. Ste 1600,    Chicago, IL 60654-4614
aty            +Henry C. Shelton, III,    Adams and Reese LLP,    6075 Poplar Avenue, Ste 700,
                 Memphis, TN 38119-0100
aty            +Janine Panchok-Berry,    O'Melveny & Myers LLP,    7 Times Square,    New York, NY 10036-6524
aty            +John M. Craig,   Law Office of Russell R. Johnson III PLC,    2258 Wheatlands Drive,
                 Manakin-Sabot, VA 23103-2168
aty            +Jordan W. Garmon,    Selendy & Gay PLLC,    1290 Avenue of the Americas,
                 New York, NY 10104-0101
aty            +Joshua D. Morse,    Pillsbury Winthrop Shaw Pittman, LLP,    Four Embarcadero Center, 22nd Floor,
                 San Francisco, CA 94111-5998
aty            +Joshua Margolin,    Selendy & Gay PLLC,    1290 Avenue of the Americas,    New York, NY 10104-0101
aty            +Kevin W. Barrett,    Bailey & Glasser LLP,    209 Capitol St,    Charleston, WV 25301-2210
aty            +Lacey E. Rochester,    Baker, Donelson, Bearman, Caldwell & Ber,    420 20th Street N,
                 Birmingham, AL 35203-5200
aty            +Maggie B. Burrus,    Bailey & Glasser, LLP,    3000 Riverchase Galleria, Suite 905,
                 Birmingham, AL 35244-2330
aty            +Martha B. Chovanes,    Fox Rothschild LLP,    2000 Market St., 20th Fl,
                 Philadelphia, PA 19103-3222
aty             Michael A. Sweet,    Fox Rothschild LLP,    345 California St. Ste 2200,
                 San Francisco, CA  94104-2670
aty            +Michael G. Menkowitz,    Fox Rothschild LLP,    2000 Market St. 20th Fl.,
                 Philadelphia, PA 19103-3222
aty            +Richard A. Ramler,    Ramler Law Office, P.C.,    202 West Madison Ave.,
                 Belgrade, MT 59714-3905
aty            +Robert F. Elgidely,    Fox Rothschild LLP,    2 south Biscayne Blvd, Suite 2750,
                 One Biscayne Tower,    Miami, FL 33131-1803
aty            +Russell R. Johnson, III,    Law Firm of Russell R. Johnson III, PLC,
                 14890 Washington Street, 1st Floor,    Haymarket, VA 20169-2924
aty            +Safety First Ammo, LLC,    c/o Edward J. Peterson, Esquire,
                 Stichter, Riedel, Blain & Postler, P.A.,    110 E. Madison St., Ste. 200,
                 Tampa, FL 33602-4718
aty             Tobey Marie Daluz,    Ballard Sparh, LLP,    919 Market Street, 11th Floor,
                 Wilmington, DE  19801
aty            +Valerie Bantner Peo,    Buchalter Firm,    55 Second Street, Ste 1700,
                 San Francisco, CA 94105-3493
aty            +William F. Godbold, IV, IV,    Natural State Law, PLLC,    900 S. Shackleford Road, Ste 705,
                 Little Rock, AR 72211-3871
cr             +Ankura Trust Company, LLC,    c/o Benjamin S. Goldman,    Hand Arendall Harrison Sale LLC,
                 1801 5th Avenue North,    Suite 400,    Birmingham, AL 35203-2108
cr             +Benjamin & Joann Harris,    c/o Jack Shrader,    Shrader Law Firm,
                 11212 N. May Avenue, Suite 405,    Oklahoma City, OK 73120-6335
op            #+Bradley C Meyer,    Ducera Partners LLC,    499 Park Avenue, 16th Floor,
                 New York, NY 10022-1251
cr             +CZ Acquisition, LLC,    c/o Paul H. Greenwood,    Waller Lansden Dortch & Davis, LLP,
                 1901 Sixth Avenue N, Suite 1400,    Birmingham, AL 35203-4605
cr              CZ Acquisition, LLC,    c/o Jesse S. Vogtle, Jr.,    Waller Lansden Dortch & Davis, LLP,
                 1901 Sixth Ave N Suite 1400,    Birmingham, AL 35203-4605
op            #+Colin M. Adams,    M-III Advisory Partners, LP,    130 W 42nd Street, 17th Floor,
                 New York, NY 10036-7904
cr             +Constellation NewEnergy Gas Division, LLC,    c/o Eric T. Ray,
                 Waller Lansden Dortch & Davis, LLP,    1901 Sixth Ave N, Suite 1400,
                 Birmingham, AL 35203-4605
intp            Corteva, Inc.,    Ballard Spahr LLP,    919 Market Street, 11th Floor,    Wilmington, DE  19801
sp             +Diana M. Perez,    Times Square Tower,    7 Times Square,    New York, NY 10036-6580
cr             +Eagle Bulk Shipping International (USA) Inc.,    c/o Scott M. Harrington, Esq.,
