# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DISTRICT

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |

## THE SANDY HOOK FAMILIES' EXHIBIT AND WITNESS LIST

Donna L. Soto, Ian and Nicole Hockley, David C. Wheeler, Mary A. D'Avino, Mark and Jacqueline Barden, William D. Sherlach, Neil Heslin and Scarlett Lewis, Leonard Pozner, and Gilles J. Rousseau (the "**Sandy Hook Families**"), file this Exhibit List for the hearing to be held on September 23, 2020 at 10:00 a.m. CDT remotely via Microsoft Teams Software.

## EXHIBITS

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Final Cash Collateral Order, Ex. 1, ECF 410-1 | | | | | | |
| 2. | 2018 Annual Report of Remington Outdoor Company, Inc., dated December 31, 2018 | | | | | | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405) (collectively, the "Debtors"). The Debtors' corporate headquarters is located at 100 Electronics Blvd SW, Huntsville, Alabama 35824.

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|-----|-------------|------|-------|--------|-------|-----|------------------------|
| 3. | 2018 Q2 Remington Outdoor Company, Inc. Report, dated July 1, 2018 | | | | | | |
| 4. | 2019 Annual Report of Remington Outdoor Company, Inc., dated December 31, 2019 | | | | | | |
| 5. | Loan and Security Agreement by and among FGI Operating, as borrower, the Guarantors, the Administrative Agent, and the Lenders dated April 18, 2019 | | | | | | |
| 6. | Project Strat: Investment Opportunity Overview | | | | | | |
| 7. | Declaration of Bradley Meyer ISO Debtors' Sale Motion, August 16, 2020, ECF 355 | | | | | | |
| 8. | Declaration of Ken D'Arcy ISO Chapter 11 Petitions and First Day Pleadings of Remington Outdoor Company, Inc. and Its Affiliated Debtors and Debtors-in-Possession, ECF 6 | | | | | | |
| 9. | Declaration of Tazewell T. Shepard IV ISO the Objection of the Sandy Hook Families to Debtors' Motion for (I) An Order Establishing Bidding Procedure and Granting Related Relief and (II) An Order or Orders Approving the Sale of the Debtors' Asset, Exhibit A, ECF 244-15 | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 10. | Transcript for the 30(b)(6) deposition of Debtors' Representative Bradley Meyer, taken on September 15, 2020 | | | | | | |
| 11. | Transcript for the 30(b)(6) deposition of Debtors' Representative Colin Adams, taken on September 18, 2020 | | | | | | |
| 12. | Proposed Asset Purchase Agreement with the Navajo Nation | | | | | | |
| 13. | Bid list created by Ducera, dated August 11, 2020 | | | | | | |
| 14. | Grant Thornton audit report of the Debtors' consolidated financial statements for the quarter ended April 1, 2018 | | | | | | |
| 15. | Debtors' 13 Week Cash Forecast for December 6, 2019 | | | | | | |
| 16. | Debtors' 13 Week Cash Forecast for December 13, 2019 | | | | | | |
| 17. | Grant Thornton audit report of the Debtors' consolidated financial statements as of December 31, 2017 and 2016 | | | | | | |
| 18. | Priority Secured Term Loan Facility Commitment Letter, dated March 30, 2019 | | | | | | |
| 19. | ABL Lender Meeting, dated February 13, 2019 | | | | | | |
| 20. | NDA Group Meeting, dated February 29, 2019 | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 21. | Inventory Valuation and Appraisal - September 2019 | | | | | | |
| 22. | Strategic Business Plan, dated September 30, 2019 | | | | | | |
| 23. | Financial Flash - December 2019 | | | | | | |
| 24. | Confidential Investment Memorandum | | | | | | |
| 25. | Project Strat: Presentation to Restricted Shareholders, dated February 21, 2020 | | | | | | |
| 26. | Remington Outdoor Company, Inc.: Discussion Materials, dated May 18, 2020 | | | | | | |

## WITNESSES

The Sandy Hook Families may call:

1. Any witness listed by any other party.

2. Any witness necessary for impeachment or rebuttal.

The Sandy Hook Families reserve the right to amend or supplement this Exhibit and Witness List as necessary in advance of the hearing.

Dated: September 21, 2020
       Huntsville, Alabama

Respectfully submitted,

By: /s/ Tazewell T. Shepard IV
  Tazewell T. Shepard III
  Tazewell T. Shepard IV
  State Bar No. 24004246
  **SPARKMAN, SHEPARD & MORRIS, P.C.**
  P.O. Box 19045
  Huntsville, AL 35804
  Tel: (256) 512-9924
  ty@ssmattorneys.com

**KOSKOFF KOSKOFF & BIEDER**
Joshua Koskoff (admitted *pro hac vice*)
Alinor Sterling (admitted *pro hac vice*)
David Bernard (admitted *pro hac vice*)
Jeffrey Wisner (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: (203) 336-4421
jkoskoff@koskoff.com

- and -

**SELENDY & GAY PLLC**
Faith Gay (admitted *pro hac vice*)
1290 Avenue of the Americas,
New York, NY 10104
Tel. (212) 390-9000
fgay@selendygay.com


*Counsel for the Sandy Hook Families*