# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | } } | Case No. 20-81688-CRJ-11 |
| | } | Chapter 11 |
| | } | |
| Debtor(s). | } | Jointly Administered |

## ORDER SCHEDULING EMERGENCY STATUS CONFERENCE

Before the Court is the Debtors' Motion to Reschedule Sale Hearing Set for September 23, 2020 ("Debtors' Motion to Reschedule Sale Hearing"), ECF No. 751. In an effort to avoid any conflict with the Auction which may not have concluded, the Court will hold an Emergency Status Conference at 12:00 p.m., Noon, CDT, today pursuant to 11 U.S.C. § 105(d) to discuss rescheduling the Sale Hearing that is currently scheduled to begin at 10:00 a.m., CDT, on September 23, 2020 to a time most convenient to all parties.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that an Emergency Status Conference will be held on **September 22, 2020** at **12:00 p.m., CDT,** before the Honorable Clifton R. Jessup, Jr. to discuss rescheduling the Sale Hearing.

The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc.(3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

Dated this the 22nd day of September 2020.

/s/   Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge