IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |

## NOTICE OF ADDITIONAL PARTICIPANTS

Pursuant to the *Order Scheduling and Establishing Remote Hearing Procedures for the September 23, 2020 Sale Hearing* [Docket No. 491], Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors in possession, by and through their undersigned counsel, hereby identify the following additional participants for the September 23, 2020 sale hearing:

(a) Lyle Bauck
    M-III ADVISORY PARTNERS, LP
    lbauck@miiipartners.com
    Tel: 212.430.2041

(b) Enrique Acevedo
    M-III ADVISORY PARTNERS, LP
    eacevedo@miiipartners.com
    Tel: 212.716.1496

(c) Conor Jackson
    M-III ADVISORY PARTNERS, LP
    cjackson@miiipartners.com
    Tel: 908.477.7521

(d) Emile Buzaid
    Remington Outdoor Company, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

44197057 v1

emile.buzaid@remington.com
Tel: 336.698.5174

Dated: September 22, 2020

/s/ Derek F. Meek
**BURR & FORMAN LLP**
Derek F. Meek
Hanna Lahr
420 20th Street North, Suite 3400
Birmingham, AL 35203
Telephone:     (205) 251-3000
Facsimile:     (205) 458-5100
Email: dmeek@burr.com
          hlahr@burr.com

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407
Email: swarren@omm.com
          krinehart@omm.com

Jennifer Taylor (admitted *pro hac vice*)
Two Embarcadero Center 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8700
Email: jtaylor@omm.com

Nancy Mitchell (admitted *pro hac vice*)
Gary Svirsky (admitted *pro hac vice*)
Diana M. Perez (admitted *pro hac vice*)
Times Square Tower, 7 Times Square
New York, NY  10036
Telephone: 212-326-2000
Email: nmitchell@omm.com
          gsvirsky@omm.com
          dperez@omm.com

*Attorneys for the Debtors and Debtors in Possession*

44197057 v1