# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | ) ) ) | Case No. 20-81688-CRJ11 |
|  | ) |  |
| Debtors. | ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jason Sugarman, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Participants for the Restructuring Committee [Docket No. 664]

- Notice of Participants for Sturm, Ruger & Company, Inc. [Docket No. 676]

- Notice of Participants [Docket No. 683]

- Debtors' Exhibit and Witness List [Docket No. 685]

- Order Scheduling Hearing on Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Extending the Committee Challenge Deadline. Hearing Scheduled for September 16, 2020 at 01:30 p.m. (CT) [Docket No. 693]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' Corporate Headquarters are located at 100 Electronics Boulevard SW, Huntsville, Al 35824.

- First Monthly Fee Statement of M-III Advisory Partners, LP for Compensation Earned and Expenses Incurred for Period of July 28, 2020 through August 31, 2020 [Docket No. 699]

- Notice of Filing Declaration of David Malo Regarding Debtors' Objection to United Mine Workers of America's and its Designated Retirees' Emergency Motion for Appointment of a Retiree Committee [Docket No. 701]

Dated: September 22, 2020

                                                          */s/ Jason Sugarman*
                                                          Jason Sugarman

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 22, 2020, by Jason Sugarman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

# Exhibit A

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 40 Creditor | A M CASTLE & CO / CASTLE METALS | ATTN: PRESIDENT OR GENERAL COUNSEL<br>11125 METROMONT PARKWAY<br>CHARLOTTE NC 28269 | jkanute@amcastle.com | Email |
| Counsel to JJE Capital Holdings, LLC | Adams and Reese LLP | Attn: Richard P. Carmody<br>1901 6th Avenue North<br>Suite 3000<br>Birmingham AL 35203 | richard.carmody@arlaw.com | Email |
| Counsel to Dasan USA, Inc. | Akerman LLP | Attn: Andrea S. Hartley<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami FL 33131 | andrea.hartley@akerman.com | Email |
| Counsel to Restructuring Committee | Akin Gump Strauss Hauer & Feld LLP | Attn: Sarah Link Schultz<br>2300 N. Field Street<br>Suite 1800<br>Dallas TX 75201 | sschultz@akingump.com | Email |
| Counsel to Alcohol and Tobacco Tax and Trade Bureau | Alcohol and Tobacco Tax and Trade Bureau | Attn: President or General Counsel<br>4300 West Cypress Street<br>Tampa FL 33607 | | First Class Mail |
| COUNSEL TO ALCOHOL TOBACCO TAX & TRADE BUREAU | ALCOHOL TOBACCO TAX & TRADE BUREAU | ATTN: PRESIDENT OR GENERAL COUNSEL<br>500 MAIN STREET<br>ROOM 8002<br>CINCINNATI OH 45202-5215 | | First Class Mail |
| Top 40 Creditor | ALLIANT TECHSYSTEMS OPERATIONS LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 734341<br>CHICAGO IL 60673-4341 | GARY.DUGAN@NGC.COM | Email |
| Top 40 Creditor | ALLTRISTA PLASTICS LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>LOCKBOX #745397<br>PO BOX 745397<br>ATLANTA GA 30384-5397 | DHIGGINS@JARDENPLASTICS.COM | Email |
| Top 40 Creditor | AMARK ENGINEERING & MFG INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>203 MAIN ST SW<br>GRAVETTE AR 72736 | LAWANNA@AMARKENG.COM | Email |
| Ankura Trust Company, LLC as FILO Agent under the Debtors' prepetition FILO Term Loan Agreement and Exit Term Loan Agent under the Exit Term Loan Agreement | Ankura Trust Company, LLC | Attn: Lisa Price<br>214 North Main Street<br>Concord NH 03301 | lisa.price@ankura.com | Email |
| Top 40 Creditor | ART GUILD INC | ATTN: BERNADAETTE SANDONE, A/R MANAGER<br>300 WOLF DRIVE<br>WEST DEPTFORD NJ 8086 | BSANDONE@ARTGUILD.COM | Email |

