# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |

## NOTICE OF SUCCESSFUL BIDDERS WITH RESPECT TO CERTAIN OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that, on August 20, 2020, the United States Bankruptcy Court for the Northern District of Alabama (the "**Bankruptcy Court**") entered an order [Doc. 411] (the "**Bidding Procedures Order**"): (i) approving the proposed bidding procedures (the "**Bidding Procedures**") by which the Debtors will solicit and select the highest or otherwise best offer for the sale of substantially all or a portion of their assets (the "**Acquired Assets**") through one or more sales of the Acquired Assets (each, a "**Sale Transaction**" or "**Sale**"); (ii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "**Assumption and Assignment Procedures**"); (iii) approving the form and manner of notice with respect to certain procedures, protections, schedules, and agreements, including the Debtors' selection of one or more stalking horse bidders (each, a "**Stalking Horse Bidder**"), if any, and the provision of Bid Protections (as defined below) to such Stalking Horse Bidder, if necessary; (iv) scheduling (a) an auction (the "**Auction**") if the Debtors receive two (2) or more timely and acceptable Qualified Bids (as defined below), and (b) a final hearing (the "**Sale Hearing**") to approve one or more Sales of the Acquired Assets; and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on September 8, 2020, the Debtors filed the *Notice of Stalking Horse Bid and Proposed Bid Protections in Connection with the Sale of the Debtors' Ammunitions Business and Certain Other Assets* [Doc. 603].

**PLEASE TAKE FURTHER NOTICE** that, starting on September 17, 2020 at 10:00 a.m. (prevailing Central Time), pursuant to the Bidding Procedures Order, the Debtors conducted the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters is located at 100 Electronics Blvd SW, Huntsville, AL 35824.

Auction with respect to certain of the Acquired Assets. The Auction was suspended on September 24, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with their professionals and the Bid Consultation Parties, selected the following Successful Bids and Backup Bids:

- Vista Outdoor, Inc. as the Successful Bidder pursuant to the terms of the Asset Purchase Agreement attached hereto as <u>Exhibit A</u> with respect to the Lonoke Ammunitions Business and certain IP assets; and SIG Sauer, Inc. as the Backup Bidder thereto pursuant to the terms of the Asset Purchase Agreement attached hereto as <u>Exhibit B</u> with respect to the Lonoke Ammunitions Business;

- Roundhill Group, LLC as the Successful Bidder pursuant to the terms of the Asset Purchase Agreement attached hereto as <u>Exhibit C</u> with respect to the non-Marlin Firearms Business; and Huntsman Holdings, LLC and Century Arms, Inc. as the Backup Bidders thereto pursuant to the terms of the Asset Purchase Agreement attached hereto as <u>Exhibit D</u> with respect to certain Firearms Business IP assets and <u>Exhibit E</u> with respect to certain non-Marlin Firearms Business inventory, respectively;

- Sierra Bullets, L.L.C. as the Successful Bidder pursuant to the terms of the Asset Purchase Agreement attached hereto as <u>Exhibit F</u> with respect to the Barnes Ammunitions Business; and Barnes Acquisition LLC as the Backup Bidder thereto pursuant to the terms of the Asset Purchase Agreement attached hereto as <u>Exhibit G</u> with respect to the Barnes Ammunitions Business;

- Sturm, Ruger & Company, Inc. as the Successful Bidder pursuant to the terms of the Asset Purchase Agreement attached hereto as <u>Exhibit H</u> with respect to the Marlin Firearms Business; and Long Range Acquisition LLC as the Backup Bidder thereto pursuant to the terms of the Asset Purchase Agreement attached hereto as <u>Exhibit I</u> with respect to the Marlin Firearms Business;

- JJE Capital Holdings, LLC as the Successful Bidder with respect to the DPMS, H&R, Stormlake, AAC, and Parker brands;

- Franklin Armory Holdings, Inc., or its designated assignee, as the Successful Bidder with respect to the Bushmaster brand and certain related assets; and

- Sportsman's Warehouse, Inc. as the Successful Bidder with respect to the Tapco brand.

**PLEASE TAKE FURTHER NOTICE that the Sale Hearing to consider approval of the sale of certain of the Acquired Assets to the Successful Bidders at the Auction, <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with Section 363(f) of the Bankruptcy Code, will be held before the Honorable Clifton R. Jessup, Jr., United States**

**Bankruptcy Judge, United States Bankruptcy Court for the Northern District of Alabama, via Microsoft Teams, on September 29, 2020 at 9:00 a.m. (prevailing Central Time).** The Sale Hearing may be adjourned or rescheduled without notice.

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing, the Debtors will seek Bankruptcy Court approval of the Successful Bids. Unless the Bankruptcy Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the Sale Transactions and there will be no further bidding at the Sale Hearing. In the event that a Successful Bidder cannot or refuse to consummate its applicable Sale because of the breach or failure on the part of such Successful Bidder, the respective Backup Bidder to such Successful Bidder will be deemed the new Successful Bidder as to the applicable Acquired Assets and the Debtors shall be authorized, but not required, to close with such Backup Bidder on its Backup Bid without further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Successful Bidders is subject to the terms and conditions of the Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Acquired Assets and/or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to: Ducera Partners, Attn: Bradley Meyer (bmeyer@ducerpartners.com) and Kishan Patel (kpatel@ducerapartners.com) and O'Melveny & Myers LLP, Attn: Steve Warren (swarren@omm.com) and Jennifer Taylor (jtaylor@omm.com). In addition, copies of the Motion, the Bidding Procedures Order and this Notice may be examined by interested parties (i) free of charge at the website established for these Chapter 11 cases by the Debtors' claims agent, Prime Clerk, at https://cases.primeclerk.com/RemingtonOutdoor, or (ii) on the Bankruptcy Court's electronic docket for the Debtors' Chapter 11 cases, which is posted on the Internet at www.alnb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

*(Remainder of page intentionally left blank)*

Dated: September 27, 2020

/s/ Derek F. Meek
**BURR & FORMAN LLP**
Derek F. Meek
Hanna Lahr
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: dmeek@burr.com
hlahr@burr.com

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Jennifer Taylor (admitted *pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for the*
*Debtors and Debtors in Possession*