IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTER DISTRICT OF ALABAMA
NORTHERN DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| REMINGTON OUTDOOR COMPANY, | § | Case No. 20-81688-CRJ11 |
| INC., *et al.*[1] | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

## JOINT STIPULATION OF DEBTORS AND SANDY HOOK FAMILIES OF EXHIBITS TO BE ADMITTED WITHOUT OBJECTIONS

Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**" or "**Remington**"), and Donna L. Soto, Ian and Nicole Hockley, David C. Wheeler, Mary A. D'Avino, Mark and Jacqueline Barden, William D. Sherlach, Neil Heslin and Scarlett Lewis, Leonard Pozner, and Gilles J. Rousseau (the "**Sandy Hook Families**") hereby stipulate as follows:

1.  All exhibits on the Debtors' Exhibit and Witness List filed September 15, 2020, ECF 685 ("**Debtors' Exhibit List**") are true and accurate copies sufficient to satisfy the authenticity standards of FRE 901-903.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters is located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

1

44234009 v1

2. All exhibits on the Sandy Hook Families' Exhibit and Witness List filed September 21, 2020, ECF 744 ("**SHF Exhibit List**") are true and accurate copies sufficient to satisfy the authenticity standards of FRE 901-903.

3. The following Exhibits on the Debtors' Exhibit List can be received into evidence without objection during the hearing to starting on September 29, 2020 at 9:00 a.m. CDT remotely via Microsoft Teams Software (the "**Sale Hearing**").

| No. | Description |
| --- | --- |
| 1. | Draft Overview of Parties Contacted dated August 11, 2020 |
| 2. | Engagement letter between Remington Outdoor Company, Inc. and Ducera Partners LLC dated May 15, 2020, ECF 112. |
| 3. | Collective Bargaining Agreement between Remington Arms Company, LLC and International Union, United Mine Workers of America, 2016-2020 dated December 16, 2016 |
| 4. | Interim Cash Collateral Order dated July 30, 2020 |
| 5. | Final Cash Collateral Order dated August 20, 2020 |
| 6. | JJE Asset Purchase Agreement (Executed) dated September 9, 2020 |
| 7. | 2018 Annual Report of Remington Outdoor Company, Inc. dated December 31, 2018 |
| 8. | 2018 Q1 Remington Outdoor Company, Inc. Quarterly Report - Condensed Consolidated Financial Statements and Report of Independent Certified Public Accounts dated April 1, 2018 |
| 9. | 2018 Q2 Remington Outdoor Company, Inc. Quarterly Report dated July 1, 2018 |
| 10. | 2018 Q3 Remington Outdoor Company, Inc. Quarterly Report dated September 30, 2018 |
| 11. | 2019 Annual Report of Remington Outdoor Company, Inc. dated December 31, 2019 |

| No. | Description |
|---|---|
| 12. | 2019 Q1 Remington Outdoor Company, Inc. Quarterly Report dated March 31, 2019 |
| 13. | 2019 Q2 Remington Outdoor Company, Inc. Quarterly Report dated June 30, 2019 |
| 14. | 2019 Q3 Remington Outdoor Company, Inc. Quarterly Report dated September 29, 2019 |
| 15. | 2020 Q1 Remington Outdoor Company, Inc. Quarterly Report dated March 29, 2020 |
| 16. | 2020 Q2 Remington Outdoor Company, Inc. Quarterly Report dated June 28, 2020 |
| 17. | Exit First Lien Last Out (FILO) Term Loan Agreement by and between FGI Operating Company, as borrower, ROC, FGI Holding Company, the Other Guarantors, the Lenders, Ankura Trust Company as agent. Dated May 15, 2018 |
| 18. | Amendment No. 1 to First Lien Last-Out Term Loan Agreement and the Security Agreement [Executed] dated April 18, 2019 |
| 19. | Amendment No. 2 to the First Lien Last-Out Term Loan Agreement dated May 1, 2019 |
| 20. | Amendment No. 3 to the First Lien Last-Out Term Loan Agreement dated August 15, 2019 |
| 21. | Amendment No. 4 to the First Lien Last-Out Term Loan Agreement dated October 11, 2019 |
| 22. | Amendment No. 5 to the First Lien Last-Out Term Loan Agreement dated February 21, 2020 |
| 23. | Amendment No. 6 to the First Lien Last-Out Term Loan Agreement dated March 27, 2020 |
| 24. | Security Agreement dated as of May 15, 2018 by and between FGI Operating Company, as borrower, ROC, FGI Holding Company, the Other Guarantors, and Ankura Trust Company as agent. Dated May 15, 2018 |
| 25. | Amendment No. 2 to the Security Agreement dated February 21, 2020 |

