# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | ) ) ) ) | Case No. 20-81688-CRJ |
| Debtors. | ) ) ) | Jointly Administered |

## JOINDER TO THE SANDY HOOK FAMILIES' OBJECTION TO DEBTORS' MOTION FOR AN ORDER OR ORDERS APPROVING THE SALE OF THE DEBTORS' ASSETS

Wilma Blanton, in her capacity as guardian for Larry Blanton, Wilma Blanton, individually, Justin Williams, and Ronald Blanton (the "**Blantons**"), by and through their undersigned counsel, file this *Joinder to the Sandy Hook Families' Objection to Debtors' Motion for an Order or Orders Approving the Sale of the Debtors' Assets* (the "**Joinder**"), and hereby join, adopt, and incorporate by reference all of the arguments, evidence, and authorities contained in the *Preliminary Objection of the Sandy Hook Families to Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Debtors' Assets* [Dkt. No. 538] (the "**Families' Preliminary Objection**") and the *Supplemental Response in Support of the Sandy Hook Families' Objection to Debtors' Motion for an Order or Orders Approving the Sale of the Debtors' Assets* [Dkt. No. 838] (the "**Supplemental Response**") filed by Donna L. Soto, Ian and Nicole Hockley, David C.

---

[1] The debtors in these chapter 11 cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

. 1

Wheeler, Mary A. D'Avino, Mark and Jacqueline Barden, William D. Sherlach, Neil Heslin and Scarlett Lewis, Leonard Pozner, and Gilles J. Rousseau (the "**Sandy Hook Families**" or "**Families**").[2]

1. The Blantons are an unsecured creditor of the Debtors and have filed a Proof of Claim in the above-captioned bankruptcy proceeding for claims arising from the catastrophic injuries suffered by Larry Blanton due to a defective Remington file.

2. The Blantons brought suit against Remington Arms Company, LLC ("**Remington Arms**") and Remington Outdoor Company, Inc. ("**Remington Outdoor**" and with Remington Arms, the "**Remington Defendants**") for the foregoing claims in the U.S. District Court for the Eastern District of Kentucky in a case entitled, Wilma Blanton, *et al.* v. Remington Arms Company, LLC, *et al.*, Case No. 7:20-CV-00071-REW-EBA (the "**Blanton Litigation**"). *See* Claim No. 71; *see* the Complaint to the Blanton Litigation, which was attached to Claim No. 71 as an exhibit.

3. Like the Families, the Blantons seek to ensure that their rights with regard to the insurance policies covering their claims, the Debtors' self-insured retentions, the Debtors' proposed retention of "Documents of Seller held by Seller or Seller's counsel related to the Retained Litigation" [*see*, *e.g.*, Dkt. No. 821, Ex. A at 1.2(p)], and/or any other rights related to the Blanton Litigation or claims made therein are not prejudiced by an expedited sale process.

4. The Blantons, through counsel, have asked counsel for the Debtors and the Remington Defendants for the insurance policy(s) covering their claims or for the necessary information contained therein but to no avail. Thus, like the Families, the Blantons are without

---

[2] Capitalized terms not defined herein have the meanings given them in the Families' Preliminary Objection and Supplemental Response.

adequate assurances that their rights will not be negatively impacted by the Debtors' expedited sale process.

5. For the reasons set forth in this Joinder and the Families' Preliminary Objection and Supplemental Response, the Blantons respectfully request that this Court condition approval of the Sale on the Debtors providing specific assurances that the Blantons' rights and claims against the Debtors' insurance policies are not prejudiced thereby and grant such further relief as this Court deems just and proper.

Dated: September 28, 2020         Respectfully submitted,

*/s/ Christopher A. Jones*
Christopher A. Jones (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
Telephone: (703) 280-9263
Email: cajones@wtplaw.com

- and -

Masten Childers, III (admitted *pro hac vice)*
**WHITEFORD, TAYLOR & PRESTON, L.L.P.**
161 North Eagle Creek Drive, Suite 210
Lexington, Kentucky 40509
Tel: (859) 687-6700
Email: mchilders@wtplaw.com

*Counsel to Wilma Blanton, in her capacity as guardian for Larry Blanton, Wilma Blanton, individually, Justin Williams, and Ronald Blanton*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th of September, 2020, the foregoing Joinder will be served upon the Debtors' 40 largest unsecured creditors, all counsel of record requesting notice, all other persons requesting notice, and the Office of the Bankruptcy Administrator by electronic service through the Court's CM/ECF system, email, and/or first class mail, postage prepaid.

                                                  */s/ Christopher A. Jones*
                                                Christopher A. Jones

*11529787*

4

Case 20-81688-CRJ11    Doc 854    Filed 09/28/20    Entered 09/28/20 15:16:58    Desc Main Document    Page 4 of 4