IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| REMINGTON OUTDOOR COMPANY, INC, *et al.* | ) ) | Case No. 20-81688-CRJ-11 |
| | ) | |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION

COMES NOW, Magpul Industries Corporation (hereinafter "Magpul") and hereby gives notice of withdrawal of its *Limited Objection And Reservation Of Rights Of Magpul Industries Corporation To The Debtors' Cure Notice And Assumption And Assignment Of Certain Executory Contracts Pursuant To The Sale Motion As Well As Limited Objection To The Sale Of Certain Assets Free And Clear* [Docket #750]. Magpul represents to the Court that it and the Debtor have reached an agreement resolving Magpul's Objection.

Respectfully submitted this 29th day of September, 2020.

                                              /s/ Christopher T. Conte
                                              CHRISTOPHER T. CONTE (CONTC7094)
                                              Attorney for Magpul Industries Corporation

Of counsel:
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax
ctc@helmsinglaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, I caused a copy of the foregoing to be served upon all parties receiving pleadings via the CM/ECF system in this case on this the 29th day of September, 2020.

            /s/Christopher T. Conte
            Christopher T. Conte