IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: <br><br> REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-81688-CRJ11 <br><br> Jointly Administered |

**ORDER DEEMING CERTAIN OBJECTIONS MOOT AND APPROVING
DEBTORS' MOTION FOR EXTENSION OF ASSIGNMENT AND ASSUMPTION
OBJECTION DEADLINE WITH RESPECT TO SECOND SUPPLEMENTAL NOTICE**

This matter came before the Court to be heard on October 19, 2020 upon a) the *Debtors' Notice Regarding Assumption and Assignment Objections Continued to October 19, 2020 Hearing and Motion for Extension of Assignment and Assumption Objection Deadline* (the "**Motion**")[2] [Docket No. 1009] of Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**"); b) the limited objection and reservation of rights (the "**Oracle Objection**") [Docket No. 529] regarding the sale of the Debtors' assets and the assumption and assignment of the Debtors' executory contracts (the "**Oracle Licenses**") with Oracle America, Inc., successor in interest to Siebel Systems, and NetSuite, Inc. ("**Oracle**"); and c) the limited objection and reservation of rights (the "**SAP Objection**") [Docket No. 599] regarding the assumption and assignment of the Debtors' executory contracts with SAP America, Inc. and its affiliate, SuccessFactors, Inc. (collectively, "**SAP**"). The Debtors have represented to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

44386408 v2

Oracle that the transition services set forth in the transition services agreement between the Debtors and Vista Outdoor, Inc. do not contemplate the use of the Oracle Licenses in a manner inconsistent with the applicable license grant.

Upon consideration of the Motion, the Oracle Objection, and the SAP Objection, and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon the record herein; and good and sufficient cause appearing therefor, it is **HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **APPROVED**.

2. The Assignment and Assumption Objection Deadline with respect to the Second Supplemental Notice only is extended to **November 4, 2020** at **4:00 p.m. (prevailing Central Time).**

3. The Oracle Objection is deemed **MOOT**.

4. The SAP Objection is deemed **MOOT**.

Dated this the 22nd day of October, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge
