**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | Case No. 20-81688-CRJ11 |
| Debtors. | Jointly Administered |

**ORDER APPROVING DEBTORS' THIRD OMNIBUS MOTION FOR ENTRY OF AN**
**ORDER APPROVING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

This matter came to be heard on February 9, 2021 upon the motion (the "**Motion**")[2] [Docket No. 1360] of Remington Outdoor Company, Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order, pursuant to Section 365 of the Bankruptcy Code, authorizing the Debtors to reject the Contracts. Upon consideration of the Motion and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor, it is **HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

45009542 v1

1.      The Motion is **APPROVED**.

2.      The Debtors are authorized to reject the Contracts as described in the Motion pursuant to 11 U.S.C. § 365(a).

3.      The Contracts are deemed rejected as of the General Rejection Date, except for the executory contract with Geodis Logistics, LLC, which is deemed rejected as of the Geodis Rejection Date.

4.      Nothing in this Order shall constitute a waiver of any claims of the Debtors or any interested party or creditor against any of the counterparties to the Contracts, whether or not related to the Contracts.

5.      This Court shall retain jurisdiction with respect to any and all matters arising from or relating to the implementation or interpretation of this Order.


Dated this the 9th day of February, 2021.

                                        /s/ Clifton R. Jessup, Jr.
                                        Clifton R. Jessup, Jr.
                                        United States Bankruptcy Judge

45009542 v1