IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: <br><br> REMINGTON OUTDOOR COMPANY, INC., *et al.*, <br><br> Debtors. | Case No. 20-81688-CRJ-11 <br><br> Chapter 11 <br><br> Jointly Administered |

**FRANKLIN ADVISERS, INC.'S JOINDER TO DEBTORS' OBJECTION TO, OR IN THE ALTERNATIVE, REQUEST TO CONTINUE MOTION FOR RELIEF FROM STAY BY THE CITY OF HUNTSVILLE, ALABAMA**

Franklin Advisers, Inc. ("Franklin"), by and through its undersigned counsel, hereby joins in the *Debtors' Objection To, Or In The Alternative, Request To Continue Motion For Relief From Stay By The City Of Huntsville, Alabama* [DKT 1512] (the "Objection"). In support of its thereof, Franklin respectfully represents as follows:

## JOINDER

1. Franklin joins in the arguments raised in the Objection and adopts and incorporates such arguments as if more fully set forth herein.

2. Franklin respectfully requests the right to present argument in support of the Objection at the time of hearing, and that the right to present argument continue and remain even if the Debtors withdraw or otherwise resolve the Objection.

3. For the reasons set forth in the Objection, Franklin respectfully requests that this Court deny the relief sought by the City of Huntsville, Alabama.

Case 20-81688-CRJ11    Doc 1513    Filed 02/24/21    Entered 02/24/21 16:52:02    Desc
Main Document      Page 1 of 2

Dated: February 24, 2021

By: /s/ *Daniel D. Sparks*
Daniel D. Sparks
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
Tel: (205) 795-6588
Email: ddsparks@csattorneys.com

-and-

PILLSBURY WINTHROP SHAW PITTMAN LLP
Joshua D. Morse
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Tel: (415) 983-1202
Email: joshua.morse@pillsburylaw.com

Patrick E. Fitzmaurice
Andrew V. Alfano
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1000
Email: patrick.fitzmaurice@pillsburylaw.com
andrew.alfano@pillsburylaw.com