UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:

REMINGTON OUTDOOR COMPANY, INC., *et al.*[1]

Debtors.

Chapter 11

Case No. 20-81688-CRJ-11

(Jointly Administered)

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER IN DEBTORS' OBJECTION TO, OR IN THE ALTERNATIVE, REQUEST TO CONTINUE MOTION FOR RELIEF FROM STAY BY THE CITY OF HUNTSVILLE, ALABAMA

The Official Committee of Unsecured Creditors (the "Committee"), appointed in the above captioned chapter 11 cases of Remington Outdoor Company, Inc. and its affiliated debtors (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to the *Debtors' Objection To, Or In The Alternative, Request To Continue Motion For Relief From Stay By The City Of Huntsville, Alabama* (the "Objection") [Docket No. 1512]. The Committee agrees with and adopts by reference the arguments made by the Debtors in the Objection and requests that the Court deny the relief requested in the *Motion For Relief From Stay By The City Of Huntsville, Alabama* (the "Motion") [Docket No. 1447].

### RESERVATION OF RIGHTS

The Committee further reserves all rights to assert additional objections that may be filed prior to or at the hearing on the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI , Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

119904482.v2

## **CONCLUSION**

For the reasons set forth in the Debtors' Objection, the Committee respectfully requests that the Court deny the Motion.

Dated: February 25, 2021

        **BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

        */s/ Matthew M. Cahill*
        Matthew M. Cahill
        Rita L. Hullett
        420 20th Street North, Suite 1600
        Birmingham, AL 35203
        Telephone: 205-244-3839
        mcahill@bakerdonelson.com
        rhullett@bakerdonelson.com

        and

        **FOX ROTHSCHILD LLP**
        Gordon E. Gouveia
        321 N. Clark Street, Suite 1600
        Chicago, IL 60654
        Telephone: (312) 980-3816
        Email: ggouveia@foxrothschild.com

        Michael A. Sweet
        345 California Street, Suite 2200
        San Francisco, CA 94104-2670
        Telephone: (415) 364-5560
        Email: msweet@foxrothschild.com

        *Counsel for the Official Committee of Unsecured Creditors*