# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |

**ORDER ON MOTION OF THE SANDY HOOK FAMILIES FOR TEMPORARY ALLOWANCE OF THEIR CLAIMS FOR VOTING PURPOSES ONLY**

This matter came before the Court on February 25, 2021 for hearing on the Motion of the Sandy Hook Families for Temporary Allowance of their Claims for Voting Purposes Only (the "**Motion**"), ECF No. 1469, and the Debtors' Omnibus Limited Statement in Response to Motions of The Sandy Hook Families and The Carrs for Temporary Allowance of Their Claims for Voting Purposes Only ("Omnibus Response"), ECF No. 1508. Upon consideration of the Motion and the Omnibus Response, and after notice and hearing thereon, and for the reasons stated on the record, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is hereby **APPROVED** as set forth herein.

2. The wrongful death claims filed by the Sandy Hook Families are hereby temporarily allowed in the amount of $1,000,000 per claim pursuant to 11 U.SC. § 502(c) for voting purposes only.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

3.    The claim filed by the Sandy Hook Families for loss of consortium is hereby temporarily allowed in the amount of $250,000 pursuant to 11 U.S.C. § 502(c) for voting purposes only.

Dated this the 25th day of February, 2021.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge