UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC., Et al[1]., | Case No. 20-81688-CRJ-11 |
|  | Jointly Administered |
| Debtors. |  |

## NOTICE OF ELECTION TO OBTAIN RELIEF FROM STAY

PLEASE TAKE NOTICE that, pursuant to this Court's *Findings of Fact, Conclusions of Law, and Order Modifying and Confirming the Joint Chapter 11 Plan of the Debtors, the Official Committee of Unsecured Creditors, and Exit Term Loan Lenders* (the "Confirmation Order")[2], the holders of the Class 7 Tort Claims identified below hereby makes their election to obtain relief from the automatic stay and any plan injunction with respect to the Class 7 Tort Claims identified below solely as to the Stay Relief Scope effective on the Stay Relief Effective Date and subject to this notice on the Plan Administrator and his counsel.

| | |
|---|---|
| Holder Names: | Sharon Teague, Randall Teague, Matthew Teague, and Jackie Jones |
| Proof of Claim Numbers: | 1252, 1257, 1240, 1265 |
| Proceedings to be Continued: | Sharon Teague and Randall Teague, et al v. Remington Arms Company, LLC; Remington Outdoor Company, Inc. et al In The United States District Court for the District of Montana, Missoula Division 9:18-cv-00184-DLC |
| Date Submitted: | 9/7/21 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

[2] Capitalized terms used herein without definition have the meanings given to them in the Confirmation Order.

|  |  |
|---|---|
| Signed: | */s/ William A. Rossbach* |
| Name: | William A. Rossbach, Attorney for Plaintiffs |
| Signed: | */s/ Melissa W. Larsen* |
| Name: | Melissa W. Larsen |
| Address for Notices: | Rossbach Law, PC<br>401 Washington St, Box 8988<br>Missoula, Montana 59802 |

### **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2021, a copy of foregoing Notice of Election to Obtain Relief From Stay was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Notice to the Plan Administrator was made by email to Gene Davis at GeneDavis@PirinateConsulting.com.

/s/ Melissa W. Larsen
Melissa W. Larsen