# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **REMINGTON OUTDOOR COMPANY,** | ) | **Case No. 20-816880-CRJ** |
| **INC., et al.**[1] | ) | **Chapter 11** |
| | ) | |
| **DEBTORS** | ) | **Jointly Administered** |

---

### NATIONAL FIRE & MARINE INSURANCE COMPANY'S JOINDER TO PLAN ADMINISTRATOR'S SECOND MOTION <u>TO EXTEND PERIOD TO OBJECT TO PROOFS OF CLAIM</u>

Now Comes National Fire & Marine Insurance Company ("National Fire"), insurer providing GL Insurance Assets as defined by the Debtors' confirmed plan of reorganization [Docket No. 1370], and respectfully submits this Joinder to *the Plan Administrator's Second Motion to Extend Period to Object to Proofs of Claim* [Docket No. 2198].

WHEREFORE, National Fire respectfully requests that the Court grant the Plan Administrator's motion to extend the time to object to proofs of claims and enter an order substantially similar to the proposed order attached to the motion and grant such further relief as is just and proper.

Respectfully Submitted, December 14, 2021.

*/s/ Susan N.K. Gummow*
Susan N.K. Gummow
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel: 312-863-5000
Fax: 312-863-5099

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' principal offices and assets are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

Email: sgummow@fgppr.com

Andrew Perry
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
700 17th Street, Suite 1350
Denver, CO 80202
Tel:  720-336-2284
Fax: 312-863-5099
Email: aperry@fgppr.com

*Counsel for National Fire &*
*Marine Insurance Company*

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered to receive such service.

                             /s/ Donna Dotts

                             Donna Dotts