# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |

## ORDER APPROVING PLAN ADMINISTRATOR'S SECOND MOTION TO EXTEND PERIOD TO OBJECT TO PROOFS OF CLAIM

This matter came before the Court for hearing on December 15, 2021 upon a) the motion (the "**Motion**")[2] [Docket No. 2198] of Gene Davis (the "**Plan Administrator**"), on behalf of Remington Outdoor Company, Inc. and its affiliated debtors in these Chapter 11 Cases, for entry of an order extending the deadline for the Plan Administrator and/or any other party with standing to object to proofs of claim (the "**Claims Objection Deadline**") and any related time periods and/or deadlines; b) *Ironshore's Joinder in Plan Administrator's Second Motion to Extend Period to Object to Proofs of Claim* (the "**Ironshore Joinder**") [Docket No. 2209]; and c) *National Fire & Marine Insurance Company's Joinder to Plan Administrator's Second Motion to Extend Period to Object to Proofs of Claim* (the "**National Fire Joinder**," and together with the Ironshore Joinder, the "**Joinders**") [Docket No. 2210]. Upon consideration of the Motion and the Joinders,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405).

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor, it is **HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is **APPROVED**.

2. The Claims Objection Deadline is hereby extended to, and including, March 31, 2022. For the avoidance of doubt, this extension applies to any party with standing to bring a claim objection including, without limitation, the Plan Administrator and any provided of GL Insurance Assets (collectively, the "**Insurers**").

3. Any other time periods or deadlines contained in the Plan or related documents that are related to and/or dependent on the Claims Objection Deadline are hereby extended to provide the same length of time for the Plan Administrator and Insurers to take action as the Plan Administrator and Insurers have based on the prior Claims Objection Deadline.

4. Nothing in the Motion or this Order shall be deemed or construed as a waiver of the right or impairment of the ability of the Plan Administrator to make additional requests to further extend the Claims Objection Deadline or any other deadline.

5. The extension of the Claims Objection Deadline sought by the Plan Administrator and approved by the Court shall be without prejudice to the Plan Administrator or the Insurers' right to seek further extensions of the Claims Objection Deadline.

6. The Plan Administrator shall serve a copy of this Order on all parties served with the Motion pursuant to paragraph 129 of the Confirmation Order, including (a) the GUC Oversight Committee; (b) the Bankruptcy Administrator; and (c) any entity that has filed a renewed request for notice under Fed. R. Bankr. P. 2002 after the Effective Date.

7. This Court shall retain jurisdiction over all matters regarding the interpretation or implementation of this Order.

Dated this the 15th day of December, 2021.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge