# Notice Recipients

District/Off: 1126−8　　　User: admin　　　Date Created: 12/15/2021
Case: 20−81688−CRJ11　　Form ID: pdf000　　Total: 1

**Recipients of Notice of Electronic Filing:**
aty　　Derek F Meek　　dmeek@burr.com

TOTAL: 1