**Exhibit 3**

**Publication Notice**

47105233 v1
Case 20-81688-CRJ11    Doc 2385-4    Filed 01/28/22    Entered 01/28/22 16:25:40    Desc
Exhibit 3    Page 1 of 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-11<br><br>Jointly Administered |

## NOTICE OF SALE, AUCTION, AND SALE HEARING

**PLEASE TAKE NOTICE** that, on July 27, 2020, Remington Outdoor Company, Inc. ("**Remington**" or the "**Company**"), and its affiliated debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "**Debtors**") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on January 28, 2022, Gene Davis, as Plan Administrator for the Company and its affiliated Debtors, filed a motion (the "**Motion**")[2] with the United States Bankruptcy Court for the Northern District of Alabama, Northern Division (the "**Bankruptcy Court**") seeking, among other things, entry of an order (the "**Madison Property Bidding Procedures Order**"): (i) allowing the Plan Administrator to conduct the auction and sale (the "**Sale**" or "**Sale Transaction**") of that certain real property located at 870 Remington Drive, Madison, North Carolina 27025, together with all Land, Improvements, and Appurtenances, related thereto (the "**Madison Property**") in the manner set forth in the Confirmation Order and previously approved by the *Order Establishing Bidding Procedures Relating to the Sales of All or a Portion of the Debtors' Assets* [Dkt. No. 411], as modified as necessary (the "**Madison Property Bidding Procedures**"); (ii) approving the form and manner of notice with respect to certain procedures, protections, schedules, and agreements, including the Plan Administrator's selection of LDJ Global Strategies, LLC, as stalking horse bidder (the "**Stalking Horse Bidder**"), and the provision of Bid Protections to such Stalking Horse Bidder; (iii) scheduling (a) an auction (the "**Auction**") if the Plan Administrator receives two (2) or more timely and acceptable Qualified Bids, and (b) a final hearing (the "**Sale Hearing**") to approve the Sale of the Madison Property; and (iv) granting related relief.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion, the Madison Property Bidding Procedures Order, or the Madison Property Bidding Procedures, as applicable.

1) PURCHASE AND SALE AGREEMENT

Pursuant to the Madison Property Bidding Procedures Order, the Plan Administrator has designated LDJ Global Strategies, LLC as the Stalking Horse Bidder for the Madison Property and has entered into that certain Purchase and Sale Agreement, dated January 28, 2022 (the "**Stalking Horse PSA**"). Any and all objections, if any, to, (i) the Plan Administrator's selection of LDJ Global Strategies, LLC as the Stalking Horse Bidder, or (ii) the Plan Administrator's entry into the Stalking Horse PSA, must be filed by **April 6, 2022 at 4:00PM CST** (the "**Stalking Horse Objection Deadline**"). Any and all such objections, if any, must be served on: (i) counsel for the Plan Administrator, Burr & Forman LLP, Attn: Derek Meek (dmeek@burr.com), Jeffrey T. Baker (jbaker@burr.com), Hanna Lahr (hlahr@burr.com), and James P. Roberts (jroberts@burr.com), Akin Gump Strauss Hauer & Feld LLP, Attn: Sarah Schultz (sschultz@akingump.com); (ii) the Bankruptcy Administrator, 400 Well Street, Decatur, Alabama 35602, Attn: Richard Blythe (richard_blythe@alnba.uscourts.gov); (iii) counsel for the Stalking Horse Bidder, Fox Rothschild LLP, Attn: E. Garrett Walker (gwalker@foxrothschild.com), and William E. Burton III (wburton@foxrothschild.com); (iv) counsel to Ankura Trust Company, LLC, as Exit Term Loan Agent under the Debtors' prepetition Exit Term Loan Agreement, 450 Lexington Ave., New York, NY 10017, Attn: Donald Bernstein (donald.bernstein@davispolk.com); and (v) counsel to certain Exit Term Loan Lenders, including Franklin Advisers, Inc. and the Franklin Managed Entities, Pillsbury Winthrop Shaw Pittman LLP, Four Embarcadero Center, 22nd Floor, San Francisco, CA 94111-5998, Attn: Joshua D. Morse (joshua.morse@pillsburylaw.com).

