**Exhibit 4**

**Post-Auction Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| In re: <br><br> REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-81688-11 <br><br> Joint Administration Requested |

### NOTICE OF SUCCESSFUL AND BACKUP BIDDERS WITH RESPECT TO THE AUCTIONS OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that, on [●], the United States Bankruptcy Court for the Northern District of Alabama (the "**Bankruptcy Court**") entered an order (the "**Madison Property Bidding Procedures Order**"), which: (i) allowed the Plan Administrator to conduct the auction and sale (the "**Sale**" or "**Sale Transaction**") of that certain real property located at 870 Remington Drive, Madison, North Carolina 27025, together with all Land, Improvements, and Appurtenances, related thereto (the "**Madison Property**") in the manner set forth in the Confirmation Order and previously approved by the *Order Establishing Bidding Procedures Relating to the Sales of All or a Portion of the Debtors' Assets* [Dkt. No. 411], as modified as necessary (the "**Madison Property Bidding Procedures**"); (ii) approved the form and manner of notice with respect to certain procedures, protections, schedules, and agreements, including the Plan Administrator's selection of LDJ Global Strategies, LLC, as stalking horse bidder (the "**Stalking Horse Bidder**"), and the provision of Bid Protections to such Stalking Horse Bidder; (iii) scheduling (a) an auction (the "**Auction**") if the Plan Administrator received two (2) or more timely and acceptable Qualified Bids, and (b) a final hearing (the "**Sale Hearing**") to approve the Sale of the Madison Property; and (iv) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on **April 21, 2022 at 10:00AM CST**, pursuant to the Madison Property Bidding Procedures Order, the Plan Administrator conducted the Auction(s) with respect to the Madison Property.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

47105237 v1

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Plan Administrator, in consultation with their professionals and the Bid Consultation Parties, selected the following Successful Bidder and Backup Bidder with respect to the Madison Property:

| Asset | Successful Bidder | Backup Bidder |
|---|---|---|
|  |  |  |

**PLEASE TAKE FURTHER NOTICE the Sale Hearing to consider approval of the sale of the Madison Property to the Successful Bidder at the Auction, <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with Section 363(f) of the Bankruptcy Code, will be held before the Honorable Clifton R. Jessup, Jr., United States Bankruptcy Judge on May 2, 2022 at 10:00AM CST. The hearing will be held via an AT&T call-in number. The dial-in number is <u>1-877-336- 1280</u>. When prompted, enter the access code <u>#2749965</u>. There is no security code, and please do not select any other feature. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.** The Sale Hearing may be adjourned or rescheduled without notice.

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing, the Plan Administrator will seek Bankruptcy Court approval of the Successful Bid and the Backup Bid (if any). Unless the Bankruptcy Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the Sale Transaction and there will be no further bidding at the Sale Hearing. In the event that the Successful Bidder cannot or refuses to consummate the Sale because of the breach or failure on the part of the Successful Bidder, the Backup Bidder will be deemed the new Successful Bidder and the Plan Administrator shall be authorized, but not required, to close with the Backup Bidder on the Backup Bid without further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Successful and Backup Bidders is subject to the terms and conditions of the Motion and the Madison Property Bidding Procedures Order, with such Madison Property Bidding Procedures Order controlling in the event of any conflict, and the Plan Administrator encourages parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Madison Property and/or copies of any related document, including the Motion, Madison Property Bidding Procedures Order, and/or Form PSA, may make a written request to: B. Riley Real Estate, LLC, Attn: Michael Jerbich (mjerbich@brileyfin.com), Burr & Forman, LLP, Attn: Derek F. Meek (dmeek@burr.com), Jeffrey T. Baker (jbaker@burr.com), James P. Roberts (jroberts@burr.com), Akin Gump Strauss Hauer & Feld LLP, Attn: Sarah Link Schultz (sschultz@akingump.com). In addition, copies of the Motion, the Madison Property Bidding Procedures Order, and this Notice may be examined by interested parties (i) free of charge at https://cases.primeclerk.com/RemingtonOutdoor, or (ii) on the Bankruptcy Court's electronic docket for the Debtors' Chapter 11 cases, which is posted on the Internet at www.alnb.uscourts.gov

(a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

Dated: April [●], 2022

<div style="margin-left: 40%;">

**BURR & FORMAN LLP**
Derek F. Meek
James P. Roberts
Hanna Lahr
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:   (205) 251-3000
Facsimile:    (205) 458-5100
Email:  dmeek@burr.com
            jroberts@burr.com
            hlahr@burr.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Sarah Link Schultz
2300 N. Field Street
Suite 1800
Dallas, TX 75201-2481
sschultz@akingump.com
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Attorneys for the Chapter 11 Plan Administrator*

</div>

47105237 v1