**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| REMINGTON OUTDOOR COMPANY, INC., | ) Case No. 20-81688-CRJ11 |
| *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Jason Sugarman, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On February 8, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order: (1) Scheduling Hearing On Second Motion For Leave To Conduct Sale Of Non-Residential Real Estate (Madison, NC) In Accordance With Existing Findings of Fact, Conclusions of Law, and Order Modifying and Confirming The Joint Chapter 11 Plan of The Debtors, The Official Committee of Unsecured Creditors, and Exit Term Loan Lenders; (2) And Fixing Objection Deadlines [Docket No. 2394]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' Corporate Headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

Dated: February 10, 2022

/s/ Jason Sugarman
Jason Sugarman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 10, 2022, by Jason Sugarman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 59655

**Exhibit A**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Plan Administrator | Akin Gump Strauss Hauer & Feld LLP | Attn: Sarah Link Schultz<br>2300 N. Field Street<br>Suite 1800<br>Dallas TX 75201 | sschultz@akingump.com | Email |
| The Bankruptcy Administrator | Assistant U.S. Bankruptcy Administrator | Attn: Richard M. Blythe, Thomas Corbett<br>Northern District of Alabama<br>PO Box 3045<br>Decatur AL 35602 | Richard_Blythe@alnba.uscourts.gov<br>Thomas_Corbett@alnba.uscourts.gov | First Class Mail and Email |
| Counsel to AMEX TRS Co., Inc. | Becket & Lee LLP | Attn: Shraddha Bharatia<br>PO Box 3001<br>Malvern PA 19355-0701 | | First Class Mail |
| Counsel to Mascon, Inc. | Bradley Arant Boult Cummings LLP | Attn: N. Chris Glenos<br>1819 Fifth Avenue North<br>Birmingham AL 35203 | cglenos@bradley.com | Email |
| Counsel to Plan Administrator | Burr & Forman LLP | Derek F. Meek; Hanna Lahr, James P. Roberts, D. Christopher Carson<br>420 20th Street North<br>Suite 3400<br>Birmingham AL 35203 | dmeek@burr.com<br>hlahr@burr.com<br>jroberts@burr.com<br>ccarson@burr.com | Email |
| Counsel to GUC Oversight Committee | Dundon Advisors | Attn: PRESIDENT OR GENERAL COUNSEL<br>440 Mamaroneck Avenue<br>5th Floor<br>Harrison NY 10528 | md@dundon.com | Email |
| Counsel for Lloyd's Syndicate No. 0033 and Lloyd's Syndicate 1301 | Kennedys CMK LLP | Attn: Eduardo DeMarco<br>120 Mountain View Blvd<br>Basking Ridge NJ 07920 | Eduardo.DeMarco@Kennedyslaw.com | Email |
| Counsel to Susheel Kirpalani, Litigation Trustee of the Remington Litigation Trust | Maynard, Cooper & Gale, P.C. | Attn: Wes Bulgarella<br>1901 Sixth Avenue North<br>1700 Regions/Harbert Plaza<br>Birmingham AL 35203 | wbulgarella@maynardcooper.com | Email |
| Counsel to Par 4 Plastics, Inc. | Miller Hahn, PLLC | Attn: Jennifer K. Christian, Esq.<br>2660 West Park Drive, Suite 2<br>Paducah KY 42001 | jchristian@millerlaw-firm.com | Email |
| Attorneys for the Debtors and Debtors in Possession | O'Melveny & Myers LLP | Nancy Mitchell; Diana M. Perez<br>Times Square Tower<br>7 Times Square<br>New York NY 10036 | nmitchell@omm.com<br>dperez@omm.com | Email |
| Attorneys for the Debtors and Debtors in Possession | O'Melveny & Myers LLP | Stephen H. Warren; Karen Rinehart<br>400 South Hope Street<br>Los Angeles CA 90071-2899 | swarren@omm.com<br>krinehart@omm.com | Email |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Stephanie Thomas<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | thomas.stephanie@pbgc.gov<br>efile@pbgc.gov | Email |
| Debtors | Remington Outdoor Company, Inc. | Attn: President or General Counsel<br>100 Electronics Blvd SW<br>Huntsville AL 35824 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to TN Department of Revenue | TN Attorney General's Office, Bankruptcy Division | Attn: Herbert H. Slatery III, Gina Baker Hantel PO Box 20207 Nashville TN 37202-0207 | gina.hantel@ag.tn.gov | Email |