```
Label Matrix for local noticing           AMEX TRS Co., Inc.                        Ankura Trust Company, LLC
1126-8                                    c/o Becket and Lee LLP                    c/o Benjamin S. Goldman
Case 20-81688-CRJ11                       PO Box 3001                               Hand Arendall Harrison Sale LLC
NORTHERN DISTRICT OF ALABAMA              Malvern, PA 19355-0701                    1801 5th Avenue North
Decatur                                                                             Suite 400
Tue Feb 15 10:57:03 CST 2022                                                        Birmingham, AL 35203-2108

B. Riley Real Estate, LLC                 CZ Acquisition, LLC                       CZ Acquisition, LLC
875 N. Michigan Avenue Suite 3900         c/o Jesse S. Vogtle, Jr.                  c/o Paul H. Greenwood
Chicago, IL 60611-1945                    Waller Lansden Dortch & Davis, LLP        Waller Lansden Dortch & Davis, LLP
                                          1901 Sixth Ave N Suite 1400               1901 Sixth Avenue N, Suite 1400
                                          Birmingham, AL 35203-4605                 Birmingham, AL 35203-4605

Constellation NewEnergy  Gas Division, LLC  Corteva, Inc.                           Direct Fee Review LLC
c/o Eric T. Ray                           Ballard Spahr LLP                         W. Joseph Dryer
Waller Lansden Dortch & Davis, LLP        919 Market Street, 11th Floor             24A Trolley Square #1225
1901 Sixth Ave N, Suite 1400              Wilmington, DE 19801                      Wilmington, DE 19806-3334
Birmingham, AL 35203-4605

Eagle Bulk Shipping International (USA) Inc.  Eagle Bulk Shipping International (USA) Inc.  Franklin Advisers, Inc.
c/o Lindan Hill, Esq.                     c/o Scott M. Harrington, Esq.             One Franklin Parkway
Gordon, Dana & Gilmore, LLC               Diserio Martin O'Connor & Castiglio       San Mateo, CA 94403-1906
600 University Park Place, #100           One Atlantic Street
Birmingham, AL 35209-6775                 Stamford, CT 06901-2482

HORNADY MANUFACTURING CO.                 Huntsman Holdings, LLC                    Huntsville Utilities
c/o C. Ellis Brazeal III                  Reynolds, Reynolds & Little, LLC          c/o Maples Law Firm PC
JONES WALKER LLP                          c/o Justin B. Little, Esq.                200 Clinton Avenue West
400 20th St. N. Ste 1100                  P.O. Box 2863                             Suite 1000
Birmingham, AL 35203-3202                 Tuscaloosa, AL 35403-2863                 Huntsville, AL 35801-4919

Ironshore Specialty Insurance Company     JJE Capital Holdings, LLC                 KSE Outdoor Sportsman Group, LLC
c/o Kevin D. Heard                        Adams and Reese LLP                       c/o Lewis Roca Rothgerber Christie LLP
Heard, Ary & Dauro, LLC                   1901 6th Avenue North, Stuie 3000         201 E. Washington St. Suite 1200
303 Williams Ave.                         Birmingham, AL 35203-2618                 Phoenix, AZ 85004-2595
Suite 921
Huntsville, AL 35801-6084

Kennametal, Inc.                          M-III Advisory Partners, LP               Madison County, Alabama
Babst, Calland, Clements and Zomnir, P.C  1700 Broadway, 19th Floor                 100 North Side Square
Two Gateway Center                        New York, NY 10019-5905                   Huntsville, AL 35801-8815
Pittsburgh, PA 15222

Nordic Components, Inc.                   OMelveny & Myers LLP                      Official Committee of Unsecured Creditors of
c/o Brenton K. Morris, Esq.               400 South Hope Street                     Fox Rothschild LLP
Benton, Centeno & Morris, LLP             Los Angeles, CA 90071-2801                345 California St. Ste 2200
2019 Third Avenue North                                                             San Francisco, CA 94104-2670
Birmingham, AL 35203-3301

Official Committee of Unsecured Creditors of  (p)ONEIDA MOLDED PLASTICS  LLC        Oracle America, Inc.
c/o Baker Donelson                        ATTN BRIAN SIMCHIK                        Buchalter, A Professional Corporation
420 20th St. N.                           104 S WARNER ST                           c/o Shawn M. Christianson
Suite 1400                                ONEIDA NY 13421-1597                      55 2nd St., 17th Fl.
