# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| } | |
| REMINGTON OUTDOOR COMPANY, } | Case No. 20-81688-CRJ-11 |
| INC., *et al.*,[1] } | |
| } | Chapter 11 |
| Debtor(s). } | Jointly Administered |
| } | |

## ORDER: (1) SCHEDULING HEARING ON MOTION FILED BY IRONSHORE SPECIALTY INSURANCE COMPANY FOR APPROVAL OF SETTLEMENT PAYMENT TO THE SANDY HOOK FAMILIES (2) FIXING OBJECTION DEADLINE AND (3) ESTABLISHING REMOTE HEARING PROCEDURES

This case comes before the Court on the Motion For Approval Of Settlement Payment To The Sandy Hook Families filed by Ironshore Specialty Insurance Company ("Ironshore"). The Court finds the matter should be set for a hearing which shall be conducted remotely, through the use of Microsoft Teams software.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. **Remote Hearing Procedure:** The Court will hold a hearing on the Motion For Approval Of Settlement Payment To The Sandy Hook Families filed by Ironshore on **March 29, 2022** at **1:30 p.m. CST** remotely using Microsoft Teams software. Participants in the hearing will be connected remotely to the courtroom using this technology but will not be physically present in the courtroom. Prior to the hearing, the Court will issue a Microsoft Teams link that enables participation in the hearing to the list of persons identified as Participants by the parties in accordance with Paragraph 3.

2. **Objection Deadline:** The Objection Deadline is hereby fixed as **March 21, 2022**, at **4:00 p.m. CST**.

3. **Prior Notice of Participants:** By **12:00 p.m., Noon, CST,** on **Thursday, March 24, 2022**, the parties shall each file a Notice of Participants, listing all attorneys and witnesses who will participate in the hearing for each party, together with an email address and telephone number for each participant. The telephone number provided should be a number at which the attorney, party or witness can be reached during the hearing in the event of an interruption in the audio or video feed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc.(3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

4.  **Courtroom Formalities:** Although conducted using videoconferencing technology, the remote hearing constitutes a court proceeding. No person shall record— from any location or by any means—the audio or video of the evidentiary hearing. The audio recording created and maintained by the Court shall constitute the official record of the hearing. Further, the formalities of a courtroom shall be observed. Counsel and witnesses shall dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court and its proceedings.

Dated this the 16th day of February, 2022.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge