# DECLARATION OF KEN D'ARCY

I, Ken D'Arcy, being duly sworn, declare and state as follows:

1. I was the Chief Executive Officer for the Remington Outdoor Company from June 17, 2019 to January 27, 2021. As of March 30, 2021, I became the Chief executive Officer for RemArms, LLC, an affiliate of Roundhill Group, LLC. I know each of the following facts to be true of my own personal knowledge and, if called as a witness, I could and would competently testify with respect thereto.

2. I submit this Declaration in support of Roundhill's Motion to Enforce and Compel Compliance with Orders Approving Sturm, Ruger & Company, Inc's ("Ruger") Asset Purchase Agreement and Roundhill Group, LLC's Asset Purchase Agreement (the "Motion"). All capitalized terms not otherwise defined in this Declaration shall have the meaning ascribed to same in the Motion.

3. Prior to Debtors' bankruptcy filing on July 27, 2020 ("Petition Date"), Debtors' patents and licenses utilized to operate the Remington-branded firearms business were held by an affiliate entity named Remington Licensing Corporation ("RLC"). RLC in turn would license its patents, or sublicense its licenses, to its affiliates for the manufacturing and sale of Remington-branded firearms and related products. Remington's business was structured this way for a number of reasons, including: (a) it made for much more efficient compliance and administration of the company's significant intellectual property; (b) allowed manufacturing divisions to focus on manufacturing and not intellectual property; and (c) allowed the company to properly allocate uses and costs of intellectual property across business units and brands.

4. Pursuant to the Sale Motion, a multi-day auction, spanning September 17, 2020 through September 24, 2020 (the "Auction"), was conducted by Debtors to sell all property of the estate, including but not limited to those assets associated with the Remington firearms business.

5. Pursuant to the Ruger APA, I am advised that Ruger acquired assets associated with Debtors' Marlin firearms business.

6. Patents Nos. 10,254,063 and 10,718,584 (the "Patents") that were to be covered by the Ruger License are patents related to detachable magazines designed to feed rounds of ammunition into a firearm and remain open when magazine is empty. As of the Petition Date, Debtors' Marlin firearms business did not manufacture or sell firearms that could have utilized the Patents.

7. On January 1, 2021, Debtors filed their joint chapter 11 plan [Docket No. 1370] (as amended, the "Plan").

8. On March 12, 2021, the Court entered the order confirming the Plan [Docket No. 1658].

9. In the approximately five and a half (5.5) months since the Stipulated Resolution, Roundhill has attempted to rekindle negotiations with Ruger to no avail. Further, Roundhill has analyzed numerous business structures in attempt to make do with the December 9th Draft but has failed to craft a workable solution. Being left with no alternative, Roundhill brings the instant Motion seeking this Court to enforce and compel compliance with the Orders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15 day of February, 2022, at Dallas, TX

_____
Ken D'Arcy