IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No.: 20-81688-CRJ11 |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | ) ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**IRONSHORE'S REPORT TO THE COURT REGARDING MOTION FOR APPROVAL OF SETTLEMENT PAYMENT TO THE SANDY HOOK FAMILIES**

COMES NOW, Ironshore Specialty Insurance Company ("Ironshore") and hereby submits this report to the Court regarding the status of Ironshore's Motion for Approval of Settlement Payment to the Sandy Hook Families (the "Motion") [Doc. 2398], as follows:

1. Ironshore filed the Motion on February 15, 2022.

2. This Court entered an Order on February 16, 2022, setting the Motion for a hearing on March 29, 2022 [Doc. 2399]. The Order further provided that any objections to the Motion must be filed with the Court as of 4:00 p.m. on March 21, 2022.

3. Ironshore reports to the Court that a review of the docket indicates that no objections to the Motion were filed as of the deadline and none have been filed with the Court as of the filing of this report.

4. Should the Court be willing to grant the relief requested by Ironshore without a hearing, Ironshore requests that the Court enter the draft order granting the Motion that Ironshore

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405) (collectively, the "Debtors").

filed with the Motion [Doc. 2398-1].  The form of that draft order has been agreed to by all of the Sandy Hook Families, all of the Insurers (including Ironshore), and the Plan Administrator.

    DATED:  March 23, 2021

Respectfully submitted,

By:  _/s/ Kevin D. Heard_
Kevin D. Heard
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
Phone: (256) 715-5184
Email: kheard@heardlaw.com

Mark D. Plevin (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
Email:  mplevin@crowell.com

Tacie H. Yoon (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone: (202) 624-2500
Email:  tyoon@crowell.com

*Attorneys for Ironshore Specialty Insurance Company*

### CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd day of March, 2022 I served the foregoing **Notice of Participants** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail addresses below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

***Served via CM/ECF:***

    All persons and entities registered with CM/ECF to receive notices in this case.

*Served via U.S. mail:*

1. Matthew Cahill and Rita Hulett, Baker Donelson Bearman Caldwell & Berkowitz PC, 420 20th Street North, Suite 1600, Birmingham, Alabama 35203; Jan M. Hayden, Baker Donelson Bearman Caldwell & Berkowitz PC, 201 St. Charles Avenue, Suite 3600, New Orleans, Louisiana 70170; Gordon Gouveia, Fox Rothschild LLP, 321 N. Clark Street, Suite 1600, Chicago, Illinois 60654; Michael A. Sweet, 325 California Street, Suite 2200, San Francisco, California 94104-2670; and Robert F. Elgidely, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2750, Miami, Florida 33131, counsel for The Official Committee of Unsecured Creditors;

2. Glenn J. Shrader, Jr., Shrader Firm, 11212 N. May Avenue, Suite 405, Oklahoma City, Oklahoma 73120 and Michael M. Blue, Blue Law, 900 N.E. 63rd Street, Oklahoma City, Oklahoma 73105, counsel to Mr. and Mrs. Harris;

3. Timothy W. Monsees, Monsees Mayer, P.C., 4717 Grand Avenue, Suite 820, Kansas City, Missouri 64112-6411, Jordan L. Chaikin, Chaikin Law Firm PLLC, 2338 Immokalee Road, Suite 170, Naples, FL 34110-1445, and Elizabeth S. Lynch, Lynch Sharp & Associates, LLC, 9229 Ward Parkway, Suite 370, Kansas City, Missouri 64114, counsel for Ms. Seguin;

4. John J. McGivney and Kara A. Loridas, Rubin and Rudman LLP, 53 State Street, Boston, Massachusetts 02109; Mark D. Plevin, Crowell & Moring LLP, Three Embarcadero Center, 26th Floor, San Francisco, California 94111 and Laura A. Foggan, Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, DC 20004; Michael J. Dugan, Litchfield Cavo, 82 Hopmeadow Street, Suite 210, Simsbury, Connecticut 06089; and Adam Fleischer, BatesCarey LLP, 191 N. Wacker Drive, Suite 2400, Chicago, Illinois 60606, counsel to each of the Insurers;

5. Sarah Link Schultz, Akin Gump Strauss Hauer & Feld LLP, 2300 North Field Street, Suite 1800, Dallas, Texas 75201-2481 and Derek Meek, Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, Alabama 35203, counsel to the Plan Administrator;

6. Lawrence Voit and Alexandra K. Garrett, Silver, Voit & Garrett, 4317-A Midmost Dr., Mobile, Alabama 36609 and Tobey M. Daluz and Chantelle D. McClamb, Ballard Spahr LLP, 919 Market Street, 11th Floor, Wilmington, Delaware 19801, counsel for E. I. du Pont de Nemours and Company and Sporting Goods Properties, Inc.;

7. Joshua Koskoff and Alinor Sterling, Koskoff Koskoff & Bieder, P.C., 350 Fairfield Avenue, Bridgeport, Connecticut 06604, counsel for the Sandy Hook Families; and

8. The Office of the Bankruptcy Administrator.

*Served via e-mail:*

Matthew Cahill  mcahill@bakerdonelson.com
Rita Hulett  rhullett@bakerdonelson.com
Jan M. Hayden  jhayden@bakerdonelson.com
Gordon Gouveia  ggouveia@foxrothschild.com
Michael A. Sweet  msweet@foxrothschild.com
Robert F. Elgidely  relgidely@foxrothschild.com
Glenn J. Shrader, Jr.  jack@shraderfirm.com
Michael M. Blue  bluelaw@cox.net
Timothy W. Monsees
tmonsees@monseesmayer.com
Jordan L. Chaikin  jordan@chaikinlawfirm.com
Elizabeth S. Lynch  lynch@lynchsharp.com
John J. McGivney  JMcGivney@rubinrudman.com
Kara A. Loridas  KLoridas@rubinrudman.com
Mark D. Plevin  mplevin@crowell.com

Laura A. Foggan  LFoggan@crowell.com
Michael J. Dugan  Dugan@litchfieldcavo.com
Adam Fleischer  AFleischer@batescarey.com
Sarah Link Schultz  sschultz@AkinGump.com
Derek Meek  dmeek@burr.com
Lawrence Voit  lvoit@silvervoit.com
Alexandra K. Garrett  agarrett@silvervoit.com
Tobey M. Daluz  daluzt@ballardsparhr.com
Chantelle D. McClamb  mcclambc@ballardspahr.com
David Christian  dchristian@dca.law
Joshua Koskoff  jkoskoff@koskoff.com
Alinor Sterling  asterling@koskoff.com
Richard. M Blythe
Richard_Blythe@alnba.uscourts.gov,
courtmaildec@alnba.uscourts.gov

/s/ *Kevin D. Heard*
Kevin D. Heard