UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| REMINGTON OUTDOOR COMPANY, INC., *et al.,*[1] | } } | Case No. 20-81688-CRJ-11 |
| | } | Chapter 11 |
| Debtor(s). | } | Jointly Administered |

ORDER VACATING REMOTE HEARING BY MICROSOFT TEAMS AND SCHEDULING TELEPHONIC HEARING ON MOTION FILED BY IRONSHORE SPECIALTY INSURANCE COMPANY FOR APPROVAL OF SETTLEMENT PAYMENT TO THE SANDY HOOK FAMILIES

This case is before the Court on *Ironshore's Report to the Court Regarding Motion for Approval of Settlement Payment to the Sandy Hook Families,* ECF No. 2429, reporting that the deadline to file an objection to Ironshore's Motion for Approval of Settlement Payment to the Sandy Hook Families (the "Motion"), ECF No. 2398, expired without any objections to the Motion being filed. Based upon the absence of any timely objections to the Motion, the Court finds that a more expedited hearing on the Motion should be held.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. The hearing by Microsoft Teams currently scheduled on March 29, 2022 at 1:30 p.m. is hereby **VACATED**.

2. A telephonic hearing on the Motion will be held on **March 29, 2022** at **10:00 a.m., CDT,** before the Honorable Clifton R. Jessup, Jr.

The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc.(3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION ([www.alnb.uscourts.gov](www.alnb.uscourts.gov)).**

Dated this the 23rd day of March, 2022.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge