# Notice Recipients

District/Off: 1126−8     User: admin     Date Created: 3/23/2022
Case: 20−81688−CRJ11     Form ID: pdf000     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Derek F Meek     dmeek@burr.com

TOTAL: 1