IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |

**PLAN ADMINISTRATOR'S RESPONSE TO ROUNDHILL GROUP LLC'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH ORDERS APPROVING STURM, RUGER & COMPANY, INC.'S ASSET PURCHASE AGREEMENT AND ROUNDHILL GROUP, LLC'S ASSET PURCHASE AGREEMENT AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF SCOTT SOURA AND KEN D'ARCY IN SUPPORT**

**COMES NOW,** Gene Davis (the "**Plan Administrator**"), on behalf of Remington Outdoor Company, Inc. and its affiliated debtors (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through his undersigned counsel, and, pursuant to this Court's *Order: (1) Approving Joint Motion to Continue Hearing on Roundhill Group LLC's Motion to Enforce and Compel Compliance with Orders Approving Sturm, Ruger & Company, Inc.'s Asset Purchase Agreement and Roundhill Group, LLC's Asset Purchase Agreement; and (2) Expending Deadline to Respond and Supplement* [Docket No. 2422], hereby responds (this "**Response**") to *Roundhill Group LLC's Motion to Enforce and Compel Compliance with Orders Approving Sturm, Ruger & Company, Inc.'s Asset Purchase Agreement and Roundhill Group, LLC's Asset Purchase Agreement and Memorandum of Points and Authorities and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405).

47491405 v1

*Declarations of Scott Soura and Ken D'Arcy in Support* (the "**Motion to Enforce**") [Docket No. 2408] filed by Roundhill Group, LLC ("**Roundhill**"), as follows:

1. Beginning on September 17, 2020, the Debtors conducted an auction of substantially all of their assets in accordance with the Court's *Order Establishing Bidding Procedures Relating to the Sales of All or a Portion of the Debtors' Assets* [Docket No. 411]. The auction resulted in seven (7) successful bidders for certain of the Debtors' assets, which successful bids were subsequently approved by the Court. *See* Docket Nos. 903, 904, 906, 983, 1003, 1004, 1062, 1063.

2. As part of these sales, the Debtors sold certain patents (the "**Patents**") to Sturm, Ruger & Company, Inc. ("**Ruger**"). The asset purchase agreement between the Debtors and Ruger (the "**Ruger APA**") [Docket No. 906] provides:

> In the event of any conflict regarding the Acquired Assets between this Agreement and agreements governing other sales of the Seller's assets in the Bankruptcy Case (the "Other Agreements") defined herein or therein, Buyer shall cooperate in good faith with Seller, whether before or after the Closing Date, to ensure all assets are allocated between the parties in order to reflect the intent of Buyer hereunder and any such other purchasers of Seller's assets pursuant to the Other Agreements. Without limitation to the foregoing, Buyer agrees to enter into a non-exclusive, perpetual, worldwide, royalty-free license in favor of the buyer or buyers of the Non-Marlin Business to use Patents Nos. 10,254,063 and 10,718,584 in the Non-Marlin Business. "Non-Marlin Business" shall have the meaning provided to the term "Business" as set forth in the Asset Purchase Agreement between Seller and the Roundhill Group, LLC executed as of the date hereof or if the transactions contemplated by such Asset Purchase Agreement are not consummated, shall mean the design, development, testing, manufacture, marketing, sale and distribution of firearms and related components not using the Marlin name.

Ruger APA, § 1.7.

3. The asset purchase agreement between the Debtors and Roundhill (the "**Roundhill APA**," and together with the Ruger APA, the "**APAs**") [Docket No. 983] provides:

> In the event of any conflict regarding the Acquired Assets or Assume Liabilities between this Agreement and agreements governing other sales of Seller's assets in the Bankruptcy Case (the "Other Agreement") defined herein or therein, Buyer

shall cooperate in good faith with any other purchasers of Seller's assets pursuant to the Other Agreements, whether before or after the Closing Date, to ensure all assets or liabilities are adequately apportioned between the parties in order to reflect the intent or Buyer and any such purchasers hereunder and thereunder. Without limitation to the foregoing, (a) upon the request of Seller, Buyer shall enter into a non-exclusive, perpetual, worldwide, royalty-free license in favor of the buyer or buyers of Non-Core Brands to use those patents reasonably requested and identified by Seller and (b) Buyer shall receive a non-exclusive, perpetual, worldwide, royalty-free license to use Patents Nos. 10,254,063 and 10,718,584 in the Business.

Roundhill APA, § 1.8.

4. Upon information and belief, the Debtors transferred the Patents to Ruger in connection with the closing of the sale to Ruger. Prior to the filing of the Motion to Enforce, the Plan Administrator had not been involved in communications with either Roundhill or Ruger regarding this matter. Since the filing of the Motion to Enforce, the Plan Administrator has spoken with counsel for both Ruger and Roundhill, who have indicated that while they agree to a license in principle, the terms and scope of said license are in dispute. The Plan Administrator believes that to the extent the APAs require Ruger to grant Roundhill a license to the Patents at issue, the terms of such APAs are clear. However, the Plan Administrator takes no position on what specific terms or scope said license much include to be compliant with the APAs.

Respectfully submitted, March 24, 2022.

>*/s/ Hanna Lahr*
>**BURR & FORMAN LLP**
>Derek F. Meek
>Hanna Lahr
>James P. Roberts
>420 20th Street North, Suite 3400
>Birmingham, AL 35203
>Telephone: (205) 251-3000
>Facsimile: (205) 458-5100
>Email: dmeek@burr.com
>hlahr@burr.com
>jroberts@burr.com
>
>- and -

47491405 v1

3

Case 20-81688-CRJ11   Doc 2433   Filed 03/24/22   Entered 03/24/22 08:16:51   Desc
Main Document      Page 3 of 4

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Sarah Link Schultz
2300 N. Field Street
Suite 1800
Dallas, TX 75201-2481
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email:     sschultz@akingump.com

*Attorneys for the Plan Administrator*