# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 20-81688-CRJ11 |
| REMINGTON OUTDOOR COMPANY, ) | |
| INC., *et al.*,[1] ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

### IRONSHORE'S NOTICE OF PARTICIPANTS FOR MARCH 29, 2022 HEARING

Pursuant to Paragraph 3 of the Court's *Order: (1) Scheduling Hearing on Motion Filed by Ironshore Specialty Insurance Company for Approval Of Settlement Payment To The Sandy Hook Families, (2) Fixing Objection Deadline, and (3) Establishing Remote Hearing Procedures* [Doc. 2399], Ironshore Specialty Insurance Company hereby lists all attorneys and witnesses who may participate in the hearing for Ironshore:

Kevin D. Heard
HEARD, ARY & DAURO, LLC
Phone: 1 (256) 715-5184
Email: kheard@heardlaw.com

Mark D. Plevin
CROWELL & MORING LLP
Phone: 1 (415) 365-7446
Email: mplevin@crowell.com

Laura A. Foggan
CROWELL & MORING LLP
Phone: 1 (202) 246-3382
Email: lfoggan@crowell.com

Tacie H. Yoon (admitted *pro hac vice*)
CROWELL & MORING LLP
Phone: 1 (202) 250-4030
Email: tyoon@crowell.com

DATED: March 24, 2021.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405) (collectively, the "Debtors").

Respectfully submitted,

By: _/s/ Kevin D. Heard_
Kevin D. Heard
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
Phone: (256) 715-5184
Email: kheard@heardlaw.com

Mark D. Plevin (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
Email: mplevin@crowell.com

Tacie H. Yoon (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com

*Attorneys for Ironshore Specialty Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2022 I served the foregoing **Ironshore's Notice of Participants for March 29, 2022 Hearing** on all counsel of record requesting notice, as well as all persons and entities registered to receive notices in this case through the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, and that service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

/s/ *Kevin D. Heard*
Kevin D. Heard

.