# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1] | Case No. 20-81688-CRJ11 |
| Debtors. | Jointly Administered |

## NOTICE OF PARTICIPANTS

Pursuant to the *Order: (1) Scheduling Hearing on Motion Filed by Ironshore Specialty Insurance Company for Approval of Settlement Payment to the Sandy Hook Families (2) Fixing Objection Deadline and (3) Establishing Remote Hearing Procedures* [Docket No. 2399], Gene Davis, on behalf of Remington Outdoor Company, Inc. and its affiliated in the above-captioned chapter 11 cases, by and through his undersigned counsel, hereby identifies the following participants for the March 29, 2022 hearing:

(a) Hanna Lahr
BURR & FORMAN LLP
hlahr@burr.com
Tel: 205.458.5462

(b) Sarah Link Schultz
AKIN GUMP STRAUSS HAUER & FELD LLP
sschultz@akingump.com
Tel: 214.969.4367

(c) Chance Hiner
AKIN GUMP STRAUSS HAUER & FELD LLP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405).

47491399 v1

      chiner@akingump.com
      Tel: 214.969.4318

Dated: March 24, 2022.

*/s/ Hanna Lahr*
**BURR & FORMAN LLP**
Derek F. Meek
Hanna Lahr
James P. Roberts
420 20th Street North, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: dmeek@burr.com
      hlahr@burr.com
      jroberts@burr.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Sarah Link Schultz
2300 N. Field Street
Suite 1800
Dallas, TX 75201-2481
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email:   sschultz@akingump.com

*Attorneys for the Plan Administrator*

2

47491399 v1