# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DISTRICT

| | | |
|---|---|---|
| In re: | § § § § § § § § § § | Chapter 11 |
| REMINGTON OUTDOOR COMPANY, INC. *et al.*,[1] | | Case No. 20-81688-CRJ11 |
| Debtors. | | Jointly Administered |

## NOTICE OF PARTICIPANTS

Donna L. Soto, Ian and Nicole Hockley, David C. Wheeler, Mary A. D'Avino, Mark and Jacqueline Barden, William D. Sherlach, Neil Heslin and Scarlett Lewis, Leonard Pozner, and Gilles J. Rousseau (the "Sandy Hook Families"), pursuant to this Court's *Order: (1) Scheduling Hearing on Motion by Ironshore Specialty Insurance Company for Approval of Settlement Payment to the Sandy Hook Families (2) Fixing Objection Deadline and (3) Establishing Remoting Hearing Procedures* [ECF No. 2399] respectfully submit the following Notice of Participants for the:

   Joshua Koskoff
   Tel. (203) 583-8634
   jkoskoff@koskoff.com

   Alinor C. Sterling
   Tel. (203) 336-4421
   asterling@koskoff.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405) (collectively, the "Debtors"). The Debtors' corporate headquarters is located at 100 Electronics Blvd SW, Huntsville, Alabama 35824.

Kyle Kimpler
Tel. (212) 373-3253
kkimpler@paulweiss.com

Tazewell T. Shepard IV
Tel: (256) 512-6123
ty@ssmattorneys.com

Dated: March 24, 2022
Huntsville, Alabama

Respectfully submitted,

By: /s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
**SPARKMAN SHEPARD, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
ty@ssmattorneys.com


**KOSKOFF KOSKOFF & BIEDER**
Joshua Koskoff (admitted *pro hac vice*)
Alinor Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: (203) 336-4421
jkoskoff@koskoff.com


- and –


Kyle Kimpler (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3253
kkimpler@paulweiss.com

*Counsel for the Sandy Hook Families*

2