# Notice Recipients

District/Off: 1126−8  User: admin  Date Created: 3/29/2022
Case: 20−81688−CRJ11  Form ID: pdf000  Total: 1

**Recipients of Notice of Electronic Filing:**
aty  Derek F Meek  dmeek@burr.com

TOTAL: 1