IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[10]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |

## NOTICE OF ELECTION TO OBTAIN RELIEF FROM STAY

**PLEASE TAKE NOTICE** that, pursuant to this Court's *Findings of Fact, Conclusions of Law, and Order Modifying and Confirming the Joint Chapter 11 Plan of the Debtors, the Official Committee of Unsecured Creditors, and Exit Term Loan Lenders* [Docket No. __] (the "Confirmation Order"),[11] the holder of the Class 7 Tort Claim(s) identified below hereby makes his or her election to obtain relief from the automatic stay and any plan injunction with respect to the Class 7 Tort Claim(s) identified below solely as to the Stay Relief Scope effective on the Stay Relief Effective Date and subject to the terms of the Confirmation Order and the Plan. The undersigned holder shall service this notice on the Plan Administrator and his counsel.

| | |
|---|---|
| Holder Name(s): | Angela and John Lamb |
| Proof of Claim Number(s): | 1207 |
| Proceeding to be Continued:<br>(Parties, Court, Case No.) | Angela Lamb and John Lamb v. Remington Arms LLC, Remington Ooutdoor Company, Inc. et al. (to be filed) |
| Date Submitted: | 4/6/2022 |
| Signed: | /s/ Howard Marc Spector |
| Name: | Howard Marc Spector |
| Address for Notices: | 12770 Coit Rd, #850, Dallas, TX 75251 |

---

[10] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' corporate headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

[11] Capitalized terms used herein without definition have the meanings given to them in the Confirmation Order.