                 Diserio Martin O'Connor & Castiglioni,    One Atlantic Street,    Stamford, CT 06901-2482
cr             +Eagle Bulk Shipping International (USA) Inc.,    c/o Lindan Hill, Esq.,
                 Gordon, Dana & Gilmore, LLC,    600 University Park Place, #100,    Birmingham, AL 35209-6775
cr             +Franklin Advisers, Inc.,    One Franklin Parkway,    San Mateo, CA 94403-1906
cr             +HORNADY MANUFACTURING CO.,    c/o C. Ellis Brazeal III,    JONES WALKER LLP,
                 400 20th St. N. Ste 1100,    Birmingham, AL 35203-3202
intp           +Howard Marc Spector,    Spector & Cox, PLLC,    12770 Coit Road, Suite 1100,
                 Dallas, TX 75251-1329
```

```
cr              +Huntsville Utilities,    c/o Maples Law Firm PC,    200 Clinton Avenue West,    Suite 1000,
                  Huntsville, AL 35801-4919
intp            +JJE Capital Holdings, LLC,    Adams and Reese LLP,    1901 6th Avenue North, Stuie 3000,
                  Birmingham, AL 35203-2618
sp               Jennifer Taylor,    O'Melveny & Myers LLP,    Two Embarcadero Center 28th Floor,
                  San Francisco, CA 94111-3823
cr              +KSE Outdoor Sportsman Group, LLC,    c/o Lewis Roca Rothgerber Christie LLP,
                  201 E. Washington St. Suite 1200,    Phoenix, AZ 85004-2595
sp              +Karen Rinehart,    O'Melveny & Myers LLP,    400 South Hope Street,    Los Angeles, CA 90071-2801
cr               Kennametal, Inc.,    Babst, Calland, Clements and Zomnir, P.C,    Two Gateway Center,
                  Pittsburgh, PA 15222
fa              #+M-III Advisory Partners, LP,    130 West 42nd St.,    17th Floor,    New York, NY 10036-7904
sp              +Nancy Mitchell,    Times Square Tower,    7 Times Square,    New York, NY 10036-6580
cr             ++ONEIDA MOLDED PLASTICS LLC,    ATTN BRIAN SIMCHIK,    104 S WARNER ST,    ONEIDA NY 13421-1597
                 (address filed with court: Oneida Molded Plastics, Inc,    104 South Warner Street,
                  Oneida, NY 13421)
cr              +Official Committee of Unsecured Creditors of Remin,    c/o Baker Donelson,    420 20th St. N.,
                  Suite 1400,    Birmingham, AL 35203-3221
cr               Official Committee of Unsecured Creditors of Remin,    Fox Rothschild LLP,
                  345 California St. Ste 2200,    San Francisco, CA 94104-2670
cr              +Oracle America, Inc.,    Buchalter, A Professional Corporation,    c/o Shawn M. Christianson,
                  55 2nd St., 17th Fl.,    San Francisco, CA 94105,    SAN FRANCISCO 94105-3493
intp             Royal Defence Co., Ltd,    77/122, 29th Fl. Sinn Sathorn Tower,    Krungdhonburi Road,
                  Klongtonsai, Klongsan,    Bangkok,    10600,    THAILAND
cr              +St. Marks Powder, Inc. and General Dynamics Ordnan,    c/o Stephen Porterfield,
                  2311 Highland Avenue South,    Birmingham, AL 35205-2972
cr              +State of Alabama Department of Commerce,    c/o Memory Memory & Causby,    P.O. Box 4054,
                  Montgomery, AL 36103-4054
sp              +Stephen H. Warren,    O'Melveny & Myers LLP,    400 South Hope Street,
                  Los Angeles, CA 90071-2801
cr              +United Mine Workers of America,    c/o R. Scott Williams,    2001 Park Place North,    Suite 1300,
                  Birmingham, AL  35203,    UNITED STATES 35203-2735
10509458        +129 Southwood Dr,    Madison, AL 35758-8264
10514810        +Bond Corp.,    4237 W Ann Lurie Pl,    Chicago, IL 60632-3921
10506289        +Brown & Connery, LLP,    6 North Broad Street, Ste 100,    Woodbury, NJ 08096-4635
10518577        +Dasan USA Inc.,    c/o Andrea S. Hartley Esq.,    Three Brickell City Centre,
                  98 Southeast Seventh Street, Ste 1100,    Miami, FL 33131-3525
10502795        +Elizabeth S. Lynch,    Lunch, Sharp & Associates,    9229 Ward Parkway, Suite 370,
                  Kansas City, MO 64114-3334
10523570        +Ferrellgas,    One Liberty Plaza MD 40,    Liberty, MO 64068-2971
10519730       ++GREATAMERICA FINANCIAL SERVICES CORPORATION,    PO BOX 609,    CEDAR RAPIDS IA 52406-0609
                 (address filed with court: GreatAmerica Financial Services Corporation,    ATTN: Peggy Upton,