Case 20-81688-CRJ11    Doc 794    Filed 09/23/20    Entered 09/23/20 09:29:30    Desc
Main Document    Page 4 of 12

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| The Bankruptcy Administrator | Assistant U.S. Bankruptcy Administrator | Richard M. Blythe, Thomas Corbett<br>Northern District of Alabama<br>PO Box 3045<br>Decatur AL 35602 | Richard_Blythe@alnba.uscourts.gov<br>Thomas_Corbett@alnba.uscourts.gov | First Class Mail and Email |
| Counsel to Official Committee of Unsecured Creditors of Remington Outdoor Company, Inc. | Baker Donelson Bearman Caldwell & Berkowitz, P.C. | Attn: Jan M. Hayden, Lacey E. Rochester<br>201 St. Charles Avenue<br>Suite 3600<br>New Orleans LA 70170 | jhayden@bakerdonelson.com<br>LRochester@bakerdonelson.com | Email |
| Counsel to Official Committee of Unsecured Creditors of Remington Outdoor Company, Inc. | Baker Donelson Bearman Caldwell & Berkowitz, P.C. | Attn: Rita L. Hullett, Mathew M. Cahill<br>420 20th Street North<br>Birmingham AL 35203 | rhullett@bakerdonelson.com<br>mcahill@bakerdonelson.com | Email |
| Counsel to Whitebox Advisors LLC, Whitebox GT Fund, LP, Whitebox Multi-Strategy Partners, LP, Whitebox Credit Partners, LP, Whitebox Asymmetric Partners, LP, Pandora Select Partners, LP, Whitebox Caja Blanca Fund, LP, and Cantor Fitzgerald Securities | Balch & Bingham LLP | Attn: Jeremy Retherford, Jonathan P. Hoffman<br>1901 Sixth Avenue North, Suite 1500<br>Post Office Box 306 (35201)<br>Birmingham AL 35203-4642 | jretherford@balch.com<br>jhoffmann@balch.com | Email |
| Counsel to Corteva, Inc., E.I. du Pont de Nemours and Company, and Sporting Goods Properties, Inc. | Ballard Spahr LLP | Attn: Tobey M. Daluz, Chantelle D. McClamb<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801 | daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com | Email |
| Counsel to Oracle America, Inc. | Benton, Centeno & Morris, LLP | Attn: Brenton K. Morris<br>2019 Third Avenue North<br>Birmingham AL 35203 | bmorris@bcattys.com | Email |
| Counsel to City of Huntsville, Alabama | Bradley Arant Boult Cummings LLP | Attn: Jay R. Bender, Andrew J. Shaver<br>1819 Fifth Avenue North<br>Birmingham AL 35203 | jbender@bradley.com<br>ashaver@bradley.com | Email |
| Top 40 Creditor | BROTHERS & CO | ATTN: PRESIDENT OR GENERAL COUNSEL<br>4860 SOUTH LEWIS<br>TULSA OK 74105-5175 | LINDA.MILLIGAN@BONNIERCORP.COM | Email |
| Counsel to SAP America, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman<br>6 North Broad Street<br>Suite 1000<br>Woodbury NJ 08096 | dludman@brownconnery.com | Email |