| No. | Description |
|---|---|
| 26. | Term Loan Agreement by and between FGI Operating Company, as borrower, ROC, FGI Holding Company, the Other Guarantors, the Lenders, Ankura Trust Company as agent.  Dated May 15, 2018 (ETL) |
| 27. | Amendment No. 1 to Term Loan Agreement and the Security Agreement [Executed] dated April 18, 2019 |
| 28. | Amendment No. 2 to the Term Loan Agreement dated May 15, 2018, as amended by Amendment 1 dated April 18, 2019 by and among FGI Operating, Guarantors,  Administrative Agent, and the Lenders |
| 29. | Amendment No. 3 to the Term Loan Agreement (dated May 15, 2018, amended on April 18, 2019 and May 1, 2019) by and among FGI Operating (Borrower), the Guarantors, Ankura Trust Company, and the Lenders dated August 15, 2019 |
| 30. | Amendment No. 4 to the Term Loan Agreement (dated May 15, 2018, amended on April 18, 2019, May 1, 2019 and August 15, 2019) by and among FGI Operating (Borrower), the Guarantors, Ankura Trust Company, and the Lenders dated February 21, 2020 |
| 31. | Amendment No. 5 to the Term Loan Agreement (dated May 15, 2018, amended on April 18, 2019, May 1, 2019, August 15, 2019, and February 21, 2020) by and among FGI Operating (Borrower), the Guarantors, Ankura Trust Company, and the Lenders dated March 27, 2020 |
| 32. | Security Agreement dated as of May 15, 2018 by and between FGI Operating Company, as borrower, ROC, FGI Holding Company, the Other Guarantors, and Ankura Trust Company as agent.  Dated May 15, 2018 |
| 33. | Amendment No. 2 to the Security Agreement dated February 21, 2020 |
| 34. | Loan and Security Agreement dated as of May 15, 2018, by and among FGI Operating Company, LLC, Remington Arms Company, LLC, Barnes Bullets, LLC, Remington Arms Distribution Company, LLC, Guarantors, Lenders, and Bank of America, N.A., as Administrative Agent |
| 35. | Appointment Agreement and Amendment No. 1 "ABL Amendment No. 1" dated July 3, 2018 |
| 36. | ABL Amendment No. 2 dated July 13, 2018 |
| 37. | ABL Amendment No. 3 dated October 24, 2018 |

| No. | Description |
|-----|-------------|
| 38. | Loan and Security Agreement by and among FGI Operating, as borrower, the Guarantors, the Administrative Agent, and the Lenders dated April 18, 2019 (PTL) |
| 39. | Amendment No. 1 to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders dated May 1, 2019 |
| 40. | Amendment No. 2 dated as of June 24, 2019 to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders |
| 41. | Amendment No. 3 to the Loan and Security Agreement dated as of April 18, 2019 (as amended by Amendment 1 on May 1, 2019 and Amendment 2 dated June 24, 2019), by and among the Borrower, the Guarantors, the Administrative Agent, and the Lenders. Dated August 15, 2019 |
| 42. | Amendment No. 4 dated as of October 11, 2019, to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. |
| 43. | Amendment No. 5 dated as of February 21, 2020, to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. |
| 44. | Amendment No. 6 dated as of March 27, 2020, to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders |
| 45. | Amendment No. 7 dated as of June 18, 2020 to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. |
| 46. | Amendment No. 8 dated as of June 26, 2020 to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. |
| 47. | Amendment No. 9 dated as of July 7, 2020, to the Loan and Security Agreement dated April 18, 2019, by and among FGI Operating, Guarantors Cantor Fitzgerald Securities, Administrative Agent, and the Lenders. |