2) AUCTION

Pursuant to the Madison Property Bidding Procedures Order, if the Plan Administrator receives two (2) or more timely and acceptable Qualified Bids for the Madison Property, the Plan Administrator will conduct the Auction on **April 21, 2022 at 10:00AM CST** virtually via video-conference technology, or such other place and time as the Plan Administrator shall notify all Qualified Bidders and the Consultation Parties. Any party that wishes to take part in this process and submit a bid for the Madison Property must submit its Bid by **April 19, 2022 at 4:00PM CST** (the "**Bid Deadline**") and in accordance with the Madison Property Bidding Procedures. Only the Plan Administrator, the Consultation Parties, the Stalking Horse Bidder, any other Qualified Bidder and/or other party as the Plan Administrator may determine to include in his discretion, in each case, along with their representatives and advisors, shall be entitled to attend the Auction (such attendance to be in person via video-conference) and only Qualified Bidders will be entitled to make any Overbids at the Auction. The Plan Administrator has the right to adjourn or cancel the Auction at or prior to the Auction. **All interested or potentially affected parties should carefully read the Madison Property Bidding Procedures and the Continued Bidding Procedures Order**.

3) SALE HEARING

The Sale Hearing to consider approval of the sale of the Madison Property to the Successful Bidder at the Auction, <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with Section 363(f) of the Bankruptcy Code, will be held before the Honorable Clifton R. Jessup, Jr., United States Bankruptcy Judge on May 2, 2022 at 10:00AM CST. The hearing will be held via an AT&T call-in number. The dial-in number is

**1-877-336- 1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

Objections, if any, to the Sale Transaction (but excluding any objection based on the specific identity of the Successful Bidder or the Backup Bidder, or the form or substance of the Successful Bid or the Backup Bid) must be filed no later than **April 6, 2022 at 4:00PM CST** (the "**Sale Objection Deadline**"). Any and all such objections must be served on the Objection Recipients on the Sale Objection Deadline. All responses to such objections must be filed by **April 13, 2022 at 4:00PM CST** (the "**Response Deadline**").

Objections, if any, to the Sale Transaction based on the specific identity of the Successful Bidder or the Backup Bidder, or the form or substance of the Successful Bid or the Backup Bid, must be filed no later than **April 26, 2022 at 4:00PM CST** (the "**Successful Bid Objection Deadline**"). Any and all such objections must be served on the Objection Recipients and counsel to any Successful Bidder on the Successful Bid Objection Deadline. All responses to such objections must be filed by **April 28, 2022 at 4:00PM CST** (the "**Successful Bid Response Deadline**").

The Objection Recipients are: (i) counsel for the Plan Administrator Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, Alabama 35203, Attn: Derek Meek (dmeek@burr.com), Jeffrey T. Baker (jbaker@burr.com), Hanna Lahr (hlahr@burr.com), and James P. Roberts (jroberts@burr.com), Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201, Attn: Sarah Schultz (sschultz@akingump.com); (ii) the Bankruptcy Administrator, 400 Well Street, Decatur, Alabama 35602, Attn: Richard Blythe (richard_blythe@alnba.uscourts.gov); (iii) counsel for the Stalking Horse Bidder, Fox Rothschild LLP, Attn: E. Garrett Walker (gwalker@foxrothschild.com), and William E. Burton III (wburton@foxrothschild.com);; (iv) counsel to Ankura Trust Company, LLC, as Exit Term Loan Agent under the Debtors' prepetition Exit Term Loan Agreement, 450 Lexington Ave., New York, NY 10017, Attn: Donald Bernstein (donald.bernstein@davispolk.com); and (v) counsel to certain Exit Term Loan Lenders, including Franklin Advisers, Inc. and the Franklin Managed Entities, Pillsbury Winthrop Shaw Pittman LLP, Four Embarcadero Center, 22nd Floor, San Francisco, CA 94111-5998, Attn: Joshua D. Morse (joshua.morse@pillsburylaw.com).

**PLEASE TAKE FURTHER NOTICE THAT UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING AND NOTICE.**

4) COPIES OF THE MOTION AND MADISON PROPERTY BIDDING PROCEDURES ORDER

**PLEASE TAKE FURTHER NOTICE** that this Notice of Sale, Auction, and Sale Hearing is subject to the terms and conditions of the Motion, as approved by the Madison Property Bidding Procedures Order, with such Madison Property Bidding Procedures Order controlling in the event of any conflict, and the Plan Administrator encourages parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Madison Property and/or copies of the Form PSA may make a written request to: B. Riley Real Estate, LLC, Attn: Michael Jerbich (mjerbich@brileyfin.com), Burr & Forman, LLP, Attn: Derek F. Meek (dmeek@burr.com), Jeffrey T. Baker (jbaker@burr.com), James P. Roberts (jroberts@burr.com), and Akin Gump Strauss Hauer & Feld LLP (sschultz@akingump.com). In addition, copies of Motion, Madison Property Bidding Procedures Order, Madison Property Bidding Procedures, Notice of Stalking Horse, Stalking Horse PSA, and this Notice may be examined by interested parties (i) free of charge at https://cases.primeclerk.com/RemingtonOutdoor, or (ii) on the Bankruptcy Court's electronic docket for the Debtors' Chapter 11 cases, which is posted on the Internet at www.alnb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).