Birmingham, AL 35203-3221                                                           San Francisco, CA 94105 San Francisco 94105-3

Pension Benefit Guaranty Corporation      Plan Administrator                        (p)PRIME CLERK LLC
Office of General Counsel                 5 Canoe Brook Drive                       ONE GRAND CENTRAL PLACE
1200 K St., NW                            Livingston, NJ 07039-6121                 60 EAST 42ND STREET SUITE 1440
Suite 340                                                                           NEW YORK NY 10165-1446
Washington, DC 20005-4030
```

| | | |
|---|---|---|
| Remington Outdoor Company, Inc.<br>100 Electronics Boulevard SW<br>Huntsville, AL 35824-2200 | Roundhill Group, LLC<br>c/o Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive<br>Suite 600<br>Irvine, CA 92618-4969 | Royal Defence Co., Ltd<br>77/122, 29th Fl. Sinn Sathorn Tower<br>Krungdhonburi Road<br>Klongtonsai, Klongsan<br>Bangkok10600 Thailand |
| Safety First Ammo, LLC<br>c/o Edward J. Peterson, Esquire<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison St., Ste. 200<br>Tampa, FL 33602-4718 | St. Marks Powder, Inc. and General Dynamics<br>c/o Stephen Porterfield<br>2311 Highland Avenue South<br>Birmingham, AL 35205-2972 | State of Alabama Department of Commerce<br>c/o Memory Memory & Causby<br>P.O. Box 4054<br>Montgomery, AL 36103-4054 |
| State of Missouri<br>PO Box 861<br>St. Louis, MO 63188-0861 | Sturm, Ruger & Company, Inc.<br>c/o ENGEL, HAIRSTON & JOHANSON, P.C.<br>P.O. BOX 11405<br>BIRMINGHAM, AL 35202-1405 | TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| United Mine Workers of America<br>c/o R. Scott Williams<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2735 | United States of America, on behalf of its E<br>c/o US Dept. of Justice<br>Environmental Enforcement Sec.<br>Washington, DC 20044-7611 | United States of America/Internal Revenue Se<br>C/O Richard E. O'Neal<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101 |
| Vista Outdoor, Inc.<br>c/o Walding, LLC<br>2227 1st Ave South<br>Suite 100<br>Birmingham<br>Birmingham, AL 35233-2338 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | *Adam R. Sandler<br>132 E Main St. #8<br>Neganunee, MI 49866-1743 |
| 129 Southwood Dr<br>Madison, AL 35758-8264 | AIRGAS USA, LLC<br>110 West 7th Street, Suite 1300<br>Tulsa, OK 74119-1106 | Ally Financial<br>Attn: Jessica Howe<br>4000 Lexington Ave N Ste 100<br>Shoreview, MN 55126-3196 |
| Benjamin Boyd<br>505 E. Main St.<br>Enterprise, OR 97828-1358 | Bond Corp.<br>4237 W Ann Lurie Pl<br>Chicago, IL 60632-3921 | Brown & Connery, LLP<br>6 North Broad Street, Ste 100<br>Woodbury, NJ 08096-4635 |
| Christopher A. Hughes<br>808 Ellen Road<br>Hixson, TN 37343-1220 | Dasan USA Inc.<br>c/o Andrea S. Hartley Esq.<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Ste 1100<br>Miami, FL 33131-3525 | Elizabeth S. Lynch<br>Lunch, Sharp & Associates<br>9229 Ward Parkway, Suite 370<br>Kansas City, MO 64114-3334 |
| Ferrellgas<br>One Liberty Plaza MD 40<br>Liberty, MO 64068-2971 | Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 |
| Hartford Fire Ins. Assignee of Hartford Spe<br>Bankrptcy Unit, HO2-R, Home Office<br>Hartford, CO 06155-0001 | Hunter, Maclean, Exley & Dunn, P.C.<br>c/o Bradley M. Harmon<br>P.O. Box 9848<br>Savannah, GA 31412-0048 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| International Paper Company<br>1740 International Drive<br>Memphis, TN 38197-0103 | James Raymond<br>263 Forest Lane Road<br>Fredericksburg, VA 22405-3182 | Janice Johndrow<br>Steven A. Elia, Esq.<br>2221 Camino del Rio South, Suite 207<br>San Diego, CA 92108-3611 |