                  P.O. Box 609,    Cedar Rapids, IA 52406)
10507712        +Hartford Fire Ins. Assignee of Hartford Speicalty,    Bankrptcy Unit, HO2-R, Home Office,
                  Hartford, CO 06155-0001
10499502        +International Paper Company,    1740 International Drive,    Memphis, TN 38197-0103
10523735         Joseph T Ryerson & Son Inc,    PO Box 731036,    1502 CHAMPION DR,    Dallas, TX 75373-7254
10518605        +Lynda Hall, Tax Collector of Madison CO, AL,    100 Northside Square, Room 116,
                  Huntsville, AL 35801-8815
10519803        +Melody A. Garrison,    7122 Summit Lane,    Shawnee, KS 66216-3723
10503400        +Oracle America, Inc.,    c/o Shawn M. Christianson, Esq.,    Buchalter PC,    55 2nd St., 17th Fl.,
                  San Francisco, CA 94105-3493
10503820        +Petron Automation, Inc.,    65 Mountain View Dr.,    Watertown, CT 06795-1648
10492389        +Praxair Distribution, Inc,    4555 S. Palo Verde, Ste 125,    Tucson, AZ 85714-1959
10509033        +Praxair, Inc.,    175 E. Park Drive,    Tonawanda, NY 14150-7891
10502122        +Precious Seguin,    c/o Lynch Sharp & Associates, LLC,    9229 Ward Parkway, Suite 370,
                  Kansas City, MO 64114-3334
10492264         RPA International Limited,    Plot 3 Shipston Business Village,
                  Tilemans Lane Industrial Estate,    Shipston on Stour CV36 4FF    United King
10492388        +Ryan Frisbie,    4555 S. Palo Verde, Ste 125,    Tucson, AZ 85714-1959
10490578        +Secretary of the Treasury,    1500 Pennsylvania Ave., NW,    Washington, DC 20220-0001
10504842        +Shockwave Technologies LLC,    2141 Main Street,    Suite A,    Dunedin, FL 34698-5660
10498882        +Spectrum,    1600 Dublin Rd,    Columbus, OH 43215-2098
10508368        +State of Alabama,    c/o Memory Memory & Causby, LLP,    PO Box 4054,    Montgomery, AL 36103-4054
10508367        +Stuart H. Memory,    Post Office Box 4054,    Montgomery, AL 36103-4054
10502492        +Syracuse Supply,    43 County Route 59,    Phoenix, NY 13135-2116
10505763        +The National Rifle Association,    Sarah Gervase,    11250 Waples Mill Road,
                  Fairfax, VA 22030-9400
10516158         Union, LLC,    PO Box 30667,    PMB 78277,    Charlotte, NC 28230-0667
10490580        +United States Attorney,    Northern District of Alabama,    1801 Fourth Avenue North,
                  Birmingham, AL 35203-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Sep 17 2020 06:45:12     Richard Blythe,
                  BA Decatur,    P O Box 3045,    Decatur, AL 35602-3045
cr               E-mail/Text: bsimchik@oneidamoldedplastics.com Sep 17 2020 06:42:32
                  Oneida Molded Plastics, Inc,    104 South Warner Street,    Oneida, NY 13421
cr              +E-mail/Text: bncctnotifications@pbgc.gov Sep 17 2020 06:41:39
                  Pension Benefit Guaranty Corporation,    Office of General Counsel,    1200 K St., NW,
                  Suite 340,    Washington, DC 20005-4030
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
10490579         E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 17 2020 06:43:00      Internal Revenue Service,
                   P.O. Box 7346,   Philadelphia, PA  19101-7346
10499050        +E-mail/Text: DOREBN@DOR.STATE.MA.US Sep 17 2020 06:41:15
                   Massachusetts Department of Revenue,    P.O. Box 9564,   Boston, MA 02114-9564
10490577        +E-mail/Text: atlreorg@sec.gov Sep 17 2020 06:44:47      U.S. Securities and Exchange Commission,
                   Regional Director, Branch of Reorganizat,   Atlanta Regional Office, Suite 900,
                   950 East Paces Ferry Road,   Atlanta, GA 30326-1180
10490581        +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Sep 17 2020 06:45:01
                   United States Bankruptcy Administrator,    Northern District of Alabama,
                   1800 Fifth Avenue North,   Birmingham, AL 35203-2111
                                                                                               TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:

```
          Alexandra K. Garrett    on behalf of Interested Party    Sporting Goods Properties, Inc.