| Counsel to Whitebox Advisors LLC, Whitebox GT Fund, LP, Whitebox Multi-Strategy Partners, LP, Whitebox Credit Partners, LP, Whitebox Asymmetric Partners, LP, Pandora Select Partners, LP and Whitebox Caja Blanca Fund, LP | Brown Rudnick LLP | Attn: Andreas P. Andromalos, Tia C. Wallach, Steven D. Pohl<br>One Financial Center<br>Boston MA 02111 | twallach@brownrudnick.com<br>aandromalos@brownrudnick.com<br>spohl@brownrudnick.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Whitebox Advisors LLC, Whitebox GT Fund, LP, Whitebox Multi-Strategy Partners, LP, Whitebox Credit Partners, LP, Whitebox Asymmetric Partners, LP, Pandora Select Partners, LP and Whitebox Caja Blanca Fund, LP | Brown Rudnick LLP | Attn: Andrew M. Carty<br>Seven Times Square<br>New York NY 10036 | acarty@brownrudnick.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Attorneys for the Debtors and Debtors in Possession | Burr & Foreman LLP | Derek F. Meek; Hanna Lahr<br>420 20th Street North<br>Suite 3400<br>Birmingham AL 35203 | dmeek@burr.com<br>hlahr@burr.com | Email |
| Top 40 Creditor | BUSHNELL INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 734154<br>CHICAGO IL 60673-4154 | TRACY.REDDEMANN@VISTAOUTDOOR.COM | Email |
| Cantor Fitzgerald Securities, as PTL Agent under the Debtors' prepetition PTL Credit Agreement | Cantor Fitzgerald Securities | Attn: B. Young (Remington)<br>900 West Trade Street<br>Suite 725<br>Charlotte NC 28202 | byoung@cantor.com | Email |
| Cantor Fitzgerald Securities, as PTL Agent under the Debtors' prepetition PTL Credit Agreement | Cantor Fitzgerald Securities | Attn: N. Horning (Remington)<br>1801 N. Military Trail<br>Suite 202<br>Boca Raton FL 33431 | nhorning@cantor.com | Email |
| Top 40 Creditor | CHESSGROUP | ATTN: PRESIDENT OR GENERAL COUNSEL<br>7010 FLY ROAD<br>EAST SYRACUSE NY 13057 | ADMIN@CHESSGROUP.COM | Email |
| Counsel to The Franklin Managed Entities | Christian & Small LLP | Attn: Daniel D. Sparks, Bill D. Bensinger<br>1800 Financial Center<br>505 N 20th Street Suite 1800<br>Birmingham AL 35203-2696 | ddsparks@csattorneys.com<br>bdbensinger@csattorneys.com | Email |
| Top 40 Creditor | CITY OF HUNTSVILLE | ATTN: PRESIDENT OR GENERAL COUNSEL<br>112 SPRAGINS AVENUE<br>HUNTSVILLE AL 35801 | SHERRI.COONS@HSVUTIL.ORG | Email |
| Top 40 Creditor | CONTINENTAL TRAFFIC SERVICE INC | ATTN: ALLISON DOUGLAS<br>5100 POPLAR AVENUE - 15TH FLOOR<br>MEMPHIS TN 38137 | ALLISOND@CTSI-GLOBAL.COM | Email |
| Top 40 Creditor | DASAN USA INC | ATTN: TIM SHIN<br>2400 MAIN STREET NW<br>DULUTH GA 30097 | TIM.SHIN@DASAN-USA.COM | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ankura Trust Company, LLC as FILO Agent under the Debtors' prepetition FILO Term Loan Agreement and Exit Term Loan Agent under the Exit Term Loan Agreement | Davis Polk & Wardwell | Attn: Moinca Holland<br>450 Lexington Ave<br>New York NY 10017 | monica.holland@davispolk.com | Email |
| Exit Term Loan Administrative Agent (Ankura) | Davis Polk & Wardwell LLP | Attn: Donald Bernstein, Joanna McDonald<br>450 Lexington Avenue<br>New York NY 10017 | Donald.bernstein@davispolk.com<br>Joanna.mcdonald@davispolk.com | Email |
| Top 40 Creditor | DAYTON LAMINA CORP | ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 77000<br>DETROIT MI 48277-1830 | JDE@DAYTONPROGRESS.COM | Email |