| No. | Description |
|---|---|
| 48. | Amended and Restated Intercreditor Agreement, dated as of April 18, 2019, by and among ROC, Cantor Fitzgerald Securities, as ABL Collateral Agent, Ankura Trust Company, LLC, as Term Collateral Agent, and Ankura Trust Company, LLC, as FILO Collateral Agent. |
| 49. | Amendment No. 1, dated as of February 21, 2020, by and among ROC, Cantor Fitzgerald Securities, as ABL Collateral Agent, Ankura Trust Company, LLC, as Term Collateral Agent, and Ankura Trust Company, LLC, as FILO Collateral Agent, to the Amended and Restated Intercreditor Agreement, dated as of April 18, 2019 |
| 50. | Remington Retiree Health and Welfare Plan, dated January 1, 2011 |
| 51. | Remington Arms Company, LLC Mortgage, Assignment of Lease and Rents, Security Agreement and Fixture Filing - Alabama FILO Mortgage dated June 15, 2018 |
| 52. | Remington Arms Company, LLC Mortgage, Assignment of Lease and Rents, Security Agreement and Fixture Filing - Alabama Term Loan Mortgage dated June 15, 2018 |
| 53. | Remington Arms Company, LLC Mortgage, Assignment of Lease and Rents, Security Agreement and Fixture Filing - Arkansas FILO Mortgage dated June 15, 2018 |
| 54. | Remington Arms Company, LLC Mortgage, Assignment of Lease and Rents, Security Agreement and Fixture Filing - Arkansas Term Loan Mortgage dated June 15, 2018 |
| 55. | Remington Arms Company, LLC Deed of Trust with Assignment of Rents, Security Agreement and Fixture Filings - North Carolina FILO Mortgage dated June 15, 2018 |
| 56. | Remington Arms Company, LLC Deed of Trust with Assignment of Rents, Security Agreement and Fixture Filings - North Carolina Term Loan Mortgage dated June 15, 2018 |
| 57. | Remington Arms Company, LLC Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing - New York Term Loan Mortgage dated June 15, 2018 |
| 58. | Remington Arms Company, LLC Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing - New York FILO Mortgage dated June 15, 2018 |

| No. | Description |
|---|---|
| 59. | Deed of Trust with Assignment of Rents, Security Agreement and Fixture Filing (Rockingham County, North Carolina) dated April 18, 2019 |
| 60. | Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (Madison County, Alabama) dated April 18, 2019 |
| 61. | Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (Herkimer County, New York) dated April 18, 2019 |
| 62. | Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (Lonoke County, Arkansas) dated April 18, 2019 |
| 63. | Liens Subordination Agreement among Remington Arms Company, LLC, Cantor Fitzgerald Securities, Ankura Trust Company, LLC (AL) dated February 21, 2020 |
| 64. | Liens Subordination Agreement among Remington Arms Company, LLC, Cantor Fitzgerald Securities, Ankura Trust Company, LLC (AR) dated February 21, 2020 |
| 65. | Liens Subordination Agreement among Remington Arms Company, LLC, Cantor Fitzgerald Securities, Ankura Trust Company, LLC (NC) dated February 21, 2020 |
| 66. | Liens Subordination Agreement among Remington Arms Company, LLC, Cantor Fitzgerald Securities, Ankura Trust Company, LLC (NY) dated February 21, 2020 |
| 67. | Project Development Agreement entered February 27, 2014 by and between the City of Hunstville, Alabama; Madison County, Alabama; the Industrial Development Board of the City of Hunstville, and Remington Outdoor Company, Inc. |
| 68. | Amendment No. 1 to Project Development Agreement by and between the City of Hunstville, Alabama; Madison County, Alabama; the Industrial Development Board of the City of Hunstville, and Remington Outdoor Company, Inc. |
| 69. | Amendment No. 2 to Project Development Agreement by and between the City of Hunstville, Alabama; Madison County, Alabama; the Industrial Development Board of the City of Hunstville, and Remington Outdoor Company, Inc., entered November 1, 2018 |
| 70. | General Asset Purchase Agreement (Unexecuted) |
| 71. | Final Bidding Procedures Order, ECF 411 |