| Joseph T Ryerson & Son Inc<br>PO Box 731036<br>1502 CHAMPION DR<br>Dallas, TX 75373-7254 | KSE Outdoor Sportsman Group, LLC<br>a/k/a Outdoor Sportsman Group<br>c/o Susan M. Freeman<br>201 E. Washington Street, Suite 1200<br>Phoenix, AZ 85004-2595 | Lynda Hall, Tax Collector of Madison CO, AL<br>100 Northside Square, Room 116<br>Huntsville, AL 35801-8815 |
| Massachusetts Department of Revenue<br>P.O. Box 9564<br>Boston, MA 02114-9564 | Melody A. Garrison<br>7122 Summit Lane<br>Shawnee, KS 66216-3723 | Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>55 2nd St., 17th Fl.<br>San Francisco, CA 94105-3493 |
| (p)PETRON AUTOMATION<br>ATTN PAUL THORNBERG<br>65 MOUNTAIN VIEW DR<br>WATERTOWN CT 06795-1648 | Pinellas County Tax Collector<br>PO Box 6340<br>Clearwater, FL 33758-6340 | Praxair Distribution, Inc<br>4555 S. Palo Verde, Ste 125<br>Tucson, AZ 85714-1959 |
| Praxair, Inc.<br>175 E. Park Drive<br>Tonawanda, NY 14150-7891 | Precious Seguin<br>c/o Lynch Sharp & Associates, LLC<br>9229 Ward Parkway, Suite 370<br>Kansas City, MO 64114-3334 | RGA CO., INC<br>3905 E. PROGRESS STREET<br>NORTH LITTLE ROCK, AR 72114-5240 |
| RPA International Limited<br>Plot 3 Shipston Business Village<br>Tilemans Lane Industrial Estate<br>Shipston on Stour CV36 4FF   United King | Ryan Frisbie<br>4555 S. Palo Verde, Ste 125<br>Tucson, AZ 85714-1959 | SOUTHERN MACHINERY REPAIR, INC.<br>1545 AIRPORT  ROAD<br>P.O. BOX 809<br>ATTN: BETH SMITH<br>UNION CITY, TN 38281-0809 |
| Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | (p)SHOCKWAVE TECHNOLOGIES  LLC<br>30798 US HWY 19 N<br>SUITE B/C<br>PALM HARBOR FL 34684-4411 | Spectrum<br>1600 Dublin Rd<br>Columbus, OH 43215-2098 |
| Speedbump Stockworks<br>13831 Greater Straw<br>San Antonio, TX 78254-2074 | State of Alabama<br>c/o Memory Memory & Causby, LLP<br>PO Box 4054<br>Montgomery, AL 36103-4054 | Steven Wharton<br>Steven A. Elia, Esq.<br>2221 Camino del Rio South, Suite 207<br>San Diego, CA 92108-3611 |
| Stuart H. Memory<br>Post Office Box 4054<br>Montgomery, AL 36103-4054 | Syracuse Supply<br>43 County Route 59<br>Phoenix, NY 13135-2116 | The National Rifle Association<br>Sarah Gervase<br>11250 Waples Mill Road<br>Fairfax, VA 22030-9400 |
| The Pallet Factory<br>Philip E. Mischke<br>Farris Bobango, PLC<br>Memphis, SD 38120 | Todd Jones<br>2352 Frankfort Hwy.<br>Ridgeley, WV 26753-7037 | U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 |

| | | |
|---|---|---|
| Union, LLC<br>PO Box 30667<br>PMB 78277<br>Charlotte, NC 28230-0667 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| Windstream<br>1450 N Center Point Rd<br>Hiawatha, IA 52233-1232 | Benjamin Devee Boyd<br>505 E Main St.<br>Enterprise, OR 97828-1358 | Benjamin & Joann Harris<br>c/o Jack Shrader<br>Shrader Law Firm<br>11212 N. May Avenue, Suite 405<br>Oklahoma City, OK 73120-6335 |
| Bradley C Meyer<br>Ducera Partners LLC<br>499 Park Avenue, 16th Floor<br>New York, NY 10022-1251 | Brett Nielsen<br>c/o Jeff Shields<br>Jones Waldo Holbrook & McDonough, PC<br>170 S. Main Street, Ste. 1500<br>Salt Lake City, UT 84101-1644 | Colin M. Adams<br>M-III Advisory Partners, LP<br>1700 Broadway, 19th Floor<br>New York, NY 10019-5905 |
| D Christopher Carson<br>Burr & Forman LLP<br>420 North 20th Street, Ste 3400<br>Birmingham, AL 35203-3284 | Damarr Butler<br>1625 Eye Street NW<br>Washington, DC 20006-4061 | Derek F Meek<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203-3284 |
| Diana M. Perez<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6580 | Gary Svirsky<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6580 | Gary D. Underdahl<br>ASK LLP<br>2600 Eagan Woods Drive, Ste. 400<br>St. Paul, MN 55121-1169 |
| Hanna Lahr<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203-3284 | Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Road, Suite 1100<br>Dallas, TX 75251-1329 | JESSICA CARR<br>c/o C. Ellis Brazeal III<br>JONES WALKER LLP<br>420 20th Street North<br>Suite 1100<br>Birmingham, AL 35203-5209 |