           agarrett@silvervoit.com, notices@silvervoit.com
          Alexandra K. Garrett    on behalf of Interested Party    Corteva, Inc. agarrett@silvervoit.com,
           notices@silvervoit.com
          Alexandra K. Garrett    on behalf of Interested Party    E. I. du Pont de Nemours and Company
           agarrett@silvervoit.com, notices@silvervoit.com
          Alinor C. Sterling    on behalf of Creditor    The Sandy Hook Families asterling@koskoff.com
          Andrew J. Shaver    on behalf of Creditor    City of Huntsville, Alabama ashaver@bradley.com
          Andrew Philip Walker    on behalf of Creditor    Pension Benefit Guaranty Corporation
           walker.andrew@pbgc.gov, efile@pbgc.gov
          Benjamin L. Locklar    on behalf of Creditor Precious    Seguin ben.locklar@beasleyallen.com
          Benjamin Shaw Goldman    on behalf of Creditor    Ankura Trust Company, LLC bgoldman@handfirm.com,
           aowen@handarendall.com
          Bill D Bensinger    on behalf of Creditor    Franklin Advisers, Inc. bdbensinger@csattorneys.com,
           bill-bensinger-5829@ecf.pacerpro.com
          Brenton K. Morris    on behalf of Creditor    Oracle America, Inc. bmorris@bcattys.com,
           swilson@bcattys.com;bmorris2019@gmail.com;kmartin@bcattys.com;ccoley@bcattys.com
          Christopher A. Jones    on behalf of Interested Party Wilma    Blanton cajones@wtplaw.com
          Clyde Ellis Brazeal, III    on behalf of Creditor    HORNADY MANUFACTURING CO.
           ebrazeal@joneswalker.com
          Daniel D Sparks    on behalf of Creditor    Franklin Advisers, Inc. ddsparks@csattorneys.com,
           dan-sparks-9722@ecf.pacerpro.com
          David Elsberg    on behalf of Creditor    The Sandy Hook Families delsberg@selendygay.com,
           MCO@selendygay.com
          David Lewis Selby, II    on behalf of Other Professional    ESRT First Stamford Place SPE, L.L.C.