| Top 40 Creditor | DECIMET SALES INC | ATTN: BUTCH ANDERSON<br>ATTN: BUTCH ANDERSON<br>14200 JAMES ROAD<br>ROGERS MN 55374 | info@dsimn.com | Email |
| Top 40 Creditor | DIE-NAMIC INC | ATTN: ROBERT BOLOGNA<br>PO BOX 30516<br>LANSING MI 48909-8016 | ROBERTBOLOGNA@DIE-NAMIC.COM | Email |
| Counsel to Eagle Bulk Shipping International (USA), LLC | Diserio Martin O'Connor & Castiglioni, LLP | Attn: Scott M. Harrington<br>One Atlantic Street<br>Stamford CT 06901 | sharrington@dmoc.com | Email |
| Top 40 Creditor | ECO-BAT INDIANA LLC | ATTN: DANNY GUERRA, CORPORATE3 CREDIT MANAGER<br>PO BOX 846010<br>DALLAS TX 75284-6010 | DGUERRA@RSRNA.COM | Email |
| Environmental Escrow Agent | First American Title Insurance Company | Attn: Jonathan D. Nichols<br>100 Pearl Street, 10th Floor<br>Hartford CT 06103 | | First Class Mail |
| Counsel to Official Committee of Unsecured Creditors of Remington Outdoor Company, Inc. | Fox Rothschild LLP | Attn: Michael Sweet and Gordon Gouveia<br>345 California Street<br>Suite 2200<br>San Francisco CA 94104 | | First Class Mail |
| Environmental Escrow Agreement - Seller | Freedom Group, Inc. | Legal Department<br>970 Remington Drive<br>PO Box 1776<br>Madison NC 27025-0700 | | First Class Mail |
| Top 40 Creditor | G & R MANUFACTURING | ATTN: PRESIDENT OR GENERAL COUNSEL<br>190 SHERIDAN DRIVE<br>NAUGATUCK CT 6770 | LINDSAY@GRMANUFACTURING.COM | Email |
| Top 40 Creditor | GENERAL DYNAMICS | ATTN: SUZIE TAILLEFER<br>55 MASSON STREET, CP 5520<br>VALLEYFIELD OC J6S 4VP CANADA | suzie.taillefer@can.gd-ots.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 40 Creditor | GEODIS LOGISTICS LLC | ATTN: VIVIAN HARRIS, A/R MANAGER<br>15604 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | vharris@ohl.com | Email |
| Counsel to Eagle Bulk Shipping International (USA), LLC. | Gordon, Dana & Gilmore, LLC | Attn: Lindan J. Hill<br>600 University Park Place<br>Suite 100<br>Birmingham AL 35209 | lhill@gattorney.com | Email |
| Counsel to the FILO Lenders, Exit Term Loan Administrative Agent (Ankura), Ankura Trust Company, LLC | Hand Arendall Harrison Sale LLC | Attn: Benjamin S. Goldman<br>1810 5th Avenue North<br>Suite 400<br>Birmingham AL 35203 | bgoldman@handfirm.com | Email |
| Top 40 Creditor | HELIO PRECISION INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>601 NORTH SKOKIE HIGHWAY<br>LAKE BLUFF IL 60044 | AR.ROCHESTER@HNPRECISION.COM | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Hornady Manufacturing Co. | Jones Walker LLP | Attn: C. Ellis Brazeal III<br>420 20th Street North<br>Suite 1100<br>Birmingham AL 35203 | ebrazeal@joneswalker.com | Email |
| Top 40 Creditor | KENNAMETAL INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>307 23RD STREET EXT SUITE 950<br>PITTSBURGH PA 15215 | K-NA.CREDIT@KENNAMETAL.COM<br>DIANE.LISOVICH@KENNAMETAL.COM | Email |