| No. | Description |
|---|---|
| 72. | Project Strat: Investment Opportunity Overview |

4. The following exhibits on the SHF Exhibit List can be received into evidence without objection during the Sale Hearing:

| No. | Description |
|---|---|
| 1. | Final Cash Collateral Order, Ex. 1, ECF 410-1 |
| 2. | 2018 Annual Report of Remington Outdoor Company, Inc., dated December 31, 2018 |
| 3. | 2018 Q2 Remington Outdoor Company, Inc. Report, dated July 1, 2018 |
| 4. | 2019 Annual Report of Remington Outdoor Company, Inc., dated December 31, 2019 |
| 5. | Loan and Security Agreement by and among FGI Operating, as borrower, the Guarantors, the Administrative Agent, and the Lenders dated April 18, 2019 |
| 6. | Project Strat: Investment Opportunity Overview |
| 7. | Declaration of Bradley Meyer ISO Debtors' Sale Motion, August 16, 2020, ECF 355 |
| 8. | Declaration of Ken D'Arcy ISO Chapter 11 Petitions and First Day Pleadings of Remington Outdoor Company, Inc. and Its Affiliated Debtors and Debtors-in-Possession, ECF 6 |
| 10. | Transcript for the 30(b)(6) deposition of Debtors' Representative Bradley Meyer, taken on September 15, 2020 |
| 11. | Transcript for the 30(b)(6) deposition of Debtors' Representative Colin Adams, taken on September 18, 2020 |
| 13. | Bid list created by Ducera, dated August 11, 2020 |
| 14. | Grant Thornton audit report of the Debtors' consolidated financial statements for the quarter ended April 1, 2018 |
| 15. | Debtors' 13 Week Cash Forecast for December 6, 2019 |
| 16. | Debtors' 13 Week Cash Forecast for December 13, 2019 |

| No. | Description |
|---|---|
| 18. | Priority Secured Term Loan Facility Commitment Letter, dated March 30, 2019 |
| 19. | ABL Lender Meeting, dated February 13, 2019 |
| 21. | Inventory Valuation and Appraisal - September 2019 |
| 22. | Strategic Business Plan, dated September 30, 2019 |
| 23. | Financial Flash - December 2019 |
| 24. | Confidential Investment Memorandum |
| 25. | Project Strat: Presentation to Restricted Shareholders, dated February 21, 2020 |
| 26. | Remington Outdoor Company, Inc.: Discussion Materials, dated May 18, 2020 |

5. The deposition transcripts of Bradley Meyer and Colin Adams, which are listed as Exhibits 10 and 11 on the SHF Exhibit List, may be introduced for purposes of impeachment. The Debtors reserve the right to object to the admission for any other purpose of all or portions of Exhibits 10 and 11.

6. The Debtors object, without limitation, to the admission of the following exhibits on the SHF Exhibit List on the grounds indicated below:

  a. Exhibit 9, which is ECF 244-15, Exhibit A to the Declaration of Tazewell T. Shepard IV ISO the Objection of the Sandy Hook Families to Debtors' Motion for (I) An Order Establishing Bidding Procedure and Granting Related Relief and (II) An Order or Orders Approving the Sale of the Debtors' Asset. The Debtors object, without limitation, on hearsay and relevance grounds.

  b. Exhibit 12, which is the Proposed Asset Purchase Agreement with the Navajo Nation, to the extent it is offered for anything other than the fact that

the parties exchanged the document. If the document or portions thereof is introduced for any other purpose, the Debtors may object on relevance and hearsay grounds.

    c. Exhibit 17, which is the Grant Thornton audit report of the Debtors' consolidated financial statements as of December 31, 2017 and 2016. The Debtors object on hearsay and relevance grounds.