| James Rivard<br>6282 Hermantown Rd.<br>Duluth, MN 55810-9569 | James H Fetzer<br>800 Violet lane<br>Oregon, WI 53575-3320 | James H. Haithcock III<br>Burr & Forman LLP<br>420 North 20th Street<br>Ste 3400<br>Birmingham, AL 35203-3284 |
| James Phillip Roberts<br>Burr & Forman LLP<br>420 20th St N<br>Suite 3400<br>Birmingham, AL 35203-3284 | Janine Panchok-Berry<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036-6524 | Jeffrey I. Kohn<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036-6524 |
| Jennifer Taylor<br>O'Melveny & Myers LLP<br>Two Embarcadero Center 28th Floor<br>San Francisco, CA 94111-3823 | Kara E. Casteel<br>ASK LLP<br>2600 Eagan Woods Drive, Ste. 400<br>St. Paul, MN 55121-1169 | Karen Rinehart<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2801 |
| Nancy Mitchell<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6580 | RYAN CARR<br>c/o C. Ellis Brazeal III<br>JONES WALKER LLP<br>420 20th Street North<br>Suite 1100<br>Birmingham, AL 35203-5209 | Rachel S. Janger<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006-4061 |

| | | |
|---|---|---|
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Sarah Link Schultz<br>Akin Gump Strauss Hauer & Feld LLp<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201-4675 | Stephen H. Warren<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2801 |
| Susheel Kirpalani, Litigation Trustee of the<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010-1603 | Zachary Stringer<br>c/o Gary J. Gambel<br>902 W. Thomas Street<br>Hammond, LA 70401-3038 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Oneida Molded Plastics, Inc<br>104 South Warner Street<br>Oneida, NY 13421 | Prime Clerk LLC<br>Prime Clerk LLC<br>One Grand Central Place<br>60 E 42nd St Suite 1440<br>New York, NY 10165 United States | Petron Automation, Inc.<br>65 Mountain View Dr.<br>Watertown, CT 06795-0679 |
| Shockwave Technologies LLC<br>2141 Main Street<br>Suite A<br>Dunedin, FL 34698 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Agrilectric Research Company, LLC | (u)Applied Combustion and Equipment, LLC | (u)Berkshire Hathaway Specialty Insurance |
| (u)Cantor Fitzgerald Securities | (u)City of Huntsville, Alabama | (u)Comfort Systems USA |
| (u)Crosman Corporation | (u)Dasan USA, Inc. | (u)E. I. du Pont de Nemours and Company |
| (u)ESRT First Stamford Place SPE, L.L.C. | (u)Geodis Logistics, LLC | (u)HYG Financial Services, Inc. |

| | | |
|---|---|---|
| (u)Layne Kay & Emily Kay | (u)Lloyd's Syndicate No. 0033 and Lloyd&# | (u)Lloyd's Syndicate |
| (u)Magpul Industries Corporation | (u)Mascon, Inc. | (u)National Fire & Marine Insurance Company |
| (u)National Union Fire Insurance Co. of Pitts | (u)Panaya, Inc. | (u)Par 4 Plastics, Inc. |
| (u)Reed Smith LLP | (u)Restructuring Committee | (u)SAP America, Inc. |
| (u)SIG Sauer, Inc. | (u)Sanders Lead Company, Inc. | (u)Sierra Bullets L.L.C. |
| (u)Sporting Goods Properties, Inc. | (u)Texas Comptroller of Public Accounts, Reve | (u)The Sandy Hook Families |
| (u)United Hoist Crane, Inc. | (u)VUONG Holdings, LLC | (u)Whitebox Advisors LLC |
| (u)Wiese USA, Inc. | (u)XL Insurance America, Inc. | (d)AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| (u)Christopher A. Hughes | (u)Cody Shearouse | (u)David C Wheeler |
| (u)Donna Soto | (u)Estate of Mark R Teague | (u)Gilles J. Rousseau |

| | | |
|---|---|---|
| (u)Ian Hockley | (u)Jessica Olinick | (u)Justin Williams |
| (u)Leonard Pozner | (u)Mark Barden | (u)Mary A. D'Avino |
| (u)Neil Heslin | (u)Precious Seguin | (u)Randall Teague |
| (u)Ronald Blanton | (u)Sharon Teague | (u)Tazewell T. Shepard IV |
| (u)William D. Sherlach | (u)Wilma Blanton | |

End of Label Matrix
Mailable recipients    124
Bypassed recipients     56
Total                  180