           dselby@baileyglasser.com,
           kbarrett@baileyglasser.com;MWeintraub@baileyglasser.com;mburrus@baileyglasser.com;JKittinger@bail
           eyglasser.com
          David M. Bernard    on behalf of Creditor    The Sandy Hook Families dbernard@koskoff.com
          David W. Ross, Esq.    on behalf of Creditor    Kennametal, Inc. dross@babstcalland.com
          Derek F Meek    on behalf of Debtor    Remington Outdoor Company, Inc. dmeek@burr.com,
           mgunnells@burr.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Derek F Meek     on behalf of Debtor    Remington Arms Company, LLC dmeek@burr.com,
 mgunnells@burr.com
Derek F Meek     on behalf of Debtor    32E Productions, LLC dmeek@burr.com,  mgunnells@burr.com
Derek F Meek     on behalf of Debtor    Huntsville Holdings LLC dmeek@burr.com,  mgunnells@burr.com
Derek F Meek     on behalf of Debtor    FGI Operating Company, LLC dmeek@burr.com,
 mgunnells@burr.com
Derek F Meek     on behalf of Debtor    Great Outdoors Holdco, LLC dmeek@burr.com,
 mgunnells@burr.com
Derek F Meek     on behalf of Debtor    Outdoor Services, LLC dmeek@burr.com,  mgunnells@burr.com
Derek F Meek     on behalf of Debtor    TMRI, Inc. dmeek@burr.com,  mgunnells@burr.com
Derek F Meek     on behalf of Debtor    Remington Arms Distribution Company, LLC dmeek@burr.com,
 mgunnells@burr.com
Derek F Meek     on behalf of Debtor    Barnes Bullets, LLC dmeek@burr.com,  mgunnells@burr.com
Derek F Meek     on behalf of Debtor    FGI Holding Company, LLC dmeek@burr.com,  mgunnells@burr.com
Derek F Meek     on behalf of Debtor    RA Brands, L.L.C. dmeek@burr.com,  mgunnells@burr.com
Derek F Meek     on behalf of Debtor    FGI Finance Inc. dmeek@burr.com,  mgunnells@burr.com
Donald  Bernstein    on behalf of Creditor    Ankura Trust Company, LLC
 Donald.bernstein@davispolk.com
Donald K. Ludman    on behalf of Creditor    SAP America, Inc. dludman@brownconnery.com
Edward J Peterson, III    on behalf of Attorney    Safety First Ammo, LLC epeterson.ecf@srbp.com,
 epeterson@srbp.com
Elizabeth S. Lynch    on behalf of Creditor Precious  Seguin lynch@lynchsharp.com
Elizabeth S. Lynch    on behalf of Creditor Benjamin & Joann  Harris lynch@lynchsharp.com
Eric J. Taube    on behalf of Creditor    CZ Acquisition, LLC eric.taube@wallerlaw.com,
 sherri.savala@wallerlaw.com
Eric T Ray    on behalf of Creditor    Constellation NewEnergy  Gas Division, LLC
 eric.ray@wallerlaw.com,  brooke.freeman@wallerlaw.com
Erica K. Dausch    on behalf of Creditor    Kennametal, Inc. edausch@babstcalland.com
Erica R. Iverson    on behalf of Creditor    The Sandy Hook Families eiverson@selendygay.com
Faith  Gay    on behalf of Creditor    The Sandy Hook Families fgay@selendygay.com
Frederick Darrell Clarke, III    on behalf of Creditor    United Mine Workers of America
 fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Gregory Michael Taube    on behalf of Creditor    Geodis Logistics, LLC
 greg.taube@nelsonmullins.com,  ayo.uboh@nelsonmullins.com;silvi.shaw@nelsonmullins.com
Hanna  Lahr    on behalf of Debtor    Remington Outdoor Company, Inc. hlahr@burr.com,
 mgunnells@burr.com
Hannah Leah Uricchio    on behalf of Creditor    Pension Benefit Guaranty Corporation
 uricchio.hannah@pbgc.gov,  efile@pbgc.gov
Howard Marc Spector    on behalf of Interested Party Howard Marc Spector hspector@spectorcox.com,
 sshank@spectorcox.com;hspector@ecf.courtdrive.com;ahawkins@spectorcox.com
Jan M. Hayden    on behalf of Creditor    Official Committee of Unsecured Creditors of Remington
 Outdoor Company, Inc. jhayden@bakerdonelson.com,
 gmitchell@bakerdonelson.com;jmclemore@bakerdonelson.com
Jay R. Bender    on behalf of Creditor    City of Huntsville, Alabama jbender@babc.com
Jeffrey W. Wisner    on behalf of Creditor    The Sandy Hook Families jwisner@koskoff.com
Jeremy L Retherford    on behalf of Creditor    Cantor Fitzgerald Securities jretherford@balch.com,
 kskelton@balch.com
Jeremy L Retherford    on behalf of Creditor    Whitebox Advisors LLC jretherford@balch.com,
 kskelton@balch.com
Jesse S Vogtle, Jr    on behalf of Creditor    CZ Acquisition, LLC jesse.vogtle@wallerlaw.com,
 brooke.freeman@wallerlaw.com
Joanna Caitlin Berry McDonald     on behalf of Creditor    Ankura Trust Company, LLC
 joanna.mcdonald@davispolk.com
Jonathan Paul Hoffmann    on behalf of Creditor    Whitebox Advisors LLC jhoffmann@balch.com,
 kskelton@balch.com
Jonathan Paul Hoffmann    on behalf of Creditor    Cantor Fitzgerald Securities jhoffmann@balch.com,
 kskelton@balch.com
Jordan  Garman    on behalf of Creditor    The Sandy Hook Families jgarman@selendygay.com,
 paralegals@selendygay.com
Joshua D. Koskoff    on behalf of Creditor    The Sandy Hook Families jkoskoff@koskoff.com
Kathleen M. LaManna    on behalf of Creditor    Cantor Fitzgerald Securities klamanna@goodwin.com,
 bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
Kimberly E. Neureiter    on behalf of Creditor    Pension Benefit Guaranty Corporation
 neureiter.kimberly@pbgc.gov,  efile@pbgc.gov
Lawrence B Voit    on behalf of Interested Party    Corteva, Inc. lvoit@silvervoit.com,
 notices@silvervoit.com
Lindan J. Hill    on behalf of Creditor    Eagle Bulk Shipping International (USA) Inc.