| Soto Litigation- Plaintiffs' Counsel | Koskoff, Koskoff & Bieder, P.C. | Attn: Joshua D. Koskoff<br>350 Fairfield Avenue<br>Bridgeport CT 06604 | | First Class Mail |
| Counsel to Benjamin & Joann Harris | Lynch Sharp & Associates LLC | Attn: Elizabeth S. Lynch<br>9229 Ward Parkway<br>Suite 370<br>Kansas City MO 64114 | lynch@lynchsharp.com | Email |
| Counsel to Precious Seguin | Lynch, Sharp & Associates, LLC | Attn: Elizabeth S. Lynch<br>9229 Ward Parkway<br>Suite 370<br>Kansas City MO 64114 | lynch@lynchsharp.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to City of Huntsville d/b/a Huntsville Utilities | Maples Law Firm, PC | Attn: Stuart M. Maples<br>200 Clinton Ave W,<br>Suite 1000<br>Huntsville AL 35801 | smaples@mapleslawfirmpc.com | Email |
| Counsel to Sharon and Randall Teague, Individually, and in their official capacity as Co-personal Representatives of the Estate of Mark Randall Teague | Melissa Wimberley Law | Attn: Melissa W. Larsen<br>521 Madison St.<br>Ste. 201<br>Huntsville AL 35801 | melissa@melissalegal.com | Email |
| Counsel to State of Alabama, Department of Commerce | Memory Memory & Causby, LLP | Attn: Stuart H. Memory, Wm. Wesley Causby<br>Post Office Box 4054<br>Montgomery AL 36103 | smemory@memorylegal.com<br>wcausby@memorylegal.com | Email |
| Top 40 Creditor | MSC INDUSTRIAL SUPPLY CO | ATTN: JANET LEGETTE<br>PO BOX 953635<br>SAINT LOUIS MO 63195-3635 | LEGETTEJ@MSCDIRECT.COM | Email |
| Top 40 Creditor | NATIONAL RIFLE ASSOCIATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>11250 WAPLES MILL RD<br>FAIRFAX VA 22030 | ACCOUNTSRECEIVABLE@NRAHQ.ORG | Email |
| Counsel to United Hoist & Crane, Inc. | Natural State Law, PLLC | Attn: William F. Godbold IV<br>900 S. Shackleford Rd.<br>Ste. 705<br>Little Rock AR 72211 | William.Godbold@NatStateLaw.com | Email |
| Counsel to Geodis Logistics, LLC | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey<br>150 Fourth Avenue, North<br>Suite 1100<br>Nashville TN 37219 | shane.ramsey@nelsonmullins.com | Email |
| Top 40 Creditor | NORDIC COMPONENTS INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>79 E 8TH STREET<br>WACONIA MN 55387 | NORTICCOMP@GMAIL.COM<br>JARMO@NORDICCOM.COM | Email |
| Counsel to Royal Defence Co., Ltd. | Norman, Wood, Kendrick and Turner | Attn: Mark P. Williams<br>Ridge Park Place, Suite 3000<br>1130 22nd Street South<br>Birmingham AL 35205 | mpwilliams@nwkt.com | Email |
| Top 40 Creditor | OBERG INDUSTRIES | ATTN: PRESIDENT OR GENERAL COUNSEL<br>2301 SILVERVILLE ROAD<br>FREEPORT PA 16229-0315 | ACCOUNTS.RECEIVABLE@OBERG.COM | Email |
| Top 40 Creditor | OHIO BROACH & MACHINE CO | ATTN: PRESIDENT OR GENERAL COUNSEL<br>35264 TOPPS IND PKWY<br>WILLOUGHBY OH 44094 | JLUTZ@OHIOBROACH.COM | Email |
| Attorneys for the Debtors and Debtors in Possession | O'Melveny & Myers LLP | Nancy Mitchell; Diana M. Perez<br>Times Square Tower<br>7 Times Square<br>New York NY 10036 | nmitchell@omm.com<br>dperez@omm.com | Email |