7. The Sandy Hook Families object to the admission of the following exhibits on the Debtors' Exhibit List on the grounds indicated below:

    a. Exhibits 73 and 74, which are, respectively, the Declaration of Bradley Meyer ISO Debtors' Sale Motion dated August 16, 2020, ECF 355 and the Declaration of Colin Adams ISO Debtors' Sale Motion, August 16, 2020, ECF 356 to the extent offered for any other purpose than demonstrating a prior consistent statement as permitted by FRE 801(d)(1). To the extent all or portions of Exhibits 73 and 74 are offered for some other purpose, the Sandy Hook Families may object on hearsay grounds.

8. In addition to the objection stated in paragraph 7, the Sandy Hook Families reserve the right to object to the Debtors' introduction of any other document not specifically marked on the Debtors' Exhibit List as one of the Exhibits 1-74 on any grounds permitted by the FRE.

9. Pursuant to the Court's September 8, 2020 Confidentiality and Protective Order [ECF 601], Exhibits 22, 23, 24, 25, and 26 on the SHF Exhibit List should be received into evidence under seal, to the extent the Sandy Hook Families offer any or all of these exhibits during the Sale Hearing.

10

44234009 v1

Case 20-81688-CRJ11    Doc 833    Filed 09/28/20    Entered 09/28/20 11:41:21    Desc
Main Document    Page 10 of 11

**IT IS SO STIPULATED.**

Dated: September 28, 2020
Birmingham, Alabama

| | |
|---|---|
| /s/ Derek F. Meek | By: /s/ Tazewell T. Shepard IV |
| **BURR & FORMAN LLP** | Tazewell T. Shepard III |
| Derek F. Meek | Tazewell T. Shepard IV State Bar No. 24004246 |
| Hanna Lahr | **SPARKMAN, SHEPARD & MORRIS, P.C.** |
| 420 North 20th Street, Suite 3400 | P.O. Box 19045 |
| Birmingham, Alabama 35203 | Huntsville, AL 35804 |
| Telephone: (205) 251-3000 | Tel: (256) 512-9924 |
| Facsimile: (205) 458-5100 | ty@ssmattorneys.com |
| Email: dmeek@burr.com | |
| hlahr@burr.com | |

- and -                                                                 - and -

**O'MELVENY & MYERS LLP**                          **KOSKOFF KOSKOFF & BIEDER**

Stephen H. Warren (admitted *pro hac vice*)       Joshua Koskoff (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)          Alinor Sterling (admitted *pro hac vice*)
400 South Hope Street, 18th Floor                 David Bernard (admitted *pro hac vice*)
Los Angeles, CA 90071-2899                        Jeffrey Wisner (admitted *pro hac vice*)
Telephone: (213) 430-6000                         350 Fairfield Avenue
Facsimile: (213) 430-6407                         Bridgeport, CT 06604
Email: swarren@omm.com                            Tel: (203) 336-4421
krinehart@omm.com                                 jkoskoff@koskoff.com

Jennifer Taylor (admitted *pro hac vice*)         - and -
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111                           **SELENDY & GAY PLLC**
Telephone: (415) 984-8700                         Faith Gay (admitted *pro hac vice*)
Facsimile: (415) 984-8701                         1290 Avenue of the Americas
Email: jtaylor@omm.com                            New York, NY 10104
                                                  Tel. (212) 390-9000
Nancy Mitchell (admitted *pro hac vice*)          fgay@selendygay.com
Gary Svirsky (admitted *pro hac vice*)
Times Square Tower
7 Times Square                                    *Counsel for the Sandy Hook Families*
New York, New York 10036
Telephone: (212) 326-2000
Email: gsvirsky@omm.com
nmitchell@omm.com

*Attorneys for the Debtors and Debtors in Possession*