 lhill@gattorney.com,  KDOSS@GATTORNEY.COM
Mark P. Williams    on behalf of Interested Party    Royal Defence Co., Ltd mpwilliams@nwkt.com
Masten  Childers, III.    on behalf of Interested Party Wilma  Blanton mchilders@wtplaw.com
Matthew M Cahill    on behalf of Creditor    Official Committee of Unsecured Creditors of Remington
 Outdoor Company, Inc. mcahill@bakerdonelson.com,
 mcleveland@bakerdonelson.com;dbivins@bakerdonelson.com
Melissa W. Larsen    on behalf of Creditor Estate of Mark R  Teague mwlarsen67@gmail.com,
 pbetancur.dezlaw@gmail.com;r64206@notify.bestcase.com
Melissa W. Larsen    on behalf of Creditor Sharon  Teague mwlarsen67@gmail.com,
 pbetancur.dezlaw@gmail.com;r64206@notify.bestcase.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Melissa W. Larsen    on behalf of Creditor Randall  Teague mwlarsen67@gmail.com,
 pbetancur.dezlaw@gmail.com;r64206@notify.bestcase.com
Nicholas Christian Glenos    on behalf of Creditor   Mascon, Inc. cglenos@bradley.com,
 swillis@bradley.com
Paul  Greenwood    on behalf of Creditor   CZ Acquisition, LLC paul.greenwood@wallerlaw.com,
 brooke.freeman@wallerlaw.com
Paul M. Hoffmann    on behalf of Creditor   CZ Acquisition, LLC paul.hoffmann@stinson.com
R. Scott Williams    on behalf of Creditor   United Mine Workers of America
 swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
Richard M Blythe    Richard_Blythe@alnba.uscourts.gov,  courtmaildec@alnba.uscourts.gov
Richard Patrick Carmody    on behalf of Interested Party   JJE Capital Holdings, LLC
 richard.carmody@arlaw.com,  linda.larsen@arlaw.com
Rita L Hullett    on behalf of Creditor   Official Committee of Unsecured Creditors of Remington
 Outdoor Company, Inc. rhullett@bakerdonelson.com,  mcleveland@bakerdonelson.com
Sarah Link Schultz    sschultz@akingump.com,  bkemp@akingump.com
Scott M Harrington    on behalf of Creditor   Eagle Bulk Shipping International (USA) Inc.