In re: Remington Outdoor Company, Inc., et al.
Case No. 20-81688 (CRJ)

Page 6 of 9

Case 20-81688-CRJ11    Doc 794    Filed 09/23/20    Entered 09/23/20 09:29:30    Desc
Main Document    Page 9 of 12

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Attorneys for the Debtors and Debtors in Possession | O'Melveny & Myers LLP | Stephen H. Warren; Karen Rinehart<br>400 South Hope Street<br>Los Angeles CA 90071-2899 | swarren@omm.com<br>krinehart@omm.com | Email |
| Top 40 Creditor | PENSION BENEFIT GUARANTY CORPORATION | ATTN: HANNAH LEAH URICCHIO, ANDREW PHILIP WALKER, KIMBERLY E. NEUREITER<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W.<br>WASHINGTON DC 20005-4026 | Neureiter.Kimberly@pbgc.gov<br>uricchio.hannah@pbgc.gov<br>efile@pbgc.gov<br>walker.andrew@pbgc.gov | Email |
| Counsel to the FILO Lenders | Pillsbury Winthrop Shaw Pittman LLP | Attn: Joshua D. Morse and Andrew V. Alfano<br>Four Embarcadero Center<br>22nd Floor<br>San Francisco CA 94111-5998 | joshua.morse@pillsburylaw.com<br>andrew.alfano@pillsburylaw.com | Email |
| Counsel to Franklin | Pillsbury Winthrop Shaw Pittman LLP | Attn: Joshua Morse, Andrew Alfano<br>Four Embarcadero Center, 22nd Floor<br>San Francisco CA 94111-5998 | joshua.morse@pillsburylaw.com<br>andrew.alfano@pillsburylaw.com | Email |
| Top 40 Creditor | PRODUCTO CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>2980 TURNER RD<br>JAMESTOWN NY 14701 | JANDERSON@RINGPRECISION.COM | Email |
| Top 40 Creditor | QIQIHAR HAWK INDUSTRIES CO LTD | ATTN: PRESIDENT OR GENERAL COUNSEL<br>15 NAN YUAN ROAD<br>QIQIHAR HEILONGIANG PROVINCE 161005 CHINA | XYJTO452@ALIYUN.COM | Email |
| Counsel to Jessica Olinick as parent of C.O., a minor, and David Farence | Ramler Law Office, P.C. | Attn: Richard A. Ramler<br>202 West Madison Ave.<br>Belgrade MT 59714 | rramler@ramlerlaw.com | Email |
| Debtors | Remington Outdoor Company, Inc. | Attn: President or General Counsel<br>100 Electronics Blvd SW<br>Huntsville AL 35824 | | First Class Mail |
| Counsel to the Seller - Environmental Escrow Agreement | Robinson & Cole LLP | Attn: Richard M. Fil, Esq.<br>One Financial Plaza<br>Suite 1430<br>Providence RI 02891 | rfil@rc.com | Email |
| Counsel to United Mine Workers of America | Rumberger, Kirk & Caldwell, P.C. | Attn: R. Scott Williams, Frederick D. Clarke III<br>Renasant Place<br>2001 Park Place North, Suite 1300<br>Birmingham AL 35203 | swilliams@rumberger.com<br>fclarke@rumberger.com | Email |
| Top 40 Creditor | SAFARI CLASSICS PRODUCTION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5206 MCKINNEY AVENUE, SUITE 101<br>DALLAS TX 75205 | TDANKLEF@AOL.COM | Email |
| Top 40 Creditor | SAP AMERICA INC | ATTN: MICHAEL JON DEL ROSARIO<br>PO BOX 7780-824024<br>PHILADELPHIA PA 19182-4024 | MICHAEL.JON.DEL.ROSARIO@SAP.COM | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities & Exchange Commission | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities & Exchange Commission - Atlanta Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept<br>950 East Paces Ferry, NE<br>Suite 900<br>Atlanta GA 30326 | | First Class Mail |
| Counsel to Sandy Hook Families | Selendy & Gay PLLC | Attn: Faith Gay, David Elsberg, Jordan Garman, Vivek Tata, Erica R. Iverson<br>1290 Avenue of the Americas<br>New York NY 10104 | fgay@selendygay.com<br>delsberg@selendygay.com<br>jgarman@selendygay.com<br>vtata@selendygay.com<br>eiverson@selendygay.com | Email |
| Counsel to Cantor Fitzgerald Securities, as PTL Agent under the Debtors' prepetition PTL Credit Agreement | Shipman & Goodwin LLP | Attn: Nathan Plotkin, Kathleen M. LaManna<br>One Constitution Plaza<br>Hartford CT 06103-1919 | nplotkin@goodwin.com<br>klamanna@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to Corteva, Inc., E.I. du Pont de Nemours and Company, and Sporting Goods Properties, Inc. | Silver, Voit & Garrett, Attorneys at Law, P.C. | Attn: Alexandra K. Garrett, Lawrence B. Voit<br>4317-A Midmost Drive<br>Mobile AL 36609-5589 | agarrett@silvervoit.com<br>lvoit@silvervoit.com | Email |
| Counsel to St. Marks Powder, Inc. and General Dynamics Ordnance & Tactical Systems – Canada Valleyfield | Sirote & Permutt, P.C. | Attn: Stephen B. Porterfield, Thomas B. Humphries<br>2311 Highland Avenue South<br>P.O. Box 55727<br>Birmingham AL 35255-5727 | sporterfield@sirote.com<br>thumphries@sirote.com | Email |
| Counsel to Sandy Hook Families (Soto Plaintiffs) | Sparkman, Shepard & Morris P.C. | Attn: Tazewell T. Shepard III, Tazewell T. Shepard IV<br>P. O. Box 19045<br>Huntsville AL 35804 | JKoskoff@koskoff.com<br>ASterling@koskoff.com<br>JWisner@koskoff.com<br>cboehning@paulweiss.com<br>jschutte@paulweiss.com | First Class Mail and Email |
| Counsel to Howard Marc Spector | Spector & Cox, PLLC | Attn: Howard Marc Spector<br>12770 Coit Road<br>Suite 1100<br>Dallas TX 75251 | hspector@spectorcox.com | Email |
| Top 40 Creditor | ST MARKS POWDER | ATTN: HEATHER SWAIN<br>PO BOX 603463<br>CHARLOTTE NC 28260-3463 | heather.swain@gd-ots.com | Email |
| Top 40 Creditor | STATE OF ARKANSAS | ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 3861<br>LITTLE ROCK AR 72203-3861 | jthomas@arkansas.gov | Email |
| Top 40 Creditor | STATE OF MISSOURI | ATTN: Sarah Wareen<br>400 NORTH CAPITAL ST NW #376<br>WASHINGTON DC 20001 | sarah.warren@ded.mo.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Safety First Ammo, LLC | Stichter, Riedel, Blain & Postler, P.A. | Attn: Edward J. Peterson<br>110 East Madison Street<br>Suite 200<br>Tampa FL 33602 | epeterson.ecf@srbp.com<br>epeterson@srbp.com | Email |
| Top 40 Creditor | SWANSON MARTIN & BELL | ATTN: ANDREW LOTHSON<br>ATTN: ANDREW LOTHSON<br>330 NORTH WABASH AVE SUITE 3300<br>CHICAGO IL 60611 | alothson@smbtrials.com | Email |
| Top 40 Creditor | THE DOE RUN COMPANY | ATTN: DEB MEDLEY<br>ATTN: DEB MEDLEY<br>75 REMITTANCE DRIVE, SUITE 2172<br>CHICAGO IL 60675-2172 | ceo@doerun.com | Email |
| Counsel to Oneida Molded Plastics, LLC | The Nomberg Law Firm | Attn: Steven D. Altmann<br>3940 Montclair Road<br>Ste 401<br>Birmingham AL 35213 | steve@nomberglaw.com | Email |
| Counsel to the United Mine Workers of America | United Mine Workers of America | Attn: Deborah Stern<br>18354 Quantico Gateway Dr<br>Suite 200<br>Triangle VA 22172 | DStern@umwa.org | Email |
| Top 40 Creditor | VILLAGE OF ILION TREASURER | ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 4231<br>UTICA NY 13504-4231 | ILION@ILIONNY.COM | Email |
| Top 40 Creditor | VISTA OUTDOOR SALES LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 734147<br>CHICAGO IL 60673-4147 | TRACY.REDDEMANN@VISTAOUTDOOR.COM | Email |
| Counsel to CZ Acquisition, LLC | Waller Landsen Dortch & Davis, LLP | Attn: Jesse S. Vogtle, Jr., Paul H. Greenwood<br>1901 Sixth Avenue North<br>Suite 1400<br>Birmingham AL 35203 | jesse.vogtle@wallerlaw.com<br>paul.greenwood@wallerlaw.com | Email |
| Top 40 Creditor | WESTROCK CONVERTING | ATTN: ROY MAYE, CREDIT MANAGER<br>PO BOX 409813<br>ATLANTA GA 30384-9813 | ROY.MAYE@WESTROCK.COM | Email |