 sharrington@dmoc.com
Stephen B Porterfield    on behalf of Creditor   St. Marks Powder, Inc. and General Dynamics
 Ordnance & Tactical Systems  Canada Valleyfield sporterfield@sirote.com,  pcastleberry@sirote.com
Steven  Pohl    on behalf of Creditor   Whitebox Advisors LLC spohl@brownrudnick.com,
 AAndromalos@brownrudnick.com;ACarty@brownrudnick.com;Msawyer@brownrudnick.com;bsullivan@brownrudn
 ick.com;TWallach@brownrudnick.com
Steven D Altmann    on behalf of Creditor   Oneida Molded Plastics, Inc steve@nomberglaw.com,
 stevenmel@charter.net;altmannsr67761@notify.bestcase.com
Stuart H. Memory    on behalf of Creditor   State of Alabama Department of Commerce
 smemory@memorylegal.com,  bwesley@memorylegal.com;wcausby@memorylegal.com;kjulian@memorylegal.com
Stuart M Maples    on behalf of Creditor   Huntsville Utilities smaples@mapleslawfirmpc.com,
 kwalker@mapleslawfirmpc.com;kpickett@mapleslawfirmpc.com;dmaples@mapleslawfirmpc.com
Susan M Freeman    on behalf of Creditor   KSE Outdoor Sportsman Group, LLC sfreeman@lrrc.com
Tazewell  Shepard    on behalf of Creditor   The Sandy Hook Families taze@ssmattorneys.com,
 janelle@ssmattorneys.com
Tazewell Taylor Shepard, IV    on behalf of Creditor Donna  Soto ty@ssmattorneys.com,
 janelle@ssmattorneys.com
Tazewell Taylor Shepard, IV    on behalf of Attorney Tazewell T. Shepard, IV ty@ssmattorneys.com,
 janelle@ssmattorneys.com
Tazewell Taylor Shepard, IV    on behalf of Creditor   The Sandy Hook Families ty@ssmattorneys.com,
 janelle@ssmattorneys.com
Thomas Benjamin Humphries    on behalf of Creditor   St. Marks Powder, Inc. and General Dynamics
 Ordnance & Tactical Systems  Canada Valleyfield thumphries@sirote.com,  cstanford@sirote.com
Vivek Vijay Tata    on behalf of Creditor   The Sandy Hook Families vtata@selendygay.com,
 edockets@selendygay.com
William F. Godbold IV, IV    on behalf of Creditor   United Hoist Crane, Inc.
 william.godbold@natstatelaw.com
William Wesley Causby    on behalf of Creditor   State of Alabama Department of Commerce
 wcausby@memorylegal.com
                                                                                             TOTAL: 89
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

Remington Outdoor Company, Inc.   }   **Case No: 20-81688-CRJ11**
                                  }
DEBTOR(S).                        }
                                  }
                                  }

## ORDER RESCHEDULING HEARING

This matter came before the Court on Wednesday, September 16, 2020 01:30 PM, for a hearing on the following:

1) RE: Doc #483; Motion by Precious Seguin for Relief from Stay
2) RE: Doc #656; Debtors' Response to Motion for Relief from Automatic Stay by Precious Seguin

Proper notice of the hearing was given and appearances were made by the following:

Derek F Meek, attorney for Debtor
Hannah Lahr, attlorney for Debtor
Stephen Warren of O'Melveny Myers, LLP, attorney for Debtor
Gary Svirsky, attorney for Debtor
Richard Blythe, Counsel for Bankruptcy Administrator
Sarah Schultz, attorney for Restructuring Committee
Rita Hullett, attorney for Unsecured Creditors Committee
Matthew Cahill, attorney for Unsecured Creditors Committee
Scott Williams, attorney for United Mine Workers of America
Dan Sparks, attorney for Franklin Advisers, Inc.
Bill Bensinger, attorney for Franklin Advisers, Inc.
Jeremy Retherford, attorney for Whitebox Advisors, LLC
Jeremy Retherford, attorney for Cantor Fitzgerald Securities
Elizabeth Lynch, attorney for Precious Seguin
Elizabeth Lynch, attorney for Benjamin & Joann Harris
Joshua Morse, attorney for Franklin Advisers, Inc.
Andrew Carty, attorney for Whitebox Advisors, LLC
Andreas Andromalos, attorney for Whitebox Advisors, LLC
Timothy Russo, attorney for Whitebox Advisors, LLC
Kathleen LaManna, attorney for Cantor Fitzgerald Securities
Kimberly Neureiter, attorney for Pension Benefit Guaranty
Andrew Walker, attorney for Pension Benefit Guaranty
Jay Bender, attorney for City of Huntsville
Ty Shepard, attorney for Sandy Hook Families
Faith Gay, attorney for Sandy Hook Families

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Motion by Precious Seguin for Relief from Stay and Debtors' Response thereto is

continued for a telephonic Final Hearing on October 7, 2020, at 1:30 p.m. It is further ORDERED that the stay shall remain in effect until the Final Hearing.

All matters on the docket will be heard telephonically via an AT&T call-in number. The dial-in number is 1-877-336-1280. When prompted, enter the access code #2749965. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).

Dated: 09/16/